Brian M. Rothschild, USB #15316
Darren Neilson, USB #15005
Simeon Brown, USB #17951
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
BRothschild@parsonsbehle.com
DNeilson@parsonsbehle.com
SBrown@parsonsbehle.com
ecf@parsonsbehle.com

*Proposed Attorneys for SoNev Construction LLC*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>SoNev Construction LLC<br><br>Debtor. | **DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AND PRIMING LIENS; (3) AUTHORIZING ADEQUATE PROTECTION PAYMENTS AND USE OF CASH COLLATERAL; AND (4) GRANTING RELATED RELIEF**<br><br>Case No. 22-bk-21037-WTT<br><br>Chapter 11<br><br>Judge William T. Thurman |

By this motion (the "**Motion**"), SoNev Construction LLC, the above-captioned debtor

and debtor in possession ("**SoNev**" or the "**Debtor**"), hereby moves for entry of interim and final

orders, substantially in the form attached as <u>Exhibit A</u> and <u>Exhibit B</u> hereto, authorizing the

Debtor to obtain post-petition financing under section 364 of the Bankruptcy Code and for authorization to use cash collateral under section 363 of the Bankruptcy Code, and for related relief.  In support, the Debtor respectfully states as follows.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      SUMMARY OF RELIEF REQUESTED**

The Debtor requests interim and final orders approving post-petition financing under section 364 of the Bankruptcy Code and for related relief.  Specifically, the Debtor requests that the Court enter interim and final orders (1) authorizing the Debtor to enter into the DIP Loan (as defined herein) with the DIP Lender substantially in accordance with the terms of the draft DIP Loan and Security Agreement ("**DIP Loan Agreement**"), a copy of which is attached hereto as Exhibit C, and to take all actions necessary to consummate the DIP Loan; (2) granting priming liens on all of its current and future property as collateral, with the exception of all existing purchase money security interests on Debtor's tangible personal property (as discussed more fully in Section III. C. below), and super priority claims in connection with the DIP Loan; (3) authorizing the Debtor to use cash collateral and make adequate protection payments to the one secured creditor who is secured by cash collateral; and (4) granting related relief.  To the extent required, the Debtor also requests that the Court grant any related relief deemed necessary and to the extent required, including granting adequate protection and modification of the automatic stay to the extent necessary to implement and enforce the terms and provisions of the DIP Loan Agreement and DIP Loan.  The Debtor requests also that the Court schedule a hearing within 30 days (the "**Final Hearing**") to consider entry of an order granting the relief requested in the Motion on a final basis (the "**Final Order**").

## II.   <u>JURISDICTION</u>

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      The Debtor's principal offices and principal place of business are located in Cedar City, Utah, within the District of Utah, and, therefore, venue is proper in this District under 28 U.S.C. §§ 1408(1) and 1409.

3.      The bases for the relief requested herein are sections 105(a), 363, and 364 of title 11 of the United States Code (the "**Bankruptcy Code**") and rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## III.   <u>GENERAL BACKGROUND</u>

4.      The Debtor is a specialty construction contractor specializing in construction, grading, excavation, and development services for the surface mining industry.  Debtor's business requires large, complex, and sophisticated heavy equipment that is specially designed for servicing the mining industry and specialty construction projects, and their use and operation is essential to the day-to-day operations of Debtor's business.  Further, Debtor is servicing large operating contracts with large mining or specialty construction operations all over the state of Utah and as far as the state of Virginia.

5.      The Debtor's operations have been interrupted due to a series of catastrophic events and difficulties, resulting in cash flow difficulties.  The Debtor's work on a project for the new Salt Lake City Airport was halted due to a fatal accident in which one of the Debtor's employees died.  Key pieces of the Debtor's equipment have been out of service on various projects, which has caused delays and increased costs for workarounds.  The equipment failures

have resulted, at least in part, from unavailability of parts and manufacturers' and dealers' refusal

or delays in providing warranty or other repair service on the equipment.  One of these failures

has resulted in a lawsuit with one of the Debtor's key equipment suppliers, whose invoices and

debts are disputed.  The business conditions during the COVID-19 have also caused business

interruptions, increased materials and equipment costs, and caused labor to become more

expensive and more scarce.  Finally, the Debtor has had some disputes on projects it has

undertaken in which the parties for whom services were performed have refused to make timely

or full payment.  The combined effect of all of the above has resulted in inconsistent cash flow

and, at this time, the Debtor is unable to pay its current debts as they come due.

6.    The Debtor is a Utah limited liability company.  The Debtor's members are Keith

Gilbert, who owns 75 percent and is also the Debtor's sole Managing Member; Patti Gilbert,

who owns 10 percent and is the Debtor's Project Manager; and Michael Conboy, who is a 15

percent member.

7.    On March 25, 2022 (the "**Petition Date**"), the Debtor filed its petition for relief

under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in the United States

Bankruptcy Court for the District of Utah, Southern Division (the "**Bankruptcy Court**").

Additional factual information specific to the Motion is set forth below.

## IV.    BACKGROUND SPECIFIC TO THE MOTION

8.    The Debtor is seeking authority to enter into a debtor-in-possession financing

transaction with the DIP Lender in which the DIP Lender will provide the Debtor with a credit

facility up to $2,000,000 in which the Debtor can access <u>when needed</u> to make up for any short-

fall in its operations or cash flow (the "**DIP Loan**").  In return, the Debtor will grant the DIP

Lender a perfected first-priority security interest in all of its assets, with the exception of all existing purchase money security interest on Debtor's tangible personal property, which shall remain first-priority security interests of Debtor's pre-petition secured creditors, to secure the DIP Loan, and will grant the DIP Lender a superpriority administrative claim. The Debtor and the DIP Lender have agreed that the transactions contemplated by the DIP Loan shall be substantially in the form of the DIP Loan Agreement.

9.      The Debtor's need to use Cash Collateral and to obtain credit pursuant to the DIP Loan Agreement is immediate and critical. The DIP Loan is necessary to enable the Debtor to continue operations and to administer and preserve the value of its estate as a going concern. The ability of the Debtor to finance its operations, maintain business relationships, maintain or purchase specialized heavy equipment, pay its employees, protect the value of its assets, and otherwise finance its operations requires the availability of working capital from the DIP Loan, the absence of which would immediately and irreparably harm the Debtor, its estate, its creditors and equity holders, and the possibility for a successful administration of the case. The Debtor does not have sufficient available sources of working capital and financing to operate in the ordinary course of business without the DIP Loan.

10.      The Debtor is seeking interim approval of the DIP Loan so that sufficient funds are available to provide the Debtor with the working capital it needs to operate. As described in more detail herein, with the exception of all existing purchase money security interest on Debtors tangible personal property which shall remain the security interest of Debtor's pre-petition secured creditors, the Debtor will pledge all other assets to secure the DIP Loan with priming first-priority perfected liens, and the DIP Loan will constitute allowed superpriority

5

administrative expense claims having priority under section 364(c)(i) of the Bankruptcy Code over all administrative expense claims and unsecured claims against the Debtor now existing or hereafter arising, of any kind whatsoever, including, without limitation, all administrative expense claims of the kind specified in sections 105, 326, 328, 330, 331, 363, 364, 503, 506, 507, 546, 726, 1113 and 1114 or any other provision of the Bankruptcy Code or otherwise, as provided under section 364(c)(1) of the Bankruptcy Code, subject, as to priority only, to (i) any fees payable to the Clerk of the Bankruptcy Court and to the Office of the United States Trustee pursuant to 28 U.S.C. §1930(a);[1] (ii) the aggregate of the allowed reasonable fees and expenses incurred by the Debtor in connection with the administration of its chapter 11 case, including, without limitation, the fees, costs and expenses of the Debtor's professionals and advisors.

11.    The Debtor is unable to obtain unsecured financing, financing as a mere administrative priority, or financing subordinated to its pre-petition lenders. The Debtor has no real property. Most of the Debtor's tangible and intangible assets are equipment that is already subject to purchase money security interests or receivables that are secured by prepetition security interests in excess of their amount. The Debtor has sought other forms of financing to no avail.

12.    The DIP Lender's terms are fair and reasonable and consistent with other receivables-based loans both in and out of chapter 11. Furthermore, the DIP Loan is flexible and allows the Debtor to borrow only what it needs if its cash needs temporarily exceed its payroll and other expenses. The Debtor is unable to predict with certainty that its cash flow will be

---

[1] There should be no U.S. Trustee's fees in this case because the Debtor has elected to proceed under Subchapter V of chapter 11.

smooth, particularly as its trade vendors go to cash only and its clients may delay or refuse

payment now that the Debtor has entered chapter 11.

A.     **Summary of Key Terms**

13.     The Debtor and DIP Lender have negotiated proposed terms and the DIP Lender

has provided Debtor a proposed offer letter setting for the terms of the DIP Loan, subject to

further due diligence and Court approval (attached hereto as Exhibit C).  The key terms are the

following:

| | |
|---|---|
| Debtor/Borrower: | SoNev Construction, LLC |
| DIP Lender: | nFusion Capital, LLC |
| Maximum Facility: | A discretionary Accounts Receivable Purchasing Agreement ("Agreement") will be established during the contract term in an aggregate amount not to exceed $2,000,000. |
| Advance Rate: | nFusion Capital, LLC shall advance up to 80% of the net face value of eligible accounts receivable less any retainage, as determined by nFusion Capital in its sole discretion. |
| Agreement Fee: | 1% of Maximum Facility. |
| Term of Agreement: | The Agreement anticipates a 24-month discretionary auto renewable Facility with a 90-day exit option exercisable by either nFusion Capital or the Debtor. Debtor shall pay an annual anniversary fee equal to 1% of the Maximum Facility upon renewal. |
| Collateral: | nFusion Capital shall be granted a first priority lien and security interest in all existing and after acquired personal property (including without limitation accounts, contract rights, inventory, equipment, and general intangible of Debtor and all proceeds thereof); provided, however, that nFusion Capital's lien shall not prime existing purchase money security interests on any of Debtor's tangible personal property. Debtor hereby grants nFusion Capital a security interest in the Collateral to secure Debtor's obligation hereunder and hereby irrevocable authorizes nFusion Capital to execute and file a form UCC-1. |

14.   The Debtor's assets are subject to 13 UCC-1 financing statements, true-and-correct copies of which is attached as Exhibit D hereto.  The following table summarizes the UCC-1s and the pre-petition secured creditors' positions vis-à-vis the Debtor's assets:

| Date | Creditor | Summary of Collateral |
|---|---|---|
| 06/13/2019 | CSC[2] (for BAM Capital – Already Paid) | "All Assets" – SHOULD BE TERMINATED |
| 09/04/2019 | Michael Conboy | "All Assets" |
| 12/28/2020 | Financial Pacific Leasing | Specific Equipment Contract # 001-168549 7-301, dated 12/24/2020 |
| 01/12/2021 | North Mill Credit Trust | 2005 Caterpillar D9L Crawler Tractor; VIN/Serial #: 14Y75463 2006 Caterpillar 6 13C Water Wagon Scraper; VIN/Serial # CAT0613CV8LJ2343 |
| 03/04/2021 | Bill Miller Equip. Sales | CAT 980K WHEEL LOADER, S/N: W7K755 |
| 04/19/2021 | Bill Miller Equip. Sales | CAT D10N DOZER, S/N: 3SK461 |
| 04/20/2021 | RPS Campbell Companies, LLC dba Solutions Financial Services | 2018 EDGE STACKER STK 36X80 80' STACKER WITH 40" BELT S/N 18TS8040874, 2019 METSO ST3.8 TRACK SCREEN S/N 180657, AND A 2019 METSO LT1213S IMPACT CRUSHER WITH SCREEN S/N 180186 |
| 04/26/2021 | CSC | Specific Equipment, 2012 Smithco VIN: 1S9SS4235CL476370 2012 Smithco VIN: 1S9SS4230CL476406 2012 Smithco VIN: 1S9SS274XCL476371 2012 Smithco VIN: 1S9SS2745CL476407 |
| 04/26/2021 | Bill Miller Equip. Sales | KENWORTH LUBE TRUCK, S/N: 155231S |
| 04/26/2021 | Bill Miller Equip. Sales | KOMATSU PC490 EXCAVATOR, S/N: A41846 |
| 07/20/2021 | Caterpillar Financial Services Corporation | Caterpillar 982M Medium Wheel Loader S/N:K1Y01607 |
| 08/05/2021 | Iron Capital Rentals USA | CAT 772G KEX00131: 2014,- CAT0772GHKEX00131 CAT 772G KEX00138: 2014,- CAT0772GCKEX00138 CAT 772G KEX00139: 2014, - CAT0772GVKEX00139 CAT 772G KEX00140: 2014,- CAT0772GJKEX00140 |

---

[2] The Debtor inquired at the CSC notice address on this filing prior to the petition date but received no response. The Debtor recognizes this UCC-1 as a factor named BAM Capital that the Debtor did not ultimately use, and therefore no value was given in exchange, and the filer does not in fact have a security interest.  Attached as Exhibit E hereto is a statement from BAM Capital that the financing should have been terminated.

| Date | Creditor | Summary of Collateral |
|---|---|---|
| 08/18/2021 | Hanmi Bank | Specific equipment on Agreement Number # 33753-BRO-45905 |
| 09/15/2021 | KLC Financial, Inc./First Utah Bank | 2002 Cat 988G Wheel Loader S/N# BNH0457 |
| 11/16/2021 | Garth O Green Enterprises, Inc. dba Southwest Plumbing Supply | Deficient financing statement references Exhibit A that is not appended, but likey refers to specific personal property – total debt is only approximately $16,000 |
| 11/22/2021 | Partners Capital Group, Inc. | Specific equipment subject to Lease/Equipment Financing Agreement Number #70394 |

(*See* Exhibit D, UCC-1 Financing Statements.)

15.     In addition, the Debtor has a number of titled vehicles that are subject to purchase money security interests and for which the secured party is perfected by being on the applicable vehicle's title.  These are as follows:

| Vehicle | Secured Party |
|---|---|
| 1999 KW W90 CON VIN3559 | G Force GC LLC |
| 2005 Hyundai COMM Tril. VIN2003 | G Force GC LLC[3] |
| Trail King TK40SSD VIN4923 | Caterpillar Financial Services Corporation[4] |
| Trail King TK40SSD VIN4924 | Caterpillar Financial Services Corporation[5] |
| FRHT Cascadia 125 VIN0923 | G Force GC LLC |
| 2007 COMM SDCE VIN9513 | G Force GC LLC |
| 2006 TRAIL Circle R Side Dump VIN7073 | G Force GC LLC |

16.     The Debtor's primary non-equipment assets are accounts receivable securing the Conboy "all asset" security interests above.  The remaining security interests are purchase money security interests in specific equipment identified therein.

17.     Because the DIP Lender will not prime existing purchase money security interests on the Debtor's equipment, the Debtor's existing equipment-secured creditors will not be harmed

---

[3] It is unclear if G Force is on record at DMV on title on this vehicle.

[4] It is unclear if Caterpillar is on record at DMV on title on this vehicle.

[5] It is unclear if Caterpillar is on record at DMV on title on this vehicle.

by the DIP Loan, and the Debtor need not provide additional adequate protection to them. Nevertheless, the Debtor will continue using their equipment, and so the Debtor seeks to continue paying the secured "lease" obligations at the contract rate in the ordinary course of its business.  The Debtor believes that the contract rate in each case will satisfy the equipment financiers and provide them adequate protection.

18.     The Debtor has one "all assets" secured creditor – Michael Conboy – who is secured on all of the Debtor's assets covered by a UCC-1 dated September 4, 2019.  The Debtor proposes to continue making the regular payments of $25,000 per month to Mr. Conboy as adequate protection of Mr. Conboy's security interest, which will be primed by the DIP Lender.  Mr. Conboy is primarily secured by the Debtor's receivables, which, once collected on, will constitute "cash collateral."  The Debtor proposes that this periodic payment provides adequate protection for the use and priming of Mr. Conboy's security interest in cash collateral.

## V.     BASIS FOR RELIEF

### A.     Legal Standard

#### 1.     Use of Estate Property – Bankruptcy Code Section 363(b)(1)

Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate . . . ."  In considering a proposed use of property outside of the ordinary course, courts look at whether the proposed use of the property is in the best interests of the estate based on the facts of the case.  *Walter v. Sunwest Bank (In re Walter)*, 83 B.R. 14, 19-20 (9th Cir. BAP 1988) (citing *In re Continental Air Lines, Inc., 780 F.2d* 1223, 1226 (5th Cir. 1986)). This requires an examination of the "business justification" for the proposed use. *Walter*, 83 B.R. at 19 ("[F]or

the debtor-in-possession or trustee to satisfy its fiduciary duty to the debtor, creditors and equity holders, there must be some articulated business justification for using, selling, or leasing the property outside the ordinary course of business . . . .").

In determining whether the use of estate property outside of the ordinary course of business should be approved, "the bankruptcy judge should consider all salient factors pertaining to the proceeding and, accordingly, act to further the diverse interests of the debtor, creditors and equity holders, alike." *Id.*; *see also Continental Air Lines*, 780 F.2d at 1226.

### 2.    Use of Cash Collateral – Bankruptcy Code Section 363(c)(1)

Section 363(c)(2) of the Bankruptcy Code provides that—

> (2) The trustee may not use, sell, or lease cash collateral under paragraph (1) of this subsection unless—
>
>> (A) each entity that has an interest in such cash collateral consents; or
>>
>> (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section.

Section 363(e), in turn, provides that—

> Notwithstanding any other provision of this section, at any time, on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest.

"Adequate protection" is defined in section 361 to include periodic cash payments, additional or replacement liens, or granting the secured party the "indubitable equivalent" of such secured party's existing interest.  11 U.S.C. § 361(1)-(3).

### 3.      Bankruptcy Code Sections 364(c) and (d)

Section 364(c) of the Bankruptcy Code provides that—

> If the trustee is unable to obtain unsecured credit allowable under
> section 503(b)(1) of this title as an administrative expense, the
> court, after notice and a hearing, may authorize the obtaining of
> credit or the incurring of debt- (1) with priority over any or all
> administrative expenses of the kind specified in section 503(b) or
> 507(b) of this title; (2) secured by a lien on property of the estate
> that is not otherwise subject to a lien; or (3) secured by a junior
> lien on property of the estate that is subject to a lien.

Section 364(d)(1) further provides that—

> The court, after notice and a hearing, may authorize the obtaining
> of credit or the incurring of debt secured by a senior or equal lien
> on property of the estate that is subject to a lien only if (A) the
> trustee is unable to obtain such credit otherwise; and (B) there is
> adequate protection of the interest of the holder of the lien on the
> property of the estate on which such senior or equal lien is
> proposed to be granted.

When a debtor's business judgment is consistent with the provisions of and polices

underlying the Bankruptcy Code, courts routinely grant a debtor considerable deference in acting

in accordance with its business judgment.  *See, e.g., In re Ames Dept. Stores, Inc.*, 115 B.R. 34,

40 (Bankr. S.D.N.Y. 1990) (courts have discretion under section 364 of the Bankruptcy Code to

permit debtor to exercise reasonable business judgment so long as (i) the terms of the financing

agreement do not "leverage the bankruptcy process and powers" and (ii) the financing

agreement's purpose is primarily to benefit the estate, and not a party in interest); *see also In re*

*Defender Drug Stores*, 145 B.R. 312, 316-317 (9th Cir. B.A.P. 1992) ("Bankruptcy courts,

however, have regularly authorized post-petition financing arrangements containing lender

incentives beyond the explicit priorities and liens specified in section 364. While certain

favorable terms may be permitted as a reasonable exercise of the debtor's business judgment,

bankruptcy courts do not allow terms in financing arrangements that convert the bankruptcy process from one designed to benefit all creditors to one designed for the unwarranted benefit of the post-petition lender.  Thus, courts look to whether the proposed terms would prejudice the powers and rights that the Code confers for the benefit of all creditors and leverage the Chapter 11 process by granting the lender excessive control over the debtor or its assets as to unduly prejudice the rights of other parties in interest." (citations omitted)); *see also In re Berry Good, LLC*, 400 B.R. 741, 747 (Bankr. D. Ariz. 2008).

### 4.      Interim and Final Relief – Bankruptcy Code Section 363(c)(3)

Section 363(c)(3) provides the procedure for interim and final relief on the use of cash collateral and other secured property:

> Any hearing under paragraph (2)(B) of this subsection may be a preliminary hearing or may be consolidated with a hearing under subsection (e) of this section, but shall be scheduled in accordance with the needs of the debtor. If the hearing under paragraph (2)(B) of this subsection is a preliminary hearing, the court may authorize such use, sale, or lease only if there is a reasonable likelihood that the trustee will prevail at the final hearing under subsection (e) of this section. The court shall act promptly on any request for authorization under paragraph (2)(B) of this subsection.

### 5.      Bankruptcy Code Section 105(a)

Section 105(a) of the Bankruptcy Code provides that bankruptcy courts "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code.

VI.   **ARGUMENT**

A.     **Authorizing the Debtor to Obtain the Proposed Post-Petition Financing and Granted Related Relief is Proper.**

As set forth above, the proposed DIP Loan will allow the Debtor to obtain the cash it needs to achieve an orderly reorganization of the Debtor's business while preserving the value of the Debtor's estate for the benefit of creditors.

Based upon all of the above, the Debtor believes that entering into the DIP Loan based on the terms of the DIP Loan Agreement reflects a sound and prudent exercise of its business judgment under the circumstances and is in the best interests of the estate and its creditors.  The Debtor therefore seeks a Court order approving these actions.

The Debtor is unable to obtain unsecured financing, financing as a mere administrative priority, or financing subordinated to its pre-petition lenders.  The Debtor has no real property.  Most of the Debtor's tangible and intangible assets are equipment that is already subject to purchase money security interests or receivables that are secured by prepetition security interests in excess of their amount.

B.     **Authorization to Use Cash Collateral and Provide Adequate Protection**

The Debtor proposes to use the equipment, including vehicles, that are secured by the above-named secured creditors in the course of its business operations.  Loss of the equipment would be catastrophic for the Debtor because it could not continue its operations and generate cash and receivables to fund its business and pay its creditors.

To provide adequate protection for its secured equipment creditors, the Debtor proposes to continue paying its creditors that are secured by equipment at the contractual rates in their financing agreements.  The Debtor has adequate cash flow to continue to do so.  Doing so will

ensure that the Debtor does not lose any of its valuable equipment in which it has equity and a great need to continue to use in its operations.

To provide adequate protection for its "all asset" creditor, Michael Conboy, in consideration of the Debtor's use of the receivables, which constitute Mr. Conboy's cash collateral, and in consideration of the priming security interest being granted to the DIP Lender, the Debtor proposes to continue paying Mr. Conboy at the contractual rate of $25,000 per month. This should adequately protect Mr. Conboy against any potential loss by the use and priming.  11 U.S.C. § 361.

### C.    **Interim and Final Relief**

The Debtor requests that, in accordance with section 363(c)(3), the Court hold an interim hearing as soon as practicable to authorize the Debtor to use cash collateral and the secured equipment in the interim until final relief can be granted by entry of the Final Order.  Further, the Debtor requests that the Court order that the Interim and Final Orders are immediately effective to prevent immediate and irreparable harm to the Debtor's business by waiving the 14-day stay of Rule 6004(h).

## VII.   **NOTICE**

No trustee or examiner has been appointed in the Chapter 11 Case.  The Debtor has provided notice of this Motion to (a) the Office of the United States Trustee for the District of Utah; (b) the parties listed on the List of Creditors Holding the 20 Largest Unsecured Claims for the Debtor; (c) all ECF notice parties; (d) the United States Internal Revenue Service; (e) the Utah Tax Commission; and (f) all secured and unsecured creditors and other stakeholders on the

Debtor's mailing matrix.  In light of the nature of the relief requested in this Motion, the Debtor

respectfully submits that no further notice is necessary.

No prior application for the relief sought in this Motion has been made to this Court or

any other court in connection with this Chapter 11 Case.

## VIII.   CONCLUSION

WHEREFORE, for the reasons set forth herein, the Debtor respectfully requests that the

Court enter interim and final orders authorizing the Debtor to (1) enter into the DIP Loan with

the DIP Lender substantially in accordance with the terms of the DIP Loan Agreement, and to

take all actions necessary to consummate the DIP Loan; and (2) grant priming liens on all of its

current and future property as collateral and super priority claims in connection with the DIP

Loan.  The Debtor requests also that the Court schedule a Final Hearing within 30 days to

consider entry of the Final Order.


DATED March 27, 2022.

/s/ Brian M. Rothschild
Brian M. Rothschild
Darren Neilson
Simeon Brown
**PARSONS BEHLE & LATIMER**

*Proposed Attorneys for SoNev Construction LLC*

**EXHIBIT A**

**INTERIM ORDER**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>SoNev Construction LLC<br><br>    Debtor. | **INTERIM ORDER (1) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AND PRIMING LIENS; (3) AUTHORIZING ADEQUATE PROTECTION PAYMENTS AND USE OF CASH COLLATERAL; AND (4) GRANTING RELATED RELIEF**<br><br>Case No. 22-bk-21037-WTT<br><br>Chapter 11<br><br>Judge William T. Thurman |

Upon the motion (the "**Motion**")[6] filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**") seeking entry of an order (1) authorizing the Debtor to enter into the DIP Loan (as defined herein) with the DIP Lender substantially in accordance with the terms of the draft DIP Loan and Security Agreement and to take all actions necessary to consummate the DIP Loan; (2) granting priming liens on all of its current and future property as collateral, with the exception of all existing purchase money security interests on Debtor's tangible personal property, and super priority claims in connection with the DIP Loan; (3) authorizing the Debtor

---

[6] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to use cash collateral and make adequate protection payments to the one secured creditor who is secured by cash collateral; and (4) granting related relief, and the Court, having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "**Hearing**"), and upon the record of the proceedings before this Court, and the Court finding that it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Motion and the Hearing were sufficient under the circumstances and that no further notice need be given for the interim relief sought herein; and the legal and evidentiary bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein and that such relief is necessary to avoid immediate and irreparable harm to the Debtor's estate,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED on an interim basis to the extent provided herein pending the hearing on the Final Order granting the Motion.

2.      Any objection to the relief requested in the Motion being granted on a final basis must be filed in the Court and served on counsel to the Debtor so that such objection is received no later than **[DATE], at 5:00 p.m. (Prevailing Utah Time)** (the "**Objection Deadline**").  If any party in interest files an objection, the Court will hold a hearing on the relief sought in the Motion on a final basis on **[DATE] at [TIME] (Prevailing Utah Time)** (the "**Final Hearing**") at the United States Bankruptcy Court, Judge William T. Thurman, US Bankruptcy Court District of Utah, 5th District Court, State of Utah, 206 West Tabernacle, Courtroom 2B, St. George, UT 84770.  The Court may make provision for telephonic or Zoom appearances at the Final Hearing, and interested parties should check the docket and the Court's website for

2

instructions for accessing the Final Hearing.  If no objections are filed to the Motion, this Court

may enter a Final Order on the Motion without holding the Final Hearing.

3.     Entry of this Interim Order is without prejudice to the rights of any party in

interest to interpose an objection to the Motion, and any such objection will be considered on a

*de novo* basis at the final hearing.

4.     In the interim, the Debtor is authorized and empowered to take all actions

necessary to implement the relief granted in this Interim Order.

5.     The Debtor is authorized, but not required, to borrow funds under the DIP Loan

and use it for the purposes as outlined in the Motion and as approved by other orders of this

Court.

6.     Such borrowings and all other amounts owing on the DIP Loan shall constitute

allowed superpriority administrative expense claims having priority under section 364(c)(i) of

the Bankruptcy Code over all administrative expense claims and unsecured claims against the

Debtor now existing or hereafter arising, of any kind whatsoever, including, without limitation,

all administrative expense claims of the kind specified in sections 105, 326, 328, 330, 331, 363,

364, 503, 506, 507, 546, 726, 1113 and 1114 or any other provision of the Bankruptcy Code or

otherwise, as provided under section 364(c)(1) of the Bankruptcy Code, subject, as to priority

only, to (i) any fees payable to the Clerk of the Bankruptcy Court and to the Office of the United

States Trustee pursuant to 28 U.S.C. §1930(a); (ii) the aggregate of the allowed reasonable fees

and expenses incurred by the Debtor in connection with the administration of its chapter 11 case,

including, without limitation, the fees, costs and expenses of the Debtor's professionals and

advisors.

7.      The DIP Lender is hereby granted a priming first-priority lien and security interest in all existing and after acquired personal property of the Debtor (including without limitation accounts, contract rights, inventory, equipment, and general intangibles of Debtor and all proceeds thereof); provided, however, that the DIP Lender's security interests shall not prime existing purchase money security interests on any of Debtor's tangible personal property.

8.      The Debtor is authorized to perform its obligations to the DIP Lender on the DIP Loan according the documents governing the same, and is authorized to execute such further documents, financing statements, and papers as are reasonable and necessary to effectuate the DIP Loan.

9.      The Debtor is authorized, but not required, to make payments to the secured equipment lenders at the ordinary rates in its contracts with such lenders, and such payments constitute adequate protection.

10.      The Debtor is authorized to make payments to secured creditor Michael Conboy in the amount of $25,000 per month, and such payments constitute adequate protection for the Debtor's use of Mr. Conboy's cash collateral.

11.      Rule 6003 of the Bankruptcy Rules has been satisfied to the extent applicable.

12.      Notwithstanding Bankruptcy Rules 6004, 7062, or 9014, the terms and conditions of this Order shall be immediately effective upon its entry.

13.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**[END OF DOCUMENT]**

**EXHIBIT B**

**FINAL ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>SoNev Construction LLC<br><br>    Debtor. | **FINAL ORDER (1) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS AND PRIMING LIENS; (3) AUTHORIZING ADEQUATE PROTECTION PAYMENTS AND USE OF CASH COLLATERAL; AND (4) GRANTING RELATED RELIEF**<br><br>Case No. 22-bk-21037-WTT<br><br>Chapter 11<br><br>Judge William T. Thurman |

Upon the motion (the "**Motion**")[7] filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**") seeking entry of an order authorizing Debtor to obtain post-petition financing under section 364 of the Bankruptcy Code, and for related relief; and the Court, having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "**Hearing**"), finds that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28

---

[7] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

U.S.C. § 157(b)(2), that notice of the Motion and the Hearing were sufficient under the circumstances and that no further notice need be given; and the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein, that the Court finds the granting of superiority administrative expense status and granting priming liens under section 364(d) of the Bankruptcy Code to be necessary and appropriate, and that no financing on any better terms is available, and that borrowing under the DIP Loans is necessary to preserve the value of the Debtor's estate, and that the relief granted herein is necessary to avoid immediate and irreparable harm to the Debtor's estate,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as provided herein on a final basis.

2.      In the interim, the Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Interim Order.

3.      The Debtor is authorized, but not required, to borrow funds under the DIP Loan and use it for the purposes as outlined in the Motion and as approved by other orders of this Court.

4.      Such borrowings and all other amounts owing on the DIP Loan shall constitute allowed superpriority administrative expense claims having priority under section 364(c)(i) of the Bankruptcy Code over all administrative expense claims and unsecured claims against the Debtor now existing or hereafter arising, of any kind whatsoever, including, without limitation, all administrative expense claims of the kind specified in sections 105, 326, 328, 330, 331, 363, 364, 503, 506, 507, 546, 726, 1113 and 1114 or any other provision of the Bankruptcy Code or otherwise, as provided under section 364(c)(1) of the Bankruptcy Code, subject, as to priority only, to (i) any fees payable to the Clerk of the Bankruptcy Court and to the Office of the United States Trustee pursuant to 28 U.S.C. §1930(a); (ii) the aggregate of the allowed reasonable fees

2

and expenses incurred by the Debtor in connection with the administration of its chapter 11 case, including, without limitation, the fees, costs and expenses of the Debtor's professionals and advisors.

5.      The DIP Lender is hereby granted a priming first-priority lien and security interest in all existing and after acquired personal property of the Debtor (including without limitation accounts, contract rights, inventory, equipment, and general intangibles of Debtor and all proceeds thereof); provided, however, that the DIP Lender's security interests shall not prime existing purchase money security interests on any of Debtor's tangible personal property.

6.      The Debtor is authorized to perform its obligations to the DIP Lender on the DIP Loan according the documents governing the same, and is authorized to execute such further documents, financing statements, and papers as are reasonable and necessary to effectuate the DIP Loan.

7.      The Debtor is authorized, but not required, to make payments to the secured equipment lenders at the ordinary rates in its contracts with such lenders, and such payments constitute adequate protection.

8.      The Debtor is authorized to make payments to secured creditor Michael Conboy in the amount of $25,000 per month, and such payments constitute adequate protection for the Debtor's use of Mr. Conboy's cash collateral.

9.      Rule 6003 of the Bankruptcy Rules has been satisfied to the extent applicable.

10.     Notwithstanding Bankruptcy Rules 6004, 7062, or 9014, the terms and conditions of this Order shall be immediately effective upon its entry.

11.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**[END OF DOCUMENT]**

**EXHIBIT C**

**UCC-1 FINANCING STATEMENTS**

Receipt Number: 7878299
Amount Paid:   $12.00



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

569556201943

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

1654 03817
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Utah
(S.O.S.)

JUN 13 '19 AM 9:50

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SONEV CONSTRUCTION LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS 1294 Ridgeway Dr. | CITY Cedar City | STATE UT | POSTAL CODE 84721 | COUNTRY USA |
|---|---|---|---|---|

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS P.O. BOX 2576 / uccsprep@cscinfo.com | CITY Springfield | STATE IL | POSTAL CODE 62708 | COUNTRY USA |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF DEBTOR, NOW EXISTING AND HEREAFTER ARISING, WHEREVER LOCATED. NOTICE - PURSUANT TO AN AGREEMENT
BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED AND COVENANTED NOT TO FURTHER ENCUMBER THE COLLATERAL
DESCRIBED HEREIN. FURTHER ENCUMBANCING THE COLLATERAL SHALL CONSTITUTE TORTIOUS INTERFERENCE WITH SECURED
PARTY'S RIGHTS. IN THE EVENT THAT DEBTOR PURPORTS TO GRANT ANY ENTITY (OTHER THAN SECURED PARTY) A SECURITY
INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES, SECURED PARTY HEREBY ASSERTS A CLAIM TO
ANY AND ALL PROCEEDS RECEIVED THEREFROM.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: SoNev Construction, LLC

1654 03817

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

| Filed in the Office of | Initial Filing Number **575330201933** |
| --- | --- |
| Director, Division of Corporations and Commercial Code | Filed On **9/4/2019 3:56:00 PM** |
| | Lapse Date **9/4/2024** |
| | Number of Pages **1** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME **SONEV CONSTRUCTION, LLC** | | | | |
| --- | --- | --- | --- | --- |
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **1293 N. RIDGEWAY DRIVE** | CITY **CEDAR CITY** | STATE **UT** | POSTAL CODE **84721** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| OR | 3b. INDIVIDUAL'S SURNAME **CONBOY** | FIRST PERSONAL NAME **MICHAEL** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **1114 AVENUE OF THE AMERICAS 29TH FLOOR** | CITY **NEW YORK** | STATE **NY** | POSTAL CODE **10036** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL ACCOUNTS AND DEPOSIT ACCOUNTS, CHATTEL PAPER, AND OTHER RIGHTS TO PAYMENT OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED; ALL INSTRUMENTS, ALL INVENTORY OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED; ALL EQUIPMENT OF THE DEBTOR, WHETHER NO OWNED OR HEREAFTER ACQUIRED; ALL GENERAL INTANGIBLES AND CONTRACT RIGHTS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED; ALL INVESTMENT PROPERTY; ALL OF THE FOREGOING, TOGETHER WITH ALL SUBSTITUTIONS AND REPLACEMENTS FOR AND PRODUCTS OF ANY OF THE FOREGOING PERSONAL PROPERTY TOGETHER WITH ALL ACCESSIONS, ATTACHMENTS, PARTS, PROCEEDS, MODIFICATIONS, AND REPAIRS NOW OR HEREAFTER ATTACHED OR AFFIXED TO OR USED IN CONNECTION WITH ANY OF THE FOREGOING.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
| --- | --- |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**SONEV CONSTRUCTION**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**Wolters Kluwer Lien Solutions   800-331-3282** | |
| B. E-MAIL CONTACT AT FILER (optional)<br>**uccfilingreturn@wolterskluwer.com** | |
| C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)<br><br>**Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071 USA** | |

| Filed in the Office of<br><br>*Drew Strangev*<br><br>Director, Division of<br>Corporations and<br>Commercial Code | Initial Filing Number<br>**2020737009-5** |
|---|---|
| | Filed On<br>**12/28/2020 5:00:07 PM** |
| | Lapse Date<br>**12/28/2025** |
| | Number of Pages<br>**1** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME<br>**SONEV CONSTRUCTION LLC** | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS<br>**577 N 5675 W** | CITY<br>**CEDAR CITY** | STATE<br>**UT** | POSTAL CODE<br>**84721** | COUNTRY<br>**USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE OF ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME<br>**Financial Pacific Leasing, Inc.** | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>**P.O. Box 4568** | CITY<br>**FEDERAL WAY** | STATE<br>**WA** | POSTAL CODE<br>**98001** | COUNTRY<br>**USA** |

4. COLLATERAL:  This financing statement covers the following collateral:

**All equipment and other personal property, now or hereafter the subject of that certain Agreement, relating to Financial Pacific Leasing, Inc., Contract # 001-168549 7-301, dated 12/24/2020, between the Secured Party and Debtor, together with all attachments, additions, accessories, substitutions and replacements thereto, any and all insurance and other proceeds of the foregoing.**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**78294543**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>**Wolters Kluwer Lien Solutions   800-331-3282** | Filed in the Office of<br><br>Director, Division of<br>Corporations and<br>Commercial Code |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>**uccfilingreturn@wolterskluwer.com** | |
| **C. SEND ACKNOWLEDGEMENT TO:**  (Name and Address)<br><br>**Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071 USA** | |

| Initial Filing Number |
|---|
| **2021740268-8** |
| Filed On |
| **1/12/2021 6:18:59 AM** |
| Lapse Date |
| **1/12/2026** |
| Number of Pages |
| **2** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Sonev Construction LLC** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **577 North 5675 West** | **Cedar City** | **UT** | **847214800** | **USA** |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **Gilbert** | **Keith** | **Steven Patrick** | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1294 North Ridgeway Drive** | **Cedar City** | **UT** | **847216025** | **USA** |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **North Mill Credit Trust** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **601 Merritt 7, Suite 5** | **Norwalk** | **CT** | **06851** | **USA** |

4. **COLLATERAL:**  This financing statement covers the following collateral:
**All equipment listed on contract agreement number C048971-A066909 consisting of 2005 Caterpillar D9L Crawler Tractor; VIN/Serial #: 14Y75463 2006 Caterpillar 6 13C Water Wagon Scraper; VIN/Serial # CAT0613CV8LJ2343 together with all accessories, attachments, replacements, substitutions and accessions related theret o, along with all cash and non-cash proceeds (including without limitation indemnity claims, claim payments and other proceeds relating to insurance), products a nd rents therefrom.**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is  ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | 6b. Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Agricultural Lien   ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**78484062**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME | |
|---|---|
| **Sonev Construction LLC** | |

OR

| 18b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME:  Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **Gilbert** | **Patricia** | **Elizabeth** | |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **577 N 5765 W** | **Cedar City** | **UT** | **84720** | **USA** |

20. ADDITIONAL DEBTOR'S NAME:  Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

22. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME  Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME  Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**BILL MILLER EQUIPMENT SALES** | **Filed in the Office of** |
| B. E-MAIL CONTACT AT FILER (optional)<br>**jenni@bmillerequipmentsales.com** | |

**Filed in the Office of**

*[signature]* Jason Chaffetz

Director, Division of Corporations and Commercial Code

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**BILL MILLER EQUIPMENT SALES**

**10200 PARKERSBURG RD**

**Eckhart Mines MD 21528 USA**

| | |
|---|---|
| Filing Number<br>**210304753810-0** | |
| Initial Filing Number<br>**210304753810-0** | |
| Filed On<br>**March 4, 2021 08:59 AM** | |
| Lapse Date<br>**03/04/2026** | |
| Number of Pages<br>**1** | |

---

1. DEBTOR'S NAME:  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SONEV CONSTRUCTION** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **577 N 5675 W** | **CEDAR CITY** | **UT** | **84721** | **USA** |

---

2. DEBTOR'S NAME:  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BILL MILLER EQUIPMENT SALES** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **10200 PARKERSBURG RD** | **ECKHART MINES** | **MD** | **21528** | **USA** |

---

4. COLLATERAL: This financing statement covers the following collateral:

**RENTAL/PURCHASE AGREEMENT ("LEASE"), BY AND BETWEEN LESSEE AND BILL MILLER EQUIPMENT SALES, INC., AS LESSOR; ALL RENTS AND OTHER PAYMENTS DUE AND TO BECOME DUE UNDER THE LEASE; AND THE FOLLOWING EQUIPMENT:**

**CAT 980K WHEEL LOADER, S/N: W7K755**

**... TOGETHER WITH ALL PARTS ATTACHMENTS, ACCESSION, ADDITIONS, AND REPLACEMENTS AND THE PROCEEDS OF ANY OF THE FOREGOING.**

---

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

---

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **BILL MILLER EQUIPMENT SALES** |
| B. E-MAIL CONTACT AT FILER (optional) |
| **jenni@bmillerequipmentsales.com** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| **BILL MILLER EQUIPMENT SALES** |
| **10200 PARKERSBURG RD** |
| **Eckhart Mines MD 21528 USA** |

| Filed in the Office of | Filing Number **210419765451-1** |
|---|---|
| *L. Veillette* | Initial Filing Number **210304753810-0** |
| Director, Division of Corporations and Commercial Code | Filed On **April 19, 2021 08:01 AM** |
| | Lapse Date **03/04/2026** |
| | Number of Pages **1** |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER  **210304753810-0** | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☑ **COLLATERAL CHANGE: Also** check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
**CAT D10N DOZER, S/N: 3SK461**

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME **BILL MILLER EQUIPMENT SALES INC** | | | |
|---|---|---|---|---|
| OR | | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Solutions Financial Services |

**B. E-MAIL CONTACT AT FILER (optional)**
skohler@sfsutah.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Solutions Financial Services

4901 W. 2100 South

UT 84120 USA

| Filed in the Office of | Filing Number |
|---|---|
| *K. Veillette* | **210420765860-7** |
| | Initial Filing Number |
| Director, Division of | **210420765860-7** |
| Corporations and | Filed On |
| Commercial Code | **April 20, 2021 10:54 AM** |
| | Lapse Date |
| | **04/20/2026** |
| | Number of Pages |
| | **1** |

1. DEBTOR'S NAME:  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SONEV CONSTRUCTION LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 444 S MAIN STREET SUITE C7 | CEDAR CITY | UT | 84721 | USA |

2. DEBTOR'S NAME:  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

OR

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| RPS CAMPBELL COMPANIES, LLC DBA SOLUTIONS FINANCIAL SERVICES | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4901 W 2100 S | SALT LAKE CITY | UT | 84120 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**2018 EDGE STACKER STK 36X80 80' STACKER WITH 40" BELT S/N 18TS8040874, 2019 METSO ST3.8 TRACK SCREEN S/N 180657, AND A 2019 METSO LT1213S IMPACT CRUSHER WITH SCREEN S/N 180186, TOGETHER WITH ALL ACCESSORIES, ATTACHMENTS, PARTS, PROCEEDS, MODIFICATIONS, AND REPAIRS NOW OR HEREAFTER ATTACHED OR AFFIXED TO OR USED IN CONNECTION WITH ANY OF THE FOREGOING .**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY —** UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**Corporation Service Company   1-800-858-5294** | Filed in the Office of |
| B. E-MAIL CONTACT AT FILER (optional)<br>**SPRFiling@cscglobal.com** | *H. Veillette* |
| C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)<br><br>**Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703 USA** | Director, Division of<br>Corporations and<br>Commercial Code |

| Initial Filing Number |
|---|
| **2021767349-9** |
| Filed On |
| **4/26/2021 10:38:57 AM** |
| Lapse Date |
| **4/26/2026** |
| Number of Pages |
| **1** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **Sonev Construction LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS<br>**577 N 5675 W** | CITY<br>**Cedar City** | STATE<br>**UT** | POSTAL CODE<br>**84721** | COUNTRY<br>**USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **CORPORATION SERVICE COMPANY, AS REPRESENTATIVE** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>**PO BOX 2576 UCCSPREP@cscinfo.com** | CITY<br>**Springfield** | STATE<br>**IL** | POSTAL CODE<br>**62708** | COUNTRY<br>**USA** |

4. COLLATERAL:  This financing statement covers the following collateral:
**2012 Smithco VIN: 1S9SS4235CL476370 2012 Smithco VIN: 1S9SS4230CL476406 2012 Smithco VIN: 1S9SS274XCL476371 2012 Smithco VIN: 1S9SS2745CL476407** The equipment financed under Contract 1019682 listed above, whether now owned or hereafter acquired, together with all personal property installed in, affixed to or used in connection therewith and all present or future: (i) additions, accessories, accessions, attachments, parts, supplies, related software, intellectual property, rights, licenses and improvements thereto; (ii) substitutions, renewals, replacements and purchase options thereof; (iii) insurance, warranty, and other third-party claims; (iv) Debtor's rights in connection with a third-party's use of such equipment under a sublease, rental or similar agreement; (v) proceeds and product in any form (including but not limited to insurance and sale proceeds) of each of the foregoing, whether it be cash, non-cash or in any other form; and (vi) to the extent the equipment identified herein is construed as or deemed inventory, that inventory and all accounts, accounts receivable, cash proceeds and all other proceeds related thereto or derived therefrom.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | 6b. Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Agricultural Lien   ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**2100 68715:210068715**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Filed in the Office of | Filing Number |
|---|---|---|
| **BILL MILLER EQUIPMENT SALES** | | **210426767421-2** |
| B. E-MAIL CONTACT AT FILER (optional) | *L. Veillette* | Initial Filing Number |
| **jenni@bmillerequipmentsales.com** | Director, Division of | **210304753810-0** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | Corporations and | Filed On |
| | Commercial Code | **April 26, 2021 02:01 PM** |
| **BILL MILLER EQUIPMENT SALES** | | Lapse Date |
| | | **03/04/2026** |
| **10200 PARKERSBURG RD** | | Number of Pages |
| **Eckhart Mines MD 21528 USA** | | **1** |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **210304753810-0** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | | | |
| | 7b. INDIVIDUAL'S SURNAME | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:
**KENWORTH LUBE TRUCK, S/N: 155231S**

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **BILL MILLER EQUIPMENT SALES** | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
**SONEV CONSTRUCTION**

**FILING OFFICE COPY —** UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | Filed in the Office of | Filing Number |
|---|---|---|
| **BILL MILLER EQUIPMENT SALES** | | **210707786800-2** |
| B. E-MAIL CONTACT AT FILER (optional) | | Initial Filing Number |
| **jenni@bmillerequipmentsales.com** | _L. Veillette_ | **210304753810-0** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | Director, Division of | Filed On |
| | Corporations and | **July 7, 2021 07:39 AM** |
| **BILL MILLER EQUIPMENT SALES** | Commercial Code | Lapse Date |
| **10200 PARKERSBURG RD** | | **03/04/2026** |
| | | Number of Pages |
| **Eckhart Mines MD 21528 USA** | | **1** |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **210304753810-0** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

OR
| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR
| 7a. ORGANIZATION'S NAME |
|---|
| 7b. INDIVIDUAL'S SURNAME |
| INDIVIDUAL'S FIRST PERSONAL NAME |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:
**KOMATSU PC490 EXCAVATOR, S/N: A41846**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

OR
| 9a. ORGANIZATION'S NAME |
|---|
| **BILL MILLER EQUIPMENT SALES** |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Wolters Kluwer Lien Solutions 800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**
uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGEMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071 USA

Filed in the Office of
L. Veillette
Director, Division of Corporations and Commercial Code

Initial Filing Number **2021790107-6**
Filed On **7/20/2021 7:51:59 AM**
Lapse Date **7/20/2026**
Number of Pages **1**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SONEV CONSTRUCTION LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 577 NORTH 5675 WEST | CEDAR CITY | UT / 84721 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Caterpillar Financial Services Corporation | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2120 West End Ave | Nashville | TN / 37203 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ONE(1) Caterpillar 982M Medium Wheel Loader S/N:K1Y01607 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
81545408

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Receipt Number: 9011965
Amount Paid: $907.00

RECEIVED
AUG 05 2021

EXPEDITE

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS
Utah Div. of Corp. & Comm. Code

| A. NAME & PHONE OF CONTACT AT FILER (optional) | | Filed in the Office of | Filing Number 210806794860-5 |
|---|---|---|---|
| B. E-MAIL CONTACT AT FILER (optional) | | L. Veillette | Initial Filing Number 210806794860-5 |
| | | Director, Division of Corporations and Commercial Code | Filed On August 5, 2021 02:22 PM |
| C. | | | Lapse Date 08/05/2026 |
| Quick Data Services, Inc. 2005 East 2700 South, Suite 200 Salt Lake City, UT 84109 | | | Number of Pages 1 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SoNev Construction LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 577 N. 5675 West | CITY Cedar City | STATE UT | POSTAL CODE 84721 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Iron Capital Rentals (USA) Inc. | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS 603 Munger Avenue, Ste. 100 PMB 113 | CITY Dallas | STATE TX | POSTAL CODE 75202 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:

All of Debtor's right, title, and interest, whether now owned or hereafter arising, in and to (i) the following pieces of equipment and machinery:
CAT 772G KEX00131: 2014, - CAT0772GHKEX00131
CAT 772G KEX00138: 2014, - CAT0772GCKEX00138
CAT 772G KEX00139: 2014, - CAT0772GVKEX00139
CAT 772G KEX00140: 2014, - CAT0772GJKEX00140
together with all related software (embedded therein or otherwise) and general intangibles, all additions, replacements, attachments, accessories, and accessions thereto (ii) all subleases, chattel paper, security deposits, and general intangibles relating thereto, and any and all substitutions, replacements or exchanges for any such item of equipment or machinery, or other related collateral, and (iii) any and all insurance and/or other proceeds of the collateral and other property in and against which a security interest is granted hereunder

AUG 5 '21 PM 2:22

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)       International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>**Wolters Kluwer Lien Solutions   800-331-3282** | Filed in the Office of<br>*H. Veillette*<br>Director, Division of<br>Corporations and<br>Commercial Code |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>**uccfilingreturn@wolterskluwer.com** | |
| **C. SEND ACKNOWLEDGEMENT TO:**  (Name and Address)<br><br>**Lien Solutions**<br>**P.O. Box 29071**<br> **Glendale, CA 91209-9071 USA** | |

| Initial Filing Number |
|---|
| **2021798120-7** |
| Filed On |
| **8/18/2021 3:54:51 PM** |
| Lapse Date |
| **8/18/2026** |
| Number of Pages |
| **1** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SoNev Construction LLC** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **577 N 5675 W** | **Cedar City** | **UT** | **84721** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Hanmi Bank** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3660 Wilshire Blvd., PH A** | **Los Angeles** | **CA** | **90010** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**All equipment, subject to Agreement Number # 33753-BRO-45905 and subject to any and all existing and future schedules entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appearing or attached to any of the equipment in said Agreement and all substitutions, trade-ins, proceeds, insurance, renewals and replacements of, and improvements and accessions to the equipment in said Agreement.**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**82033722**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>**Wolters Kluwer Lien Solutions   800-331-3282** | Filed in the Office of |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>**uccfilingreturn@wolterskluwer.com** | *H. Veillette* |
| **C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)<br><br>**Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071 USA** | Director, Division of Corporations and Commercial Code |

| Initial Filing Number |
|---|
| **2021804691-0** |
| Filed On |
| **9/15/2021 8:52:44 AM** |
| Lapse Date |
| **9/15/2026** |
| Number of Pages |
| **2** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **Sonev Construction LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **577 N 5675 W** | **Cedar City** | **UT** | **84721** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **KLC Financial, Inc.** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **3514 County Road 101** | **Minnetonka** | **MN** | **55345** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
**ALL EQUIPMENT LISTED ON MASTER EQUIPMENT FINANCE AGREEMENT 8222A. FILING INCLUDES ALL EQUIPMENT LISTED ON MASTER EQUIPMENT FINANCE AGREEMENT 8222A. INCLUDING BUT NOT LIMITED TO: Equipment listed on Schedule 01: Used 2002 Cat 988G Wheel Loader S/N# BNH0457. FILING ALSO INCLUDES ANY AND ALL FUTURE ATTACHMENTS, UPGRADES OR MODIFICATIONS DONE TO SAID EQUIPMENT.**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**82444975**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | |
| 18a. ORGANIZATION'S NAME **Sonev Construction LLC** | |

OR

| 18b. INDIVIDUAL'S SURNAME | |
|---|---|
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

20. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

21. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

22. ☑ ADDITIONAL SECURED PARTY'S NAME  <u>or</u>  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (22a or 22b)

| 22a. ORGANIZATION'S NAME **First Utah Bank** | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS **11025 South State Street** | CITY **Sandy** | STATE **UT** | POSTAL CODE **84070** | COUNTRY **USA** |

23. ☐ ADDITIONAL SECURED PARTY'S NAME  <u>or</u>  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Garth O Green Enterprises, Inc. DBA Southwest Plumbing Supply |

**B. E-MAIL CONTACT AT FILER (optional)**
camiem@swplumb.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Garth O Green Enterprises, Inc. DBA Southwest Plumbing Supply

506 N 200 W

Cedar City UT 84721 USA

| Filed in the Office of | Filing Number |
|---|---|
| *L. Veillette* | **211116820962-1** |
| | Initial Filing Number |
| | **211116820962-1** |
| Director, Division of Corporations and Commercial Code | Filed On **November 16, 2021 03:14 PM** |
| | Lapse Date **11/16/2026** |
| | Number of Pages **1** |

1. DEBTOR'S NAME:  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐  and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| SONEV CONSTRUCTION LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1294 N RIDGEWAY DRIVE | CEDAR CITY | UT | 84721 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐  and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GARTH O GREEN ENTERPRISES, INC. DBA SOUTHWEST PLUMBING SUPPLY | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 506 N 200 W | CEDAR CITY | UT | 84721 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
"COLLATERAL" SHALL INCLUDE RIGHTS TITLES AND INTEREST TO THE DEBTOR'S TANGIBLE PERSONAL PROPERTY, FIXTURES, LEASEHOLD IMPROVEMENTS, TRADE FIXTURES, EQUIPMENT, INVENTORY, TRADEMARKS, WEB DOMAINS, PHONE NUMBERS, VEHICLES AND OTHER PERSONAL PROPERTY DESCRIBED ON EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF (THE "PERSONAL PROPERTY"); ALL GENERAL INTANGIBLES RELATING TO OR ARISING FROM THE PERSONAL PROPERTY, ALL CASH AND NON-CASH PROCEEDS (INCLUDING INSURANCE PROCEEDS) OF THE PERSONAL PROPERTY, ALL PRODUCTS THEREOF AND ALL ADDITIONS AND ACCESSIONS THERETO, SUBSTITUTIONS THEREFOR AND REPLACEMENTS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY —** UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>**Wolters Kluwer Lien Solutions   800-331-3282** | |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>**uccfilingreturn@wolterskluwer.com** | |
| **C. SEND ACKNOWLEDGEMENT TO:**  (Name and Address)<br><br>**Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 USA** | |

**Filed in the Office of**

*H. Veillette*

Director, Division of
Corporations and
Commercial Code

| | |
|---|---|
| Initial Filing Number<br>**2021822193-2** | |
| Filed On<br>**11/22/2021 7:29:51 AM** | |
| Lapse Date<br>**11/22/2026** | |
| Number of Pages<br>**1** | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **SoNev Construction LLC** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **577 N 5675 W** | **Cedar City** | **UT** | **84721** | **USA** |

2. **DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR | **PARTNERS CAPITAL GROUP, INC.** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **201 E Sandpointe Ave** | **Santa Ana** | **CA** | **92707** | **USA** |

4. **COLLATERAL:**  This financing statement covers the following collateral:

**All equipment and other personal property, including but not limited to furniture, fixtures and equipment subject to that certain Lease/Equipment Financing Agreement Number #70394 dated 11-16-2021, between Secured Party as Lessor/Creditor and Debtor as Lessee/Debtor, and subject to any and all existing and future schedule entered into pursuant to and incorporating said Agreement, together with all accessories, parts, attachments and appurtenances appertaining or attached to any of the Equipment, and all substitutions, trade-ins, proceeds, renewals and replacements of, and improvements and accessions to the Lease/Equipment Financing Agreement Number 70394.**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Agricultural Lien ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**83568644**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Wolters Kluwer Lien Solutions   800-331-3282**

**B. E-MAIL CONTACT AT FILER (optional)**
**uccfilingreturn@wolterskluwer.com**

**C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**
**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

| Filed in the Office of | Document Number |
|---|---|
| *S. Veillette* | **2021824488-7** |
| Director, Division of | Filed Date and Time |
| Corporations and | **12/1/2021 10:33:35 AM** |
| Commercial Code | Number of Pages |
| | **1** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**2021822193-2**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:**  Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☒ **ASSIGNMENT (full or partial):**  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:**  Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    **AND** Check one of these three boxes to:

☐ This Change affects ☐ Debtor or ☐ Party of record  | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

OR | 6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**7. CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR | 7a. ORGANIZATION'S NAME
**North Mill Credit Trust**

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)      SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **9 Executive Circle, Suite 230** | **Irvine** | **CA** | **92614** | **USA** |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

OR | 9a. ORGANIZATION'S NAME
**PARTNERS CAPITAL GROUP, INC.**

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA:**
**83699876- Debtor: SoNev Construction LLC**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**EXHIBIT D**

**COLLATERAL RELEASE FROM BAM CAPITAL**



**BAM CAPITAL, LLC**

3490 Piedmont Road NE
Suite #1350
Atlanta, GA 30305

April 1, 2021

**RE: Sonev Construction LLC COLLATERAL ASSIGNMENT TERMINATION**

To whom it may concern:

Effective as of the date of this Notice, *Sonev Construction LLC* ("SONEV") and BAM Capital LLC ("Lender") have terminated *SONEV*'s collateral assignment of, and Lender's security interest in, all of *SONEV*'s accounts receivable.  Please disregard the directives set forth on Lender's Notice of Assignment (the "NOA") as the NOA is of no further force and effect.

*Henceforth, please make all payments due on SONEV's accounts in accordance with SONEV's express instructions*.

If you have any questions concerning this Notice, please contact us by emailing Sam Powers at sam@bamfi.com.

**BAM CAPITAL, LLC**

By: *Brian R Goellnicht*

Name: Ricardo Goellnicht

Title: Business Analyst