**This order is SIGNED.**

**Dated: June 22, 2022**




**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*wtf*

*Order prepared and submitted by*:
Brian M. Rothschild, USB #15316
Darren Neilson, USB #15005
Simeon Brown, USB #17951
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com
DNeilson@parsonsbehle.com
SBrown@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for SoNev Construction LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>SoNev Construction LLC<br><br>    Debtor. | **ORDER AUTHORIZING THE EMPLOYMENT OF HOLDEN, KIDWELL, HAHN & CRAPO, P.L.L.C. AS SPECIAL LITIGATION COUNSEL UNDER 11 U.S.C. § 327(e)**<br><br>Case No. 22-bk-21037-WTT<br><br>Chapter 11<br><br>Judge William T. Thurman |

    Upon the Application (the "**Application**")[1] filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**") seeking entry of an order authorizing the Debtor to retain and employ Holden, Kidwell, Hahn & Crapo, P.L.L.C., an Idaho professional limited liability

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

4870-8066-0518

company ("**Holden Kidwell**") as special litigation counsel to the Debtor to provide the services described in the Application; and the Court, having reviewed the Application and having heard the statements of counsel in support of the relief requested in the Application at the hearing before the Court (the "**Hearing**"), and upon the Court's consideration of the *Declaration of Nathaniel H. Wadsworth in Support of Debtor SoNev Construction LLC's Application to Employ Holden Kidwell as Special Litigation Counsel under 11 U.S.C. § 327(e),* and upon the record of the proceedings before this Court, and the Court finding that it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, that this is a core matter under 28 U.S.C. § 157(b)(2), that notice of the Application and the Hearing were sufficient under the circumstances and that no further notice need be given for the interim relief sought herein; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtor, its estate and creditors, and all parties in interest; and it appearing that Holden Kidwell who will perform services on behalf of the Debtor in this Chapter 11 Case is duly qualified to practice before this Court; and the Court finding, based on the advisements made in the Application and the Wadsworth Declaration that Holden Kidwell does not represent any interest materially adverse to the Debtor or the Debtor's estate with respect to the matters upon which it is to be engaged, and that its employment is necessary and in the best interests of the Debtor's estate, and sufficient cause appearing,

      **THEREFORE, IT IS HEREBY ORDERED THAT:**

      1.    The Application to employ Holden Kidwell in this Chapter 11 Case is APPROVED under sections 327(e) and 328(a) of the Bankruptcy Code.

2. The terms of the Engagement Agreement, attached as <u>Exhibit 1</u> to the Application, are approved in their entirety.

3. Holden Kidwell shall apply for compensation and reimbursement of costs pursuant to sections 330 and 331 of the Bankruptcy Code for services rendered and costs incurred on behalf of the Debtor.

4. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

6. The entry of this Order is without prejudice to the Debtor or Holden Kidwell to request additional or different relief if warranted.

###

**[END OF DOCUMENT]**