Brian M. Rothschild (15316)
Darren Neilson (15005)
Simeon Brown (17951)
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
BRothschild@arsonsbehle.com
DNeilson@parsonsbehle.com
SBrown@parsonsbehle.com

*Attorneys for SoNev Construction LLC*

George Hofmann (10005)
Jeffrey L. Trousdale (14814)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-43004
Facsimile: (801) 363-4378
ghofmann@ck.law
jtousdale@ck.law

*Attorneys for Keith Gilbert*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>SONEV CONSTRUCTION LLC and<br><br>KEITH GILBERT,<br><br>Debtors. | Jointly Administered under<br>Case No. 22-bk-21037-WTT<br><br>(Jointly Administered with Case No. 22-bk-21988-WTT)<br><br>Chapter 11<br><br>**THIS DOCUMENT RELATES TO BOTH DEBTORS** |

## JOINT DEBTORS' PLAN OF REORGANIZATION

SoNev Construction LLC, the above-captioned debtor and debtor-in-possession ("**SoNev**" or the "**Debtor**"), and Keith Gilbert, an individual and the principal of SoNev ("**Gilbert**" and, together with SoNev, the "**Joint Debtors**" or each a "**Joint Debtor**") who also is a debtor and is jointly filing this Plan of Reorganization with Debtor, by and through their respective counsel, file and propose this Plan of Reorganization (this "**Plan**") under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

## SUMMARY

**THIS SUMMARY IS FOR CONVENIENCE ONLY AND IS QUALIFIED ENTIRELY BY THE TERMS OF THIS PLAN.  CAPITALIZED TERMS NOT DEFINED IN THIS SUMMARY SHALL HAVE THE SAME MEANING AS DEFINED IN THE PLAN.**

The Joint Debtors commenced their Chapter 11 Cases by filing petitions for relief under Subchapter V of Chapter 11 of the Bankruptcy Code because of interruptions in SoNev's operations and to resolve their then-inability to pay secured and unsecured debts as they came due.  To maximize the value of the Joint Debtors' estates, pay creditors' claims, and reorganize their financial affairs, the Joint Debtors hereby submit this Plan of Reorganization.

Under the Plan, the Joint Debtors will do the following:

(1) pay all classified and unclassified Priority Claims in full, in cash, 20 days after the Effective Date;

(2) pay the Holders of Secured Claims, which are primarily financing arrangements for the Debtor's construction equipment, in full with interest over 5 years in regular quarterly payments beginning 20 days after the Effective Date, with the holders of such Secured Claims to retain their security interests;

(3) reinstate, cure, and pay the Secured Claim of the U.S. Small Business Administration in accordance with its loan agreement with the Debtor with the U.S. Small Business Administration to retain its security interest in substantially all of the Debtor's personal property;

(4) pay the Holders of General Unsecured Claims in full with interest at the Federal Judgment Rate over 5 years in regular quarterly payments beginning on the fifth day of the first calendar quarter after the Effective Date; and

(5) reinstate the existing Equity Interests of the Debtor.

The Debtor will fund the execution of this Plan using revenue from the Debtor's operations. Gilbert will fund his responsibilities under this Plan with the income he receives as

Manager of the Debtor and, to the extent necessary, with the income he receives from other

entities in which he holds an ownership interest.

The treatment of Claims and Equity Interests in each class for the Debtor is summarized

as follows:[1]

**SUMMARY OF CLAIMS AGAINST THE DEBTOR**

| Class | Type of Allowed Claim or Equity Interest: Holders Name | Impairment/Voting | Recovery/Treatment |
|-------|--------------------------------------------------------|-------------------|--------------------|
| 1 | Priority Claims | Unimpaired<br>Not Entitled to Vote<br>Deemed to Accept | • Payment in full in cash 20 days after the Effective Date |
| 2 | Secured Creditor:<br><br>Stearns Bank Equipment Finance | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest (each containing cross collateralization clauses) |
| 3 | Secured Creditor:<br><br>Komatsu Financial Limited Partnership | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 4 | Secured Creditor:<br><br>Komatsu America, DBA Komatsu Equipment Company | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 5 | Secured Creditor:<br><br>Komatsu Financial Limited Partnership | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |

---

[1] Gilbert's Claims are classified in Section 2.5 of the Plan.

| 6 | Secured Creditor:<br><br>Komatsu Financial Limited Partnership | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
|---|---|---|---|
| 7 | Secured Creditor:<br><br>Komatsu Financial Limited Partnership | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 8 | Secured Creditor:<br><br>U.S. Small Business Administration | Unimpaired<br>Deemed to Accept, but will solicit vote anyway | • Payment in full under terms the terms of the Loan Authorization and Agreement dated June 20, 2020 between Debtor and the U.S. Small Business Administration.<br>• Retains security interest in substantially all of the Debtor's personal property |
| 9 | Secured Creditor:<br><br>Caterpillar Financial Services Corporation | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 10 | Secured Creditor:<br><br>Road Machinery LLC/Financial Pacific Leasing | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 11 | Secured Creditor:<br><br>Crestmark Vendor Finance, a Division of Metabank, National Association | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 12 | Secured Creditor:<br><br>Deere & Company | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |

| 13 | Secured Creditor:<br><br>Ford Motor Credit | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 14 | Secured Creditor:<br><br>Amur Equipment Finance Corporation Service Company as Representative | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 15 | Secured Creditor:<br><br>Amur Equipment Finance Corporation Service Company as Representative | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 16 | Secured Creditor:<br><br>Balboa Capital | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 17 | Secured Creditor:<br><br>Advantage Leasing/Associated Bank, N.A. | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 18 | Secured Creditor<br><br>Ford Motor Credit | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Retains security interest in its collateral |
| 19 | General Unsecured Claims | Impaired<br>Entitled to Vote | • Payment in full in regular quarterly payments beginning on the fifth day of the first calendar quarter after the Effective Date with interest at the Federal Judgment Rate |
| 20 | Equity Interests in the Debtor | Unimpaired<br>Deemed to Accept, but will solicit vote anyway | • Existing Equity Interests will be reinstated |

| 21 | Secured Creditor:<br><br>Americredit Financial Services, Inc., d/b/a GM Financial | Unimpaired<br>Deemed to Accept, but will solicit vote anyway | • Claims will be paid by Gilbert in accordance with pre-Petition Date agreements between Gilbert and GM Financial<br>• Retains a security interest in its Collateral |
|----|------|------|------|

**All Holders of Claims and Equity Interests should refer to Articles III through VI of this Plan for information regarding their precise treatment.**  Because the Joint Debtors are seeking confirmation of a consensual plan and all Classes except Classes 1, 8, 20 and 21 are impaired and entitled to vote, the Joint Debtors will solicit acceptance of the Plan from all Holders of Claims and Equity Interests.  The Joint Debtors will distribute this Plan to all parties in interest upon approval of a confirmation schedule by the Bankruptcy Court.  The Joint Debtors submit that the Plan and the attachments hereto, which are incorporated by reference, contain adequate information for all parties in interest to make an informed judgment as to whether they will support or object to the Plan and vote to accept or reject the Plan, including information regarding the risks associated with the Plan, alternatives to the Plan, the Debtor's prospects, and the rights of Holders of Claims and Equity Interests.  For details regarding Gilbert's treatment of his Creditors, please reference Section 2.5 of the Plan.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

# ARTICLE 1
## DEFINITIONS

Capitalized words not otherwise defined in this Plan have the following meanings:

1.1     **Administrative Expense Claim** means any Claim arising from the administration of the Joint Debtor's Chapter 11 Case as provided in section 503 of the Bankruptcy Code or that is entitled to priority under section 507(a)(1) of the Bankruptcy Code, including, without limitation, (a) fees and expenses of the Debtor's professionals Allowed pursuant to an Order of the Bankruptcy Court, and (b) all Allowed fees and expenses of the Subchapter V Trustees.

1.2     **Allowed** or **Allowance** means with respect to Claims (a) any Claim (i) for which a Proof of Claim has been timely filed on or before the applicable Claims Bar Date or (ii) that is listed in the Debtor's or Gilbert's schedules (as amended and on file on each respective docket as of the Effective Date) as not disputed, not contingent, and not unliquidated whether or not a Proof of Claim has been timely filed; provided that, in each case, any such Claim shall be considered Allowed only if and to the extent that no objection to the allowance thereof has been filed by the Effective Date or such an objection has been withdrawn or the Claim has been thereafter Allowed by a final non-appealable order; or (b) any Claim Allowed pursuant to the Plan if not otherwise subject to a timely filed objection.  Claims allowed solely for the purpose of voting to accept or reject the Plan pursuant to an order of the Bankruptcy Court shall not be considered "Allowed Claims" hereunder.

1.3     **Avoidance Action** means all avoidance, recovery, subordination or other actions or remedies that may be brought on behalf of the Joint Debtors or their estates (or any one of them) under the Bankruptcy Code or applicable non-bankruptcy law, including, without limitation, actions or remedies under sections 510, 542, 543, 544, 545, 547, 548, 549, 550, 551, 553(b) and 724(a) of the Bankruptcy Code and other similar state law claims and causes of action.

1.4     **Bankruptcy Code** means title 11 of the United States Code as in effect on the Petition Date.

1.5     **Bankruptcy Court** means the United States Bankruptcy Court for the District of Utah, Southern Region of the Central Division.

1.6     **Chapter 11 Cases** means this Case No. 22-bk-21037-WTT under Subchapter V of Chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and the jointly administered case of Gilbert, Case No. 22-bk-21988-WTT.

1.7     **Claim** has the meaning set forth in section 101(5) of the Bankruptcy Code, the value of which is determined as of the Petition Date.

1.8     **Claims Bar Date** means,

With respect to the Debtor, (a) September 21, 2022 for a Proof of Claim filed by a government unit, (b) 30 days after the Effective Date for all Administrative Expense Claims; (c) 10 days after the entry of the Confirmation Order or any order approving

rejection of an executory contract for all Claims arising from the rejection of an executory contract; and (d) June 3, 2022 for a Proof of Claim for all other Claims; and

With respect to <u>Gilbert</u>, (i) November 23, 2022 for a Proof of Claim filed by a government unit, (ii) 30 days after the Effective Date for all Administrative Expense Claims; (iii) 10 days after the entry of the Confirmation Order or any order approving rejection of an executory contract for all Claims arising from the rejection of an executory contract; and (iv) August 5, 2022 for a Proof of Claim for all other Claims

1.9    **Collateral** means the interest of a Holder of a Secured Claim in property of the Debtor but only to the extent that (a) such property Securing a Secured Claim properly attached, (b) was perfected by a valid method of perfection under applicable law prior to the Petition Date (c) that is otherwise now unavoidable, (d) and only to the extent of the value in the property that is in excess of the Secured Claims of any and all more senior Security Interests on such property.

1.10    **Confirmation Date** means the date that the Confirmation Order becomes a final, non-appealable order and on which no stay of the Confirmation Order is in effect.

1.11    **Confirmation Hearing** means the hearing that is scheduled by the Bankruptcy Court to consider confirmation of the Plan as it may be convened and continued by the Bankruptcy Court from time to time.

1.12    **Confirmation Order** means the order entered by the Bankruptcy Court confirming the Plan.

1.13    **Debtor** means SoNev Construction LLC, a Nevada limited liability company, the debtor in the Chapter 11 Case No. 21-bk-21037, with "Debtor" referencing such entity irrespective of whether the reference is to a time that is either before or after the Effective Date. Unless otherwise stated, any references to Debtor will only be to SoNev Construction LLC and not Gilbert.

1.14    **Debtor Causes of Action** means all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action and liabilities, arising on, prior to, or after the Petition Date, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereafter arising in law, equity or otherwise, including Avoidance Actions, asserted, or which may be asserted, by or on behalf of the Debtor and/or the Debtor's estate, or Gilbert and Gilbert's estate, as the case may be, whether or not pending on the Effective Date or prosecuted thereafter against any person, based in law or equity, including, without limitation, under the Bankruptcy Code, whether direct, indirect, derivative, or otherwise and whether asserted or unasserted; provided, further, that for the avoidance of doubt, Debtor Causes of action include all claims asserted in any pending adversary proceeding, including all causes of action against The Pike Company, and all causes of action against Cole West.

1.15    **Disallowed** means a Claim (a) with respect to which the Bankruptcy Court has entered a final non-appealable order that such Claim is disallowed, (b) not found in the Debtor's schedules by the Confirmation Date, or (c) for which a Proof of Claim was not filed by the applicable Claims Bar Date.

1.16    **Disputed** means a Claim for which a Proof of Claim was filed prior to the applicable Claims Bar Date or which was marked "Disputed" in the Debtor's schedules that has not been Allowed or Disallowed by a final non-appealable order and as to which the Debtor or another party in interest has filed an objection or commenced an adversary proceeding prior to the Effective Date.

1.17    **Effective Date** means the first business day 14 days after the Confirmation Date.

1.18    **Equity Interest** means the rights of the holders of the common stock of all classes issued or unissued by the Debtor and outstanding immediately prior to the Effective Date, and any options, warrants or other rights with respect thereto including all agreements for the payment of profits, issuance of further Equity Interests, or any other right held by any holder of an Equity Interest respecting the Debtor's common stock, and including any claim arising for rescission of the purchase or sale of an Equity Security of the Debtor to the extent it would be subordinated to the level of common stock under section 510(b) of the Bankruptcy Code.

1.19    **Federal Judgment Rate** means the interest rate in effect under 28 U.S.C. § 1961, simple interest, which, for the avoidance of doubt, is 2.83 percent per annum.

1.20    **General Unsecured Claim** means any Claim that is not an Administrative Expense Claim, Priority Claim, Secured Claim, that is not given priority under section 507(a) of the Bankruptcy Code or otherwise or subject to subordination under section 510 of the Bankruptcy Code.

1.21    **Gilbert** means Keith Gilbert, an individual, who is also a debtor-in-possession whose debts and financial affairs are being reorganized under this Plan pursuant to the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code.  It is expressly acknowledged that Gilbert is a debtor under this Plan and reorganizing his debts as described herein, but any references to "Debtor" is to SoNev Construction LLC unless otherwise stated in this Plan.

1.22    **Holder** means the holder of a Claim or Equity Interest of the Debtor on the Voting Record Date, or, in the case of an Administrative Expense Claim, such later date on which such Administrative Expense Claim is Allowed.

1.23    **Joint Debtors** means SoNev and Gilbert, collectively, and a "**Joint Debtor**" means any one of SoNev or Gilbert, as applicable.

1.24    **Plan** means this Plan of Reorganization under Chapter 11, Subchapter V of the Bankruptcy Code.

1.25    **Plan Supplement** means the exhibits and supporting documents to this Plan, which shall be filed on the Bankruptcy Court docket and which are incorporated in this Plan by reference.

1.26    **Petition Date** means March 25, 2022 with respect to SoNev's Chapter 11 Case, and May 27, 2022 with respect to Gilbert's Chapter 11 Case.

1.27    **Priority Claim** means a Claim that is entitled to priority in payment under section 507(a) of the Bankruptcy Code that is not an Administrative Expense Claim or a Priority Tax Claim.

1.28    **Priority Tax Claim** means a Claim that is entitled to priority in payment under section 507(a)(8) of the Bankruptcy Code; provided, however, that any Claim on account of any penalty arising with respect to or in connection with a Priority Tax Claim that does not compensate the Holder for actual pecuniary loss shall be treated as a General Unsecured Claim.

1.29    **Projected Disposable Income** has the meaning set forth in section 1191(d) of the Bankruptcy Code as used in conjunction with the word "projected" in section 1191(c)(2)(B) of the Bankruptcy Code.

1.30    **Proof of Claim** means a proof of claim filed with the Bankruptcy Court.

1.31    **Subchapter V Trustees** mean D. Ray Strong, the trustee in the Debtor's Chapter 11 Case, and Harvey Sender, the trustee appointed in Gilbert's case, each appointed under section 1183 of the Bankruptcy Code and any successor trustees under Subchapter V.

1.32    **Secured** or **Security Interest** means a lien on property in which a Joint Debtor has an interest or that is subject to a valid right of setoff under section 553 of the Bankruptcy Code, which secures a Claim, to the extent of the value of the Claim holder's interest in such Joint Debtor's interest in such property or to the extent of the amount subject to such valid right of setoff, as applicable, as determined under section 506 of the Bankruptcy Code.

1.33    **Unsecured** means a Claim that is not Secured.

1.34    **Unsecured Deficiency Claim** means the amount of a Claim to the extent it exceeds the value of the Collateral.

1.35    **Voting Record Date** means the date that is 14 days before the first date scheduled by the Bankruptcy Court for the Confirmation Hearing.

## ARTICLE 2
## HISTORY OF THE JOINT DEBTORS AND EVENTS LEADING UP TO CHAPTER 11

2.1    **Nature of SoNev's Business and Operations**

SoNev is a specialty construction contractor specializing in construction, grading, excavation, and development services for the surface mining industry.  The Debtor's business requires large, complex, and sophisticated heavy equipment that is specially designed for servicing the mining industry and specialty construction projects, and the Debtor's use and operation of this equipment is essential to the day-to-day operations of its business.  The Debtor is providing services under contracts with large mining or specialty construction operations and government entities in the State of Utah and other states, including Idaho and Nevada.

2.2     **The Debtor's Secured Creditors**

Because of the Debtor's business model, most of SoNev's Secured Creditors are manufacturers and sellers of complex and high-end heavy machinery. The Secured Creditors are broken down into two categories: (a) first, Secured Creditors with loans or agreements that have Debtor's capital equipment held as the Secured Creditor's Collateral, including each of the following Secured Creditors: Advantage Leasing, Stearns Bank Equipment Finance, Komatsu Financial Limited Partnership, Komatsu America, DBA Komatsu Equipment Company, Caterpillar Financial Services Corporation, Road Machinery LLC, Crestmark Vendor Finance, Deere & Company, Ford Motor Credit, Amur Equipment Finance Corporation, and Balboa Capital; (b) second, the U.S. Small Business Administration, which is Secured by an all-assets lien on Debtor's personal property. The Debtor also has Administrative Expense Claims, Priority Tax Claims, and General Unsecured Claims against it.

During the pendency of the Chapter 11 Cases, certain General Unsecured Creditors argued that they were secured because they had executed equipment finance agreements with the Debtor (thereby properly attaching themselves to the Collateral) – but on review, each of those Creditors failed to properly perfect as they each filed their UCC-1 financing statement in Utah, instead of correctly filing their UCC-1s in the state of Debtor's formation, which is Nevada. This results in each of them being rendered unperfected and therefore Unsecured. As ordered by the Court, such a result leads to each such Creditor as being treated as a General Unsecured Creditor under the Plan. (*See e.g.,* Mem. Decision on Mot. for Adequate Protection, or in the Alternative, Mot. for Relief from the Automatic Stay Filed by Solutions Financial Services, 7–8, June 1, 2022, ECF No. 103.)

Each of the following Secured Creditors properly perfected their Security Interest under applicable law in their respective collateral by either (a) timely filing a UCC-1 financing statement in the correct state, or (b) recording the Security Interest on the vehicle's title under Utah Code Ann. §§ 70A-9a-311 and 41-1a-601:

**DEBTOR'S SECURED CREDITORS' COLLATERAL**

| Class | Secured Creditor | UCC-1 # | Description of Collateral | Dates Secured |
|---|---|---|---|---|
| 2 | Stearns Bank Equipment Finance | #2021147036-9 #2021193708-5 | 1979 Cat 637D Scrapper S/N 26W501 1998 Cat 824G Bulldozer S/N 4SN00409 2017 CAT RX1575 Trench Roller S/N 5570436 2020 RM MTX60HD Rammer Compactor S/N E-6077 | 12/23/2020 09/01/2021 |
| 3 | Komatsu Financial Limited Partnership | #2020072929-2 | PC390LC-10 Hydraulic Excavator S/N A30068 | 02/21/2020 |
| 4 | Komatsu America, DBA Komatsu Equipment Company | #2020137544-0 | PC 390LC-10 Hydraulic Excavator S/N A30068 Repairs | 10/28/2020 |
| 5 | Komatsu Financial Limited Partnership | #2020140061-4 and #2020140062-3 | PC360LC-11 Hydraulic Excavator S/N 90859 VT320 Skid Steer Loader S/N GHLVT320A00040580 | 11/13/2020 |
| 6 | Komatsu Financial | #2021165526- | Komatsu HB365LC-3 Hydraulic Excavator, S/N# | 04/08/2021 |

| | | | | |
|---|---|---|---|---|
| | Limited Partnership | 4 | 5190, Quick Coupler, Bucket | |
| 7 | Komatsu Financial Limited Partnership | #2020089376-1 | Caterpillar D6R Ripper S/N GJB00432 | 04/01/2020 |
| 8 | U.S. Small Business Administration | #2020114023-0 | Substantially All Personal Property of Debtor | 07/06/2020 |
| 9 | Caterpillar Financial Services Corporation | #2021790107-6 | 962M Cat Wheel Loader S/N EJB00517 Caterpillar Motor Grader 140M-B9D00399 | 07/20/2021 |
| 10 | Road Machinery LLC/Financial Pacific Leasing | #2020145187-0 | 1979 CAT 637D S/N # 27W1107 Contract #001-168549 | 12/15/2020 |
| 11 | Crestmark Vendor Finance, a Division of Metabank, National Association | #2021162659-9 | 2006 Pioneer PT2650 Crawler Jaw Crasher S/N406796 2001 CAT950G Loader S/N 5PW01787 2001 KOM- Loader S/N WS420H30611 | 03/31/2021 |
| 12 | Deere & Company | #2021207376-7 | OHN DEERE 6210 6210R 210HP TRACTOR S/N: 014806 | 11/30/2021 |
| 13 | Ford Motor Credit | Title | F150 S/N IFTEW1EP3MF830552 | N/A |
| 14 | Amur Equipment Finance Corporation Service Company as Representative | #2021207591-4 | D6 GCS900 System 140 GCS900 System SPS855 F/R Repeater SPS855 F/R Repeater All financed under that certain Contract 1024504 | 11/09/2021 |
| 15 | Amur Equipment Finance Corporation Service Company as Representative | #2021767349-9 | 2012 Smithco VIN: 1S9SS4235CL476370 2012 Smithco VIN: 1S9SS4230CL476406 2012 Smithco VIN: 1S9SS274XCL476371 2012 Smithco VIN: 1S9SS2745CL476407 All financed under that certain Contract 1019682 | 04/26/2021 |
| 16 | Balboa Capital | Title | 2010 Mack CXU Lube Truck 1M2AW02C9AN010827 012 INTL TK 4400 Service Truck 3HAMKAAN8CL548097 2007 Ford F750 XL Service Truck 1999 Sterling 2000 Gallon Water Truck 2005 International 9200I Contract #305822-000 | N/A |
| 17 | Advantage Leasing/Associated Bank, N.A. | #2021150053-2 | 1981 Cat 637D with S/N: 27W1414 and all other items listed on Road Machinery LLC Invoice #: 4484 dated 12/14/2020 shall be included in the EFA. S/N:27W1414 | 01/08/2021 |
| 18 | Ford Motor Credit | Title | F250 1FD7X2A60MED10145 | N/A |

## 2.3    Events Leading to Filing of the Debtor's Chapter 11 Case

Prior to the Petition Date, the Debtor's operations were interrupted due to a series of catastrophic events, resulting in cash flow difficulties. The Debtor's work on a project for the new Salt Lake City Airport was halted due to a fatal accident in which one of the Debtor's employees died. Key pieces of the Debtor's equipment were in and out of service on various projects, which caused delays and increased costs for workarounds. The equipment failures resulted, at least in part, from the unavailability of parts, as well as certain manufacturers' and dealers' refusing or delaying providing warranty or other repair services on the equipment. One of these failures resulted in a lawsuit with one of the Debtor's key equipment suppliers, whose

invoices and debts remain disputed.  The business conditions during the COVID-19 pandemic have also caused business interruptions, increased the cost of materials and equipment, and caused labor to become more expensive and scarcer.  Finally, the Debtor had some disputes on projects it has undertaken in which the parties for whom services were performed have refused to make timely or full payment.  The combined effect of all of the above resulted in inconsistent cash flow rendering the Debtor unable to pay its current debts as they came due as of the Petition Date.

Accordingly, on the Petition Date, the Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code commencing its Chapter 11 Case.  The Debtor elected to proceed under Subchapter V of Chapter 11.

### 2.4   Significant Events During the Debtor's Chapter 11 Case

On March 31, 2022, the U.S. Trustee appointed D. Ray Strong as the Subchapter V Trustee in the Chapter 11 Case.

The Debtor attended the Initial Debtor Interview and provided information requested to the U.S. Trustee.  The Debtor attended the First Meeting of Creditors under section 341(a) on April 27, 2022, and the U.S. Trustee concluded the meeting.  The Debtor filed its Status Conference Report as required by section 1188(a) of the Bankruptcy Code and attended the required Status Conference under section 1188(a) of the Bankruptcy Code on May 17, 2022. (ECF 96.)

On April 21, 2022, the Debtor filed an adversary proceeding against The Pike Company, Inc., Adv. Pro. No. 22-02035-WTT on April 21, 2022 ("**Pike Litigation**").  (ECF 61.)  As detailed in the Pike Litigation, The Pike Company, Inc. owes the Debtor substantial sums and also breached its contract with Debtor by unlawfully terminating their agreement.  The Debtor does not know at this time the outcome of the Pike Litigation or whether it will result in additional funds for Debtor's estate.

On the Petition Date, the Debtor filed a Motion (ECF 5) for authorization to obtain post-petition financing under section 364 of the Bankruptcy Code and provide adequate protection payments to certain creditors.  Shortly thereafter, on April 13, 2022, RPS Campbell Companies d/b/a Solutions Financial Services ("**SFS**") filed a Motion for Adequate Protection or in the Alternative, Motion for Relief from the Automatic Stay (the "**SFS Motion**").  (ECF 50.)  The Debtor, after investigation of the status of its secured creditors' security interests, determined that SFS and several other equipment financiers had filed UCC-1 financing statements only in Utah and not Nevada, the state of the Debtor's organization, and were therefor not perfected.  On June 2, 2022, the Bankruptcy Court entered its Memorandum Decision and Order Denying the SFS Motion and sustaining the Debtor's Objection (ECF 103, 104) in which it ruled that SFS is not perfected under Section 9-307 of the Utah or Nevada Uniform Commercial Code because it failed to file a UCC-1 financing statement in the State of Nevada, where the Debtor is organized. (Decision, ECF 103, at 6-7.)  The Decision is controlling precedent for the Debtor's other secured financiers who failed to perfect by filing a UCC-1 financing statement in Nevada.  The Debtor subsequently filed amended schedules reflecting that the improperly perfected financiers are unsecured.

The Debtor required an extension of the 90-day deadline under 11 U.S.C. § 1189(b) in order to resolve the SFS Motion and stabilize its operations and cash flows. Accordingly, the Debtor filed a Motion to Extend Time to File a Plan (ECF 97), and the Court granted an extension through September 21, 2022. (ECF 134.)

On June 6, 2022, the Joint Debtors filed the Debtors' Motion for Order Directing Joint Administration (the "**Joint Administration Motion**"), whereby the Joint Debtors sought an order directing the joint administration of the Joint Debtors' bankruptcy cases for procedural purposes. (ECF 108.) On July 20, 2022, the Bankruptcy Court entered an Order granting the Joint Administration Motion. (ECF 147.)

The Debtor anticipates shortly filing a Motion for Order Authorizing the Debtor to (1) Obtain Post-Petition DIP Financing, (2) Exercise Options Agreements to Purchase Certain Leased Equipment, and (3) Sell the Purchased Equipment at Action and Repay DIP Financing ("**Equipment Sale Motion**"). This is anticipated to earn an additional $1,020,064 for the operation of Debtor's estate and to facilitate the performance of this Plan.

In addition to the preceding, the Debtor has timely filed each of its monthly operating reports. The Debtor is not required to pay fees to the U.S. Trustee because the Debtor is proceeding under Subchapter V of Chapter 11. The Debtor timely filed this Plan prior to the extended September 21, 2022 deadline.

### 2.5 Gilbert's Relationship with Debtor and this Joint Plan

Gilbert is the Manager of Debtor and the Holder of 75 percent of its Equity Interests. In connection with the Debtor's financing of its operations, Gilbert personally guaranteed certain equipment finance agreements, each as detailed in Gilbert's Creditor Claims Summary below. Upon Debtor filing for relief on the Petition Date, Gilbert could have been called to pay on the guarantees, but Gilbert lacked the funds to pay the guaranteed debts as they came due. Accordingly, on May 27, 2022, Gilbert filed his petition for relief under Subchapter V of Chapter 11 under the Bankruptcy Code.

### (a) Gilbert's Claims, Treatment, Impairment, and Voting

The following is a summary of the treatment afforded under the Plan to Holders of Allowed Claims against Gilbert.

#### CLASSIFICATION AND TREATMENT OF GILBERT'S CLAIMS

| Class | Type of Allowed Claim; Holders Name | Impairment/Voting | Recovery/Treatment |
|-------|-------------------------------------|-------------------|--------------------|
| A | Priority Claims | Unimpaired Not Entitled to Vote Deemed to Accept | • Payment in full in cash 20 days after the Effective Date from Gilbert<br>• Treatment more specifically set forth as Class 1 Claims. |

| Class | Type of Allowed Claim; Holders Name | Impairment/Voting | Recovery/Treatment |
|---|---|---|---|
| **B** | Secured Claims of GM Financial | Unimpaired<br>Not Entitled to Vote<br>Deemed to Accept | • Reinstatement and cure of Gilbert's obligations under those certain agreements with GM Financial for Gilbert's 2021 GMC 2500 and 2017 Ford F-150, GM retains its Security Interests in the aforementioned Collateral, with payments made according to the agreements from Gilbert's salary<br>• Treatment more specifically set forth as Class 21 Claims under the Summary of Claims of the Debtor above. |
| **C** | Unsecured (as to Gilbert) Guarantee Claims (all claims arising from guarantees of SoNev obligations) | Impaired<br>Entitled to Vote | • Payment in full by SoNev under the terms of this Plan in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent<br>• Payment guaranteed by Gilbert |
| **D** | General Unsecured Claims (Personal Only to Gilbert) | Impaired<br>Entitled to Vote | • Payment in full by Gilbert from Gilbert's salary in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at the Federal Judgment Rate<br>• Treatment more specifically set forth in Class 19. |

Under the Plan, Claims in Class C arising from financing arrangements for SoNev that were guaranteed by Gilbert will be paid from SoNev's revenue, and they will be personally guaranteed by Gilbert upon default of this Plan. Claims that are personal only to Gilbert in Classes A, B, and D will be paid by Gilbert from his salary earned as the Manager of SoNev. Gilbert's salary to be earned from SoNev for each year is detailed in Gilbert's Liquidation Analysis as available in Exhibit B, and Gilbert will use the portion of his salary necessary to pay the personal Claims in Classes A, B, and D. All property of Gilbert's estate, including any property obtained after the Petition Date, will re-vest in Gilbert on the Effective Date.

### (a)    Gilbert's Role in the Joint Plan of Reorganization

Classes C and D are impaired under the terms of the Plan and are entitled to vote on the Plan, and Gilbert will solicit acceptance of the Plan from such Holders of impaired Claims, which are entitled to vote. The Joint Debtors will solicit acceptances of the Plan from all Holders of impaired claims upon approval by the Bankruptcy Court of a confirmation schedule. Gilbert submits that the Plan and the attachments hereto, which are incorporated by reference, contain adequate information for all parties in interest to make an informed judgment as to whether they will support or object to the Plan and, if applicable, vote to accept or reject the Plan, including information regarding the risks associated with the Plan, alternatives to the Plan, and the rights of Holders of Claims.

As set forth in Gilbert's Liquidation Analysis, attached as <u>Exhibit B</u> hereto, and as further detailed in Article 8 hereof, Gilbert is reorganizing his debts under Subchapter V of Chapter 11 because it maximizes the value of Gilbert's estate for the sake of his Creditors, and they will receive no less than they would in a liquidation of Gilbert's assets under Chapter 7 of the Bankruptcy Code.

Gilbert requires reorganization because, as noted above, he guaranteed the debts of the Debtor and is unable to pay those debts as they now are due.  Absent such guarantees, Gilbert would have no need to reorganize.  Gilbert remains the principal of Debtor and, per Section 8.6 of this Plan, will remain Debtor's Manager and thereby will earn sufficient income to distribute cash of a value as of the Effective Date of the Plan that is not less than the Projected Disposable Income of Gilbert in accordance with section 1191(c)(2)(B) of the Bankruptcy Code.

Articles 6, 8, 9, 10, 11, and 12 of this Plan apply to Gilbert equally as they do to the Debtor, as appropriate.  Article 7 does not apply to Gilbert except to the extent that Gilbert is guaranteeing the payment according to the Plan of the Claims in Class C.

## ARTICLE 3
## CLASSIFICATION OF JOINT DEBTORS' CLAIMS AND INTERESTS

3.1    <u>**Class 1**</u>. **Priority Claims**

Class 1 consists of all Priority Claims.

3.2    <u>**Class 2**</u>. **Stearns Bank Equipment Finance Secured Claim**

Class 2 consists of the Secured Claim of Stearns Bank Equipment Finance, from the following agreements, each of which are cross-collateralized: Equipment Finance Agreement and Security Agreement dated as of December 18, 2020, in the approximate amount of $46,441.60 as of the Petition Date and that certain Equipment Finance Agreement and Security Agreement dated as of August 23, 2021 in the approximate amount of $172,833.52 as of the Petition Date.  Each of the preceding agreements are Secured by all of the Collateral described in the chart in Article 2, above, by and through cross-collateralization provisions.  Stearns Bank Equipment Finance has a first-priority Security Interest in the Collateral identified in the Secured Creditors Collateral in Article 2, as specifically identified in the described Equipment Finance Agreements, the Security Agreements, and the UCC-1 Financing Statements filed on December 23, 2020 and September 1, 2021.  Stearns Bank Equipment Finance's Secured Claim will be deemed an Allowed Secured Claim in the amount of $219,245.12 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.3    <u>**Class 3**</u>. **Komatsu Financial Limited Partnership Secured Claim**

Class 3 consists of the Secured Claim of Komatsu Financial Limited Partnership ("**Komatsu Class 3**"), which arises from that certain Security Agreement – Conditional Sales Contract dated as of January 24, 2020 in the approximate amount of $54,037.36, and that was perfected by a filed UCC-1 on February 21, 2020.  Komatsu Class 3 has a first-priority Security Interest in the Collateral described in the chart in Article 2, above.  Komatsu Class 3's Secured Claim will be deemed an Allowed Secured Claim in the amount of $54,037.36 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.4    **Class 4. Komatsu America DBA Komatsu Equipment Company**

Class 4 consists of the Secured Claim of Komatsu America, DBA Komatsu Equipment Company ("**Komatsu Class 4**"), which arises from that certain Komatsu Parts & Service Security Agreement – Conditions Sales Contract dated as of October 23, 2020 in the approximate amount of $243,094.79.  Komatsu Class 4 has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Komatsu Parts & Service Security Agreement – Conditions Sales Contract dated as of October 23, 2020 and the UCC-1 Financing Statement filed on October 28, 2020.  Komatsu Class 4's Secured Claim will be deemed an Allowed Secured Claim in the amount of $243,094.79 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.5    **Class 5. Komatsu Financial Limited Partnership Secured Claim**

Class 5 consists of the Secured Claim of Komatsu Financial Limited Partnership ("**Komatsu Class 5**"), which arises from that certain Security Agreement – Conditional Sales Contract dated as of October 30, 2020 in the approximate amount of $190,547.82 as of the Petition Date and that certain Security Agreement – Conditional Sales Contract dated as of October 30. 2020 in the approximate amount of $44,063.35 as of the Petition Date.  Komatsu Class 5 has a first-priority Security Interest in the Collateral in Row 4 of Debtor's Collateral Summary Chart in Article 2 as specified in the preceding Security Agreements and Conditional Sales Contracts and the UCC-1 Financing Statement filed on November 13, 2020 and November 13, 2020.  Komatsu Class 5's Secured Claim will be deemed an Allowed Secured Claim in the amount of $234,611.17 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.6    **Class 6. Komatsu Financial Limited Partnership Secured Claim**

Class 6 consists of the Secured Claim of Komatsu Financial Limited Partnership ("**Komatsu Class 6**"), which arises from that certain Security Agreement – Conditional Sales Contract dated as of March 31, 2021 in the approximate amount of $241,062.19.  Komatsu Class 6 has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Security Agreement – Conditional Sales Contract dated as of March 31, 2021 and the UCC-1 Financing Statement filed on April 8, 2021.  Komatsu Class 6's Secured Claim will be deemed an Allowed Secured Claim in the amount of $241,062.19 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.7    **Class 7. Komatsu Financial Claim**

Class 7 consists of the Secured Claim of Komatsu Financial ("**Komatsu Class 7**"), which arises from that certain Security Agreement – Conditional Sales Contract dated as of February 28, 2020 in the approximate amount of $36,551.56.  Komatsu Class 7 has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Security Agreement – Conditional Sales Contract dated as of February 28, 2020 and the UCC-1 Financing Statement filed on April 1, 2020.  Komatsu Class 7's Secured Claim

will be deemed an Allowed Secured Claim in the amount of $36,551.56 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.8     **Class 8.** **U.S. Small Business Administration Secured Claim**

Class 8 consists of the Secured Claim of the U.S. Small Business Administration, which arises from that certain Loan Authorization and Agreement dated as of June 20, 2020 in the approximate amount of $150,000. U.S. Small Business has a first-priority Security Interest in substantially all of the personal property of the Debtor as specified in the Loan Authorization and Agreement dated as of June 20, 2020 and the UCC-1 Financing Statement filed on July 6, 2020. U.S. Small Business Administration's Secured Claim will be deemed an Allowed Secured Claim in the amount of $150,000 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.9     **Class 9.** **Caterpillar Financial Services Corporation Secured Claim**

Class 9 consists of the Secured Claim of Caterpillar Financial Services Corporation, which arises from that certain agreement between Debtor and Caterpillar Financial Services with a Contract Number 001-1032540-000 dated March 9, 2020 in the approximate amount of $155,294.88. Caterpillar Financial Services Corporation has a first-priority Security Interest in the Collateral in the chart in Article 2, above, and as more specifically identified in the Installment Sale Contract dated as of July 12, 2021 and the UCC-1 Financing Statement filed on July 20, 2021. Caterpillar Financial Services Corporation's Secured Claim will be deemed an Allowed Secured Claim in the amount of $155,294.88 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.10     **Class 10.** **Road Machinery LLC/Financial Pacific Leasing Secured Claim**

Class 10 consists of the Secured Claim of Road Machinery LLC/Financial Pacific Leasing, which arises from that certain Equipment Finance Agreement dated as of December 14, 2020 in the approximate amount of $70,586.22. Road Machinery LLC/Financial Pacific Leasing has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Equipment Finance Agreement dated as of December 14, 2020 and the UCC-1 Financing Statement filed on December 15, 2020. Road Machinery LLC/Financial Pacific Leasing's Secured Claim will be deemed an Allowed Secured Claim in the amount of $70,586.22 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.11     **Class 11.** **Crestmark Vendor Finance, a Division of Metabank, National Association Secured Claim**

Class 11 consists of the Secured Claim of Crestmark Vendor Finance, which arises from that certain Equipment Finance Agreement dated as of March 23, 2021 in the approximate amount of $145,906.94. Crestmark Vendor Finance has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Equipment Finance Agreement dated as of March 23, 2021 and the UCC-1 Financing Statement filed on March 31, 2021. Crestmark Vendor Finance's Secured Claim will be deemed an Allowed Secured Claim in the amount of $145,906.94 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.12   **Class 12. Deere & Company Secured Claim**

Class 12 consists of the Secured Claim of Deere & Company, which arises from that certain Loan Contract – Security Agreement dated as of November 23, 2021 in the approximate amount of $73,310.74. Deere & Company has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Loan Contract – Security Agreement dated as of November 23, 2021 and the UCC-1 Financing Statement filed on November 30, 2021. Deere & Company's Secured Claim will be deemed an Allowed Secured Claim in the amount of $73,310.74 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.13   **Class 13. Ford Motor Credit Secured Claim**

Class 13 consists of the Secured Claim of Ford Motor Credit, which arises from that certain Utah Vehicle Retail Installment Contract dated as of June 22, 2021 in the approximate amount of $38,937.65. Ford Motor Credit has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Utah Vehicle Retail Installment Contract dated as of June 22, 2021. Ford Motor Credit's Secured Claim will be deemed an Allowed Secured Claim in the amount of $38,937.65 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.14   **Class 14. Amur Equipment Finance Corporation Service Company as Representative**

Class 14 consists of the Secured Claim of Amur Equipment Finance Corporation Service Company, which arises from that certain Equipment Finance Agreement dated as of November 17, 2021 in the approximate amount of $95,631.95. Amur Equipment Finance Corporation Service Company has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Equipment Finance Agreement dated as of November 17, 2021 and the UCC-1 Financing Statement filed on November 9, 2021. Amur Equipment Finance Corporation Service Company's Secured Claim will be deemed an Allowed Secured Claim in the amount of $95,631.95 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.15   **Class 15. Amur Equipment Finance Corporation Service Company as Representative**

Class 15 consists of the Secured Claim of Amur Equipment Finance Corporation Service Company, which arises from that certain Equipment Finance Agreement dated as of April 23, 2021 in the approximate amount of $93,098.28. Amur Equipment Finance Corporation Service Company has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Equipment Finance Agreement dated as of April 23, 2021 and the UCC-1 Financing Statement filed on April 26, 2021. Amur Equipment Finance Corporation Service Company's Secured Claim will be deemed an Allowed Secured Claim in the amount of $93,098.28 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.16    **Class 16. Balboa Capital Secured Claim**

Class 16 consists of the Secured Claim of Balboa Capital, which arises from the following agreements, each being cross collateralized: Equipment Financing Agreement dated as of January 8, 2021 in the approximate amount of $95,631.95; Equipment Financing Agreement dated as of March 23, 2021 in the approximate amount of $65,900.16; and Equipment Financing Agreement dated as of March 25, 2021 in the approximate amount of $19,050.39 (collectively the "**Balboa Agreements**"). Balboa Capital has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Balboa Agreements. Balboa Capital's Secured Claim will be deemed an Allowed Secured Claim in the amount of $180,582.50 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.17    **Class 17. Advantage Leasing and Associated Bank, N.A. Secured Claim**

Class 17 consists of the Secured Claim of Advantage Leasing and Associated Bank, N.A., which arises from that certain Equipment Finance Agreement dated as of December 18, 2020 in the approximate amount of $37,051.73. Advantage Leasing and Associated Bank, N.A. has a has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Equipment Finance Agreement dated as of December 18, 2020 and the UCC-1 Financing Statement filed on January 8, 2021. Advantage Leasing and Associated Bank, N.A.'s Secured Claim will be deemed an Allowed Secured Claim in the amount of $37,051.73 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.18    **Class 18. Ford Motor Credit Secured Claim**

Class 18 consists of the Secured Claim of Ford Motor Credit, which arises from that certain Utah Vehicle Retail Installment Contract dated as of April 21, 2021 in the approximate amount of $41,441.00. Ford Motor Credit has a first-priority Security Interest in the Collateral described in the chart in Article 2, above, and as more specifically identified in the Utah Vehicle Retail Installment Contract dated as of April 21, 2021. Ford Motor Credit's Secured Claim will be deemed an Allowed Secured Claim in the amount of $41,441.00 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.

3.19    **Class 19. General Unsecured Claims**

Class 19 consists of all General Unsecured Claims, including all Unsecured Deficiency Claims and Claims arising from agreements that were secured prior to the Petition Date but not properly perfected or unperfected as of the Petition Date. Class 19 also includes General Unsecured Claims against Gilbert.

3.20    **Class 20. Equity Interests**

Class 20 consists of all Equity Interests.

3.21   **Class 21**. **Americredit Financial Services, Inc., d/b/a GM Financial Secured Claims**

Class 21 consists of all Secured Claims of Americredit Financial Services, Inc., d/b/a GM Financial ("**GM Financial**"), which arise from: (i) that certain Retail Installment Contract and Security Agreement dated as of October 2, 2019, in the principal amount of $31,628.20, for the purchase of a 2017 Ford F-150 XLT, VIN # 1FTEW1EP0HFA10455; and (ii) that certain Retail Installment Contract and Security Agreement dated as of May 12, 2021, in the principal amount of $66,688.73, for the purchase of a 2021 GMC Sierra 3500HD, VIN # 1GT49WEY5MF245629. GM Financial's Secured Claims will be deemed Allowed Secured Claims, and will be paid in accordance with the terms of the respective Retail Installment Contracts and Security Agreements executed by Gilbert in favor of GM Financial.

## ARTICLE 4
## TREATMENT OF JOINT DEBTOR ADMINISTRATIVE EXPENSE CLAIMS AND PRIORITY TAX CLAIMS

4.1   **Unclassified Claims**

Consistent with section 1123(a)(1) of the Bankruptcy Code, Administrative Expense Claims, and Priority Tax Claims are not classified in this Plan.

4.2   **Administrative Expense Claims**

Each Holder of an Allowed Administrative Expense Claim under section 503 of the Bankruptcy Code will be paid in full in cash by the respective Joint Debtor on the later of (a) the Effective Date or (b) the date that such Administrative Expense Claim becomes an Allowed Administrative Expense Claim or upon such other terms as may be agreed upon by the Holder of the Administrative Expense Claim and the Debtor.

4.3   **Priority Tax Claims**

Each holder of a Priority Tax Claim will be paid in full in cash by the respective Joint Debtor on the Effective Date.  The Debtor believes that it has no non-current Priority Tax Claims.

## ARTICLE 5
## TREATMENT OF DEBTOR'S CLAIMS AND INTERESTS UNDER THE PLAN

Claims and interests will be treated as follows under this Plan:

5.1   **Class 1**. **Priority Claims**

Holders of Class 1 Priority Claims will receive, in full satisfaction of their Allowed Priority Claims, cash from the Debtor on the later of (a) 20 days after the Effective Date or (b) the date that such Priority Claim becomes an Allowed Priority Claim.

(a)    **Impairment**

Class 1 is unimpaired.

(b)    **Voting**

Because Class 1 is unimpaired, the Holders of Class 1 Priority Claims will not be entitled to vote on the Plan.  Class 1 will be deemed to accept the Plan.

5.2    **Class 2. Stearns Bank Equipment Finance Secured Claim**

Stearns Bank Equipment Finance's Secured Claim will be deemed an Allowed Secured Claim in the amount of $219,245.12 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of both of the following: that certain Equipment Finance Agreement and Security Agreement dated as of December 18, 2020, and the Equipment Finance Agreement and Security Agreement dated as of August 23, 2021.  The Debtor will pay Stearns Bank Equipment Finance's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay this Secured Claim under the terms of this Plan are guaranteed by Gilbert.  Further, Stearns Bank Equipment Finance will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

(a)    **Impairment**

Class 2 is impaired.

(b)    **Voting**

Because Class 2 is impaired, the Holder of the Class 2 Claim will be entitled to vote on the Plan.

5.3    **Class 3. Komatsu Class 3 Secured Claim**

Komatsu's Class 3's Secured Claim will be deemed an Allowed Secured Claim in the amount of $54,037.36, plus accrued interest at the non-default contract rate in the Security Agreement – Conditional Sales Contract dated as of January 24, 2020 less payments received prior to the Effective Date.  The Debtor will pay Komatsu's Class 3 Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Komatsu's Class 3 Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Komatsu will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

(a)    **Impairment**

Class 3 is impaired.

(b)    **Voting**

Because Class 3 is impaired, the Holder of the Class 3 Claim will be entitled to vote on the Plan.

5.4    **Class 4. Komatsu Class 4 Secured Claim**

Komatsu Class 4's Secured Claim will be deemed an Allowed Secured Claim in the amount of $243,094.79, plus accrued interest at the non-default contract rate in Komatsu Parts & Service Security Agreement – Conditions Sales Contract dated as of October 23, 2020 less payments received prior to the Effective Date.  The Debtor will pay Komatsu's Class 4 Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Komatsu's Class 4 Secured Claim under the terms of this Plan are guaranteed by Gilbert.  Further, Komatsu will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

(a)    **Impairment**

Class 4 is impaired.

(b)    **Voting**

Because Class 4 is impaired, the Holder of the Class 4 Claim will be entitled to vote on the Plan.

5.5    **Class 5. Komatsu Class 5 Secured Claim**

Komatsu Class 5's Secured Claim will be deemed an Allowed Secured Claim in the amount of $234,611.17, plus accrued interest at the non-default contract rate Security Agreement – Conditional Sales Contract dated as of October 30, 2020, and the Security Agreement – Conditional Sales Contract dated as of October 30, 2020, less payments received prior to the Effective Date.  The Debtor will pay Komatsu's Class 5 Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Komatsu's Class 5 Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Komatsu will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

(a)    **Impairment**

Class 5 is impaired.

(b)    **Voting**

Because Class 5 is impaired, the Holder of the Class 5 Claim will be entitled to vote on the Plan.

5.6   **Class 6. Komatsu Class 6 Secured Claim**

Komatsu Class 6's Secured Claim will be deemed an Allowed Secured Claim in the amount of $241,062.19 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.  The Debtor will pay Komatsu's Class 5 Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Komatsu's Class 5 Secured Claim under the terms of this Plan are guaranteed by Gilbert.  Further, Komatsu will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

       **(a)    Impairment**

Class 6 is impaired.

       **(b)    Voting**

Because Class 6 is impaired, the Holder of the Class 6 Claim will be entitled to vote on the Plan.

5.7   **Class 7. Komatsu Class 7 Secured Claim**

Komatsu Class 7's Secured Claim will be deemed an Allowed Secured Claim in the amount of $36,551.56 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Security Agreement – Conditional Sales Contract dated as of February 28, 2020.  The Debtor will pay Komatsu's Class 7 Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Komatsu's Class 7 Secured Claim under the terms of this Plan are guaranteed by Gilbert.  Further, Komatsu will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

       **(a)    Impairment**

Class 7 is impaired.

       **(b)    Voting**

Because Class 7 is impaired, the Holder of the Class 7 Claim will be entitled to vote on the Plan.

5.8   **Class 8. U.S. Small Business Administration Secured Claim**

The U.S. Small Business Administration's Secured Claim will be deemed an Allowed Secured Claim in the amount of $150,000 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date.  The Debtor will pay the U.S. Small Business Administration's Secured Claim in accordance with the terms of its Loan Authorization and Agreement dated as of June 20, 2020, which is and shall be deemed assumed and cured by this treatment.  The U.S. Small Business Administration's Security Interest will pass through

unaffected by the Chapter 11 Case and continue and be thereafter governed by applicable law. For the avoidance of doubt, the Secured Claim of The U.S. Small Business Administration will be reinstated and cured in its entirety according to the original terms of the Loan Authorization and Agreement dated as of June 20, 2020, pursuant to section 1124 of the Bankruptcy Code.

### (a)   Impairment

Class 8 is unimpaired.

### (b)   Voting

Because Class 8 is unimpaired, the Holder of the Class 8 Claim will not be entitled to vote on the Plan.  Class 8 will be deemed to accept the Plan.

### 5.9   **Class 9**. Caterpillar Financial Services Corporation Secured Claim

Caterpillar Financial Services Corporation's Secured Claim will be deemed an Allowed Secured Claim in the amount of $155,294.88 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date under the terms of that certain agreement between Debtor and Caterpillar Financial Services with a Contract Number 001-1032540-000 dated March 9, 2020.  The Debtor will pay Caterpillar Financial Services Corporation's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  Further, Caterpillar Financial Services Corporation will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

### (a)   Impairment

Class 9 is impaired.

### (b)   Voting

Because Class 9 is impaired, the Holder of the Class 9 Claim will be entitled to vote on the Plan.

### 5.10   **Class 10**. Road Machinery LLC/Financial Pacific Leasing Secured Claim

Road Machinery LLC/Financial Pacific Leasing's Secured Claim will be deemed an Allowed Secured Claim in the amount of $70,586.22 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Equipment Finance Agreement dated as of December 14, 2020.  The Debtor will pay Road Machinery LLC/Financial Pacific Leasing's Class 10 Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Road Machinery LLC/Financial Pacific Leasing's Class 10 Secured Claim under the terms of this Plan are guaranteed by Gilbert.  Further, Road Machinery LLC/Financial Pacific Leasing will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

      **(a)**     **Impairment**

Class 10 is impaired.

      **(b)**     **Voting**

Because Class 10 is impaired, the Holder of the Class 10 Claim will be entitled to vote on the Plan.

5.11   **Class 11. Crestmark Vendor Finance, a Division of Metabank, National Association Secured Claim**

Crestmark Vendor Finance's Secured Claim will be deemed an Allowed Secured Claim in the amount of $145,906.94 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of Equipment Finance Agreement dated as of March 23, 2021. The Debtor will pay Crestmark Vendor Finance's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Crestmark Vendor Finance's Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Crestmark Vendor Finance will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

      **(a)**     **Impairment**

Class 11 is impaired.

      **(b)**     **Voting**

Because Class 11 is impaired, the Holder of the Class 11 Claim will be entitled to vote on the Plan.

5.12   **Class 12. Deere & Company Secured Claim**

Deere & Company's Secured Claim will be deemed an Allowed Secured Claim in the amount of $73,310.74 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Loan Contract – Security Agreement dated as of November 23, 2021. The Debtor will pay Deere & Company's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Deere & Company's Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Deere & Company will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

      **(a)**     **Impairment**

Class 12 is impaired.

**(b)    Voting**

Because Class 12 is impaired, the Holder of the Class 12 Claim will be entitled to vote on the Plan.

5.13    **Class 13. Ford Motor Credit Secured Claim**

Ford Motor Credit's Secured Claim will be deemed an Allowed Secured Claim in the amount of $38,937.65 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Utah Vehicle Retail Installment Contract dated as of June 22, 2021. The Debtor will pay Ford Motor Credit's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Ford Motor Credit's Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Ford Motor Credit will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

**(a)    Impairment**

Class 13 is impaired.

**(b)    Voting**

Because Class 13 is impaired, the Holder of the Class 13 Claim will be entitled to vote on the Plan.

5.14    **Class 14. Amur Equipment Finance Corporation Service Company as Representative**

Amur Equipment Finance Corporation's Secured Claim will be deemed an Allowed Secured Claim in the amount of $95,631.95 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Equipment Finance Agreement dated as of November 17, 2021. The Debtor will pay Amur Equipment Finance Corporation's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Amur Equipment Finance Corporation's Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Amur Equipment Finance Corporation will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

**(a)    Impairment**

Class 14 is impaired.

**(b)    Voting**

Because Class 14 is impaired, the Holder of the Class 14 Claim will be entitled to vote on the Plan.

5.15    **Class 15**. **Amur Equipment Finance Corporation Service Company as Representative**

Amur Equipment Finance Corporation's Secured Claim will be deemed an Allowed Secured Claim in the amount of $93,098.28 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Equipment Finance Agreement dated as of April 23, 2021. The Debtor will pay Amur Equipment Finance Corporation's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Amur Equipment Finance Corporation's Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Amur Equipment Finance Corporation will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

(a)    **Impairment**

Class 15 is impaired.

(b)    **Voting**

Because Class 15 is impaired, the Holder of the Class 15 Claim will be entitled to vote on the Plan.

5.16    **Class 16**. **Balboa Capital Secured Claim**

Balboa Capital's Secured Claim will be deemed an Allowed Secured Claim in the amount of $180,582.50 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance the Balboa Agreements. The Debtor will pay Balboa Capital's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent. The Debtor's obligation to pay Balboa Capital's Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Balboa Capital will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

(a)    **Impairment**

Class 16 is impaired.

(b)    **Voting**

Because Class 16 is impaired, the Holder of the Class 16 Claim will be entitled to vote on the Plan.

5.17    **Class 17**. **Advantage Leasing and Associated Bank, N.A. Secured Claim**

Advantage Leasing and Associated Bank, N.A.'s Secured Claim will be deemed an Allowed Secured Claim in the amount of $37,051.73 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Equipment Finance Agreement dated as of December 18, 2020. The Debtor will pay

Advantage Leasing and Associated Bank, N.A.'s Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Advantage Leasing and Associated Bank, N.A.'s Secured Claim under the terms of this Plan are guaranteed by Gilbert. Further, Advantage Leasing and Associated Bank, N.A. will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

        **(a)**    **Impairment**

Class 17 is impaired.

        **(b)**    **Voting**

Because Class 17 is impaired, the Holder of the Class 17 Claim will be entitled to vote on the Plan.

5.18   **Class 18. Ford Motor Credit Secured Claim**

Ford Motor Credit's Secured Claim will be deemed an Allowed Secured Claim in the amount of $41,441.00 plus accrued interest at the non-default contract rate less payments received prior to the Effective Date in accordance with the terms of its Utah Vehicle Retail Installment Contract dated as of April 21, 2021.  The Debtor will pay Ford Motor Credit's Secured Claim in full in regular quarterly cash payments commencing on the fifth day of the first calendar quarter after the Effective Date over five years with interest at five percent.  The Debtor's obligation to pay Ford Motor Credit's Secured Claim under the terms of this Plan are guaranteed by Gilbert.  Further, Ford Motor Credit will retain its Security Interest in the Collateral until it is paid in full according to the Plan.

        **(a)**    **Impairment**

Class 18 is impaired.

        **(b)**    **Voting**

Because Class 18 is impaired, the Holder of the Class 18 Claim will be entitled to vote on the Plan.

5.19   **Class 19. General Unsecured Claims**

Holders of Class 19 General Unsecured Claims will receive, in full satisfaction of their Allowed General Unsecured Claims, beginning on the later of (a) the fifth day of the first calendar quarter after the Effective Date or (b) the date that such General Unsecured Claim becomes an Allowed General Unsecured Claim; payment in full of their Allowed General Unsecured Claims with interest at the Federal Judgment Rate over a period of five years.  Any General Unsecured Claims that were guaranteed by Gilbert will, in addition to the treatment above, be guaranteed by Gilbert to be paid in accordance with this treatment under the Plan. Any General Unsecured Claims against Gilbert only (*i.e.*, not against the Debtor), shall be paid by Gilbert in accordance to the terms of this section 5.19.

### (a) Impairment

Class 19 is impaired.

### (b) Voting

Because Class 19 is impaired, the Holders of Class 19 General Unsecured Claims will be entitled to vote on the Plan.

### 5.20 **Class 20. Equity Interests**

On the Effective Date, all Equity Interests in the Debtor will be reinstated, and all Holders will be entitled to all legal and equitable rights of such Holders under applicable law.

### (a) Impairment

Class 20 is unimpaired.

### (b) Voting

Because Class 20 is unimpaired is therefore deemed to accept the Plan. Nevertheless, the Debtor will solicit acceptances of the Plan from the Holders of Class 20 Equity Interests.

### 5.21 **Class 21. GM Financial**

Holders of Allowed Secured Class 21 Claims shall be paid in accordance with (i) that certain Retail Installment Contract and Security Agreement dated as of October 2, 2019, in the principal amount of $31,628.20, for the purchase of a 2017 Ford F-150 XLT, VIN # 1FTEW1EP0HFA10455; and (ii) that certain Retail Installment Contract and Security Agreement dated as of May 12, 2021, in the principal amount of $66,688.73, for the purchase of a 2021 GMC Sierra 3500HD, VIN # 1GT49WEY5MF245629.

### (a) Impairment

Class 21 is unimpaired.

### (b) Voting

Because Class 21 is unimpaired is therefore deemed to accept the Plan. Nevertheless, the Debtor will solicit acceptances of the Plan from the Holders of Class 21 Claims.

## ARTICLE 6
## DISPUTED CLAIMS

### 6.1 Preservation of Debtor's Rights

After the Effective Date, the Debtor shall have and retain all rights and defenses the Debtor had with respect to any Claim immediately prior to the Effective Date except with respect to any Claim deemed Allowed under the Plan. If there are any Claims that are Allowed to be resolved prior to the Effective Date by and through a final non-appealable order of the

Bankruptcy Court via Bankruptcy Rule 9019 or otherwise, such ruling or order shall be binding on all parties.

### 6.2 Unperfected Security Interests

Any security interests that were unperfected, inadequately perfected, or improperly perfected as of the Petition Date are, in accordance with section 506(a) of the Bankruptcy Code, properly treated hereunder as General Unsecured Claims against the Debtor or Gilbert, as applicable. So long as this Plan remains in effect, the unperfected creditors are hereby enjoined from taking any action to effect perfection of their security interests for any debt, including interest or other charges arising therefrom, and they will be treated and accept in full satisfaction for their Allowed Claims the treatment prescribed for General Unsecured Creditors hereunder.

### 6.3 Amendments to Claims/Late Claims

After the Confirmation Date, and except to the extent that the applicable Claims Bar Date falls on a later date than the Confirmation Date, a Claim may not be filed or amended without the authorization of the Bankruptcy Court and, even with such Bankruptcy Court authorization, may be amended by the Holder of such Claim with the power solely to decrease, and not to increase, the face amount thereof. Except as otherwise provided in this Section, any new or amended Claim filed after the Confirmation Date shall be deemed Disallowed in full and expunged without any action by the Joint Debtors, and the Joint Debtors will make no distribution on account thereof.

### 6.4 Objections to Claims

An objection to the Allowance of a Claim shall be in writing and must be filed by a party in interest or a Joint Debtor within one hundred and eighty (180) days after the Effective Date. Any objection made by any party in interest who is not one of the Joint Debtors will be done at that party's own expense. A Joint Debtor will prosecute any objection brought by such Joint Debtor until it is resolved by a final non-appealable order of the Bankruptcy Court unless the applicable Joint Debtor (a) compromises and settles such objection to a Claim or (b) withdraws such objection.

### 6.5 Delay of Distribution on Disputed Claims

No distribution will be made on account of any Disputed Claim unless and until such Claim is Allowed.

### 6.6 Settlement of Disputed Claims

A Joint Debtor will have the power and authority to settle and compromise any Disputed Claim subject to Bankruptcy Court approval under Rule 9019 of the Federal Rules of Bankruptcy Procedure. For administrative convenience, the Joint Debtors will have authority to settle any Disputed Claim in an Allowed Claim of less than $20,000.00 without approval of the Bankruptcy Court.

6.7     **Claims Estimation**

A Joint Debtor may at any time request that the Bankruptcy Court estimate any Claim under section 502(c) of the Bankruptcy Code for any reason, regardless of whether any party previously has objected to such Claim or whether the Bankruptcy Court has ruled on any such objection.

The Bankruptcy Court shall retain jurisdiction to estimate any such Claim, including during the litigation of any objection to any Claim or during the appeal relating to such objection.  In the event that the Bankruptcy Court estimates any such Claim, that estimated amount shall constitute a maximum limitation on such Claim for all purposes under the Plan (including for purposes of distributions), and the applicable Joint Debtor may elect to pursue any supplemental proceedings to object to any ultimate distribution on such Claim.

## ARTICLE 7
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

7.1     **Assumed Executory Contracts and Unexpired Leases**

Except as otherwise set forth herein, as of the Effective Date, all executory contracts of the Joint Debtors shall be deemed rejected unless such contract (a) was previously assumed or rejected by a Joint Debtor; (b) previously expired or terminated pursuant to its terms or applicable law; (c) is the subject of a motion to assume or reject filed by a Joint Debtor under section 365 of the Bankruptcy Code pending as of the Effective Date; or (d) is specifically designated on the following table of executory contracts to be assumed.  The proposed cure amount for an executory contract or unexpired lease that is assumed pursuant to the Plan shall be zero dollars unless otherwise indicated in the following schedule.  The applicable Joint Debtor assumes only the following executory contracts or unexpired leases effective on the Effective Date of this Plan, with the following cure amounts payable on the Effective Date of this Plan:

| Row | Name of Party | Executory Contract or Unexpired Lease | Related Equipment | Cure Amount |
|---|---|---|---|---|
| 1 | Navigators Insurance Company | Business Auto Declarations dated January 28, 2022 | N/A | $0.00 |
| 2 | KSG Enterprise LLC | Commercial Lease Agreement dated September 30, 2020 | N/A | $0.00 |
| 3 | Midwest Family Mutual Insurance Company | New Business Declarations dated January 28, 2022 | N/A | $0.00 |
| 4 | Evanston Insurance Company | Common Policy Declarations dated January 28, 2022 | N/A | $0.00 |
| 5 | Allegiance Premium Finance | Premium Finance Security Agreement dated March 1, 2022 | N/A | $0.00 |

| Row | Name of Party | Executory Contract or Unexpired Lease | Related Equipment | Cure Amount |
|---|---|---|---|---|
| 6 | Barco Rent-A Truck | Rental Agreement dated November 24, 2021 | Ram 2500 Laramie, VIN #3C6UR5FL7NG118451 | $0.00 |
| 7 | The Cincinnati Insurance Companies | Pillar Common Policy Declarations dated April 23, 2021 | N/A | $0.00 |
| 8 | WCF Insurance | Workers Compensation and Employers Liability Insurance Policy dated November 1, 2021, Policy Number 4012175 | N/A | $0.00 |
| 9 | WCF Insurance | Workers Compensation and Employers Liability Insurance Policy dated November 1, 2021, Policy Number 4021841 | N/A | $0.00 |
| 10 | U.S. Small Business Administration | Loan Authorization and Agreement dated as of June 20, 2020 | N/A | $0.00 |
| 11 | LHoist North America of Virginia, Inc. | Contract for Services dated June 23, 2021 | N/A | $0.00 |
| 12 | The Pike Company | Master Subcontract Agreement dated December 16, 2021, including Exhibit "AA" Work Order | N/A | $0.00 |
| 13 | CW The Isle, LLC | Contractor Agreement dated November of 2021 | N/A | $0.00 |
| 14 | Bill Miller Equipment Sales | Rental/Purchase Agreement dated July 21, 2021 | CAT 773F Haul Truck, Serial Number EED791* | $0.00 |
| 15 | Bill Miller Equipment Sales | Rental/Purchase Agreement dated July 20, 2021 | CAT 773G Haul Truck, Serial Number J2S283* | $0.00 |
| 16 | Iron Capital | Master Hire Agreement dated July 30, 2021 and Master Hire Agreement dated July 30, 2021 | CAT 772G Serial Number CAT0772GHKEX00131*<br><br>CAT 772G Serial Number CAT0772GCKEX00138*<br><br>CAT 772G Serial Number CAT0772GVKEX00139*<br><br>CAT 772G Serial Number | $0.00 |

| Row | Name of Party | Executory Contract or Unexpired Lease | Related Equipment | Cure Amount |
|---|---|---|---|---|
| | | | CAT0772GJKEX00140* | |
| 17 | North Mill Credit Trust | Commercial Security Agreement dated January 5, 2021 | 2006 Caterpillar 613C Serial Number CAT0613CV8LJ02343<br><br>2005 Caterpillar D9L Serial Number 14Y75463* | $0.00 |
| 18 | North Mill Credit Trust | Equipment Lease Agreement dated December 1, 2021 | 2021 Mega Mac MPT 12 Mega Water Tower Series # 94409 | $0.00 |
| 19 | Bill Miller Equipment Sales | Rental/Purchase Agreement dated November 23, 2020 | CAT D10N Dozer, Serial Number 3SK641 | $0.00 |
| 20 | Bill Miller Equipment Sales | Rental/Purchase Agreement dated April 20, 2021 | Komatsu PC360 Excavator Serial Number A36147 | $0.00 |
| 21 | Bill Miller Equipment Sales | Rental/Purchase Agreement dated July 20, 2021 | Komatsu PC360 Excavator, Serial Number A35517 | $0.00 |
| 22 | Bill Miller Equipment Sales | Rental/Purchase Agreement dated July 20, 2021 | CAT 772H Haul Truck, Serial Number RBL784* | $0.00 |
| 23 | Hanmi Bank | Equipment Finance Agreement dated August 20, 2021 | 2001 Komatsu Hydraulic Excavatory PC750LC-6 Serial # 10356<br><br>2020 Smart Construction Products Base & Rover Hiper VR Series Number 1449-11980 | $0.00 |
| 24 | KLC Financial, Inc./First Utah Bank | Master Equipment Finance Agreement dated September 14, 2021 | 2002 Cat 988G Wheel Loader S/N #BNH0457 | $0.00 |
| 25 | Partners Capital Group, Inc. | Equipment Lease Agreement dated November 12, 2021 | 2021 Mega Water Tower 12k GAL Stock Number 132647 Serial Number 94409 | $0.00 |
| 26 | Pawnee Leasing/ Smarter Equipment Finance LLC | Equipment Finance Agreement dated December 10, 2020 and | 1979 CAT 637D Serial Number 27W1290 | $0.00 |
| 27 | Crossroads Equipment Lease & Finance | Equipment Lease Agreement dated October 4, 2019 | 2014 Freightliner Cascadia Ca 125DC VIN # 3AKJGED1XEFSV7665 | $0.00 |

| Row | Name of Party | Executory Contract or Unexpired Lease | Related Equipment | Cure Amount |
|---|---|---|---|---|
| 28 | Headway Capital, LLC | Installment Loan dated December 7, 2021 | N/A | $0.00 |
| 29 | The United States of America through the Bureau of Land Management | Contract for the Sale of Mineral Materials dated January 29, 2021 | N/A | $0.00 |

**\* Per the terms of this Plan, this equipment will be sold in an auction that is anticipated to be during September of 2022 via the Equipment Sale Motion.**

**ANY HOLDER OBJECTING TO THE ABOVE CURE AMOUNTS OR ASSUMPTION OF SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE MUST FILE AN OBJECTION IN THE BANKRUPTCY COURT AND SERVE IT ON THE APPLICABLE JOINT DEBTOR PRIOR TO THE ENTRY OF THE CONFIRMATION ORDER.**

Any counterparty to the above executory contracts or unexpired leases who fails to file an objection to the proposed cure amounts or assumption prior to the entry of the Confirmation Order will be deemed to have accepted such cure amount in full satisfaction and cure of all defaults and other amounts due up to and including the Petition Date, and will have no further claim against the applicable Joint Debtor therefor.  Further, such counterparties are deemed to accept the assumption of their executory contract or unexpired lease by the applicable Joint Debtor and will hereby waive all rights and defenses to assumption, adequate assurance of future performance, or otherwise.

### 7.2    Rejected Executory Contracts and Unexpired Leases

The applicable Joint Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases not expressly assumed under Section 7.1 above upon entry of the Confirmation Order.  A Proof of Claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 10 days after the entry of the Confirmation Order.

## ARTICLE 8
## MEANS FOR IMPLEMENTATION OF THE PLAN

### 8.1    Re-vesting of Property of the Estate

On the Effective Date, all assets of the Joint Debtors' estates, including all real and personal property, all Debtor Causes of Action, interests, claims, choses in action, and rights under any contracts (executory or otherwise, unless rejected under Article 7 of this Plan), against any person will re-vest and be transferred to the applicable Joint Debtor after the Effective Date. The applicable Joint Debtor will remain in possession of all its other assets as disclosed in this Plan, including its business, operations, and "know-how,", and will continue to procure contracts and service such contracts and agreements through its existing target markets and target

customers, while simultaneously seeking to increase its profitability by effectively servicing, retaining and growing its contracted projects.

### 8.2    Continued Corporate Existence of Debtor

From and after the Effective Date, the Debtor shall (a) exist and continue to exist as a separate legal entity, (b) with all powers in accordance with the laws of the State of Nevada, and (c) shall be governed by the Debtor's pre-Petition Date amended operating agreement dated August 30, 2019. The Debtor shall have all of the powers of such a legal entity under applicable law and without prejudice to any right to alter or terminate such existence (whether by merger, conversion, dissolution or otherwise) under applicable law. Beginning on and after the Effective Date, each of the Joint Debtors may freely enter into contracts, operate its/his business and may use, acquire, and dispose of property and compromise, or settle any Claims that may arise beginning on or after the Effective Date, all without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy Code or Bankruptcy Rules, other than those restrictions expressly imposed by the Plan or the Confirmation Order.

### 8.3    Retention and Re-vesting of Debtor Causes of Action

The Joint Debtors will retain (or hereby are given) standing and authority to prosecute all Debtor Causes of Action. Currently, the Joint Debtors have known Debtor Causes of Action against: (1) J.R. Simplot Company and Fisher Sand & Gravel Co. over unpaid work provided by SoNev; (2) (2) The Pike Company, Inc., currently pending as Adversary Number: 22-02035; and (3) RPS Campbell Companies d/b/a Solutions Financial Services, Wheeler Machinery Co., or any affiliate or subsidiary for breach of contract for failure to maintain SoNev's machines. The Joint Debtors hereby expressly reserve and will retain or be re-vested with all Debtor Causes of Action, and, therefore, in each case, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, waiver, estoppels (judicial, equitable or otherwise) or laches shall apply to such Debtor Causes of Action upon or after the entry of the Confirmation Order or Effective Date based on the Plan or the Confirmation Order, except where such Debtor Causes of Action have been expressly released in the Plan or any final non-appealable order from the Bankruptcy Court. In accordance with section 1123(b) of the Bankruptcy Code, the applicable Joint Debtor may enforce all rights to commence and pursue any Debtor Causes of Action, and the applicable Joint Debtor's rights to commence, prosecute, or settle any such Debtor Causes of Action shall be preserved, notwithstanding entry of the Confirmation Order or the occurrence of the Effective Date. No person may rely on the absence of a specific reference in the Plan or the Disclosure Statement to any Debtor Cause of Action against him, her, or it as any indication that the Joint Debtors will not pursue any available Debtor Causes of Action against such person. In accordance with section 1123(b)(3) of the Bankruptcy Code, any Debtor Causes of Action that a Joint Debtor may hold against any person shall vest in the applicable Joint Debtor. The applicable Joint Debtor may bring all such Debtor Causes of Action in the Bankruptcy Court or such other court of competent jurisdiction in its sole discretion. The Joint Debtors will have and are hereby given authority to settle all Debtor Causes of Action without prior approval of the Bankruptcy Court.

8.4      **Wherewithal to Pay Claims under the Plan and Reorganization Efforts**

The cash necessary to make distributions by the Joint Debtors to each Class of Claims consists of (a) cash on hand, (b) cash to be earned from the continued business operations of the Debtor, and (c), where applicable, cash to be earned from Gilbert's role as a manager of the Debtor and from his other business income, all as set forth in month-by-month detail in the Debtor's Best Efforts Analysis and Operating Budget attached as <u>Exhibit C</u> hereto.

The Joint Debtors will provide additional testimony and evidence supporting their wherewithal to fulfill their obligations under this Plan at the Confirmation Hearing.

8.5      **Cash Flow and Best Efforts Test**

The Debtor, by operating its business, has Projected Disposable Income for the next five years following the Effective Date as set forth in the Best Efforts Analysis and Operating Budget attached as <u>Exhibit C</u> hereto.  The Best Efforts Analysis and Operating Budget is based on the Debtor's pre-Petition Date operational history and cash flow, its post-Petition Date reorganizational efforts and operating history as reflected in the Monthly Operating Reports, which are filed on the docket of the Bankruptcy Court and incorporated herein by reference, the experience of the Debtor's management, and the ongoing fixed obligations assumed under the Plan (primarily to the Secured Creditors).  The Best Efforts Analysis and Operating Budget is attached as <u>Exhibit B</u> hereto.

The Best Efforts Analysis and Operating Budget show that, after payment of the expenditures necessary for the continuation, preservation, or operation of the business of the Debtor, including the ongoing fixed obligations assumed under the Plan (primarily to the Secured Creditors), the Projected Disposable Income of the Debtor over the five-year period following the Effective Date is sufficient to pay all Claims in full on the schedule set forth in **Error! Reference source not found.** of the Plan.  As set forth above in Section 8.4, the Debtor will pay all claims in full with interest under the Plan.

Accordingly, the Debtor under this Plan will distribute cash or make regular monthly payments of a value as of the Effective Date of the Plan that are not less than the lesser of the Allowed amounts of all Claims and the Projected Disposable Income of the Debtor for the five-year period after the Effective Date in accordance with section 1191(c)(2)(B) of the Bankruptcy Code.

The Debtor will provide additional evidence supporting the calculation of its Projected Disposable Income at the Confirmation Hearing.

Gilbert, in his role as Manager of the Debtor and from his other business interests, has Projected Disposable Income for the next five years following the Effective Date as set forth in the Best Efforts Analysis and Operating Budget attached as <u>Exhibit C</u> hereto. Because Gilbert's income is intertwined with the Debtor's successful operations, Gilbert incorporates the Debtor's projections, Operating Budget, and Best Efforts Analysis as evidence of his ability to make the payments called for under this Plan. As set forth in this Plan, Gilbert will: (a) guarantee all Claims paid by the Debtor under this Plan for which he was also obligated (as a guarantor) prior to the Petition Date; and (b) distribute cash or make regular monthly payments of a value as of the Effective Date of the Plan that are not less than the lesser of the Allowed amounts of all

Claims against Gilbert and the Projected Disposable Income of the Debtor for the five-year period after the Effective Date in accordance with section 1191(c)(2)(B) of the Bankruptcy Code.

### 8.6     Post-Effective Date Management and Professionals

In accordance with section 1129(a)(5) of the Bankruptcy Code, from and after the Effective Date, the initial officers and directors of the Debtor will be as follows:

| Name | Position |
|------|----------|
| Keith Gilbert | Manager |
| Patricia Gilbert | Lead Estimator and Project Manager |
| Autumn Arnold | Chief Financial Officer |

Each of the foregoing officers of the Debtor will be employed by the Debtor after the Effective Date, under the same or similar terms and conditions of employment that each employee had operated under prior to the Petition Date.

The Debtor will retain Parsons Behle & Latimer as counsel after the Confirmation Date to assist the Debtor in any bankruptcy-related matters and such other matters as are appropriate. Parsons Behle & Latimer will continue to charge its customary rates as agreed upon from time to time by the Debtor and Parsons Behle & Latimer, but neither Parsons Behle & Latimer nor the Debtor will be required to submit fee applications or otherwise be employed under the Bankruptcy Code, and the Debtor may pay Parsons Behle & Latimer without notice, a hearing, or approval by the Bankruptcy Court. Gilbert may retain counsel of his choosing after the Confirmation Date to assist him in any bankruptcy-related matters and such other matters as are appropriate, and such counsel may charge its customary rates and be paid accordingly as agreed upon by Gilbert and such counsel, without being required to submit fee applications or otherwise be employed under the Bankruptcy Code.

After the Confirmation Date, the Debtor will hire, fire, retain, or employ such other professionals and contractors as it deems advisable in the reasonable exercise of its business judgment without the need to seek approval of the Bankruptcy Court. The Debtor will compensate its professionals for any services provided after the Confirmation Date in the ordinary course of its business without the need for Bankruptcy Court approval.

## ARTICLE 9
## MISCELLANEOUS AND GENERAL PROVISIONS

### 9.1     Definitions and Rules of Construction

Except as otherwise provided in this Plan, the definitions and rules of construction set forth in sections 101 and 102 of the Bankruptcy Code apply when terms defined or construed in the Bankruptcy Code are used in this Plan. Interest shall be calculated at the specified rate in simple interest accruing on a yearly basis only on outstanding principal.

9.2     **Severability**

If any provision in this Plan is determined to be unenforceable, then such determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

9.3     **Binding Effect**

The rights, obligations, limitations, and injunctions of, for, or against any person or entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such person or entity.

9.4     **Controlling Law**

Unless a different rule of law or procedure is supplied by federal law (including the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure) or in the subject instrument, the laws of the State of Utah govern this Plan and any agreements, documents, and instruments executed in connection with this Plan.

9.5     **Retention of Bankruptcy Court Jurisdiction**

The Bankruptcy Court will retain and have exclusive jurisdiction over any matter arising under the Bankruptcy Code arising in or related to the Joint Debtors' Chapter 11 Cases or the Plan, or that relates to any of the following:

(i)     consistent with Article 7, hereof, to resolve any matter related to the assumption or rejection of any executory contract or unexpired lease to which a Joint Debtor is a party or with respect to which a Joint Debtor may be liable and to hear and determine any Claim arising therefrom;

(ii)    to enter such orders as may be necessary or appropriate to implement or consummate the provisions of the Plan;

(iii)   to determine all motions, adversary proceedings, applications, and contested or litigated matters related to the Joint Debtors' Chapter 11 Cases or arising therefrom, that may be pending on the Effective Date or that, pursuant to the Plan, may be instituted by a Joint Debtor prior to or after the Effective Date, including resolution of all Debtor Causes of Action, including Avoidance Actions;

(iv)    to ensure that distributions to Holders of Allowed Claims are accomplished as provided in the Plan;

(v)     to hear and determine any timely objection to a Claim or Proof of Claim;

(vi)    to enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, revoked, modified, reversed, or vacated;

(vii)    to issue such orders in aid of execution of the Plan, to the extent authorized by section 1142 of the Bankruptcy Code;

(viii)    to consider any modification of the Plan, to cure any defect or omission, or reconcile any inconsistency in any order of the Bankruptcy Court, including the Confirmation Order;

(ix)    to hear and determine all applications for awards of compensation for services rendered and reimbursement of expenses incurred by the Joint Debtors' professionals, the Subchapter V Trustee, and any other timely filed applications filed with the Court for allowance of Administrative Expense Claims;

(x)    to hear and determine disputes arising in connection (i) with or relating to the Plan; (ii) the interpretation, implementation, or enforcement of the Plan; or (iii) the extent of any person's obligations incurred in connection with or released under the Plan; but notwithstanding the preceding, if the Court's potential resolution of any issues arising under this subsection (x) is otherwise governed by an express enforcement or dispute resolution provision in an agreement or contract that already exists by and between a Joint Debtor and such party, then such provisions should govern;

(xi)    to issue injunctions, enter and implement other orders, or take such other actions as may be necessary or appropriate to restrain interference by any entity with consummation or enforcement of the Plan;

(xii)    to determine any other matter that may arise in connection with or that is related to the Plan, the Confirmation Order, or any contract, instrument, release, or other agreement or document created in connection therewith, unless such agreements or documents contain express enforcement or dispute resolution provisions, in which case, such provisions should govern;

(xiii)    to hear and determine matters concerning state, local, and federal taxes in accordance with sections 346, 505, and 1146 of the Bankruptcy Code (including, without limitation, any matter relating to tax refunds, and any request by a Joint Debtor for an expedited determination of tax liability under section 505(b) of the Bankruptcy Code with respect to the applicable Joint Debtor);

(xiv)    to hear any other matter or for any purpose specified in the Confirmation Order that is not inconsistent with the Bankruptcy Code; and

(xv)    to enter a final decree closing the Chapter 11 Case.

9.6    **Inconsistencies**

In the event of any inconsistency between and among the Plan, the Confirmation Order, or the Plan Supplement, the documents shall control in the following order: (1) the Confirmation Order; (2) the Plan; and (3) the Plan Supplement.

9.7     **Unclaimed Distributions**

For any property to be distributed pursuant to the Plan, if such distributed property is not claimed by the distributee within one year after the payment, then such distributed property shall be returned to the applicable Joint Debtor and become the property of such Joint Debtor free and clear of any claims of any person.

# ARTICLE 10
# DISCHARGE AND RELATED MATTERS

10.1    **Discharge of Claims**

If the Plan is confirmed under section 1191(a) of the Bankruptcy Code, on the Confirmation Date, except as specifically provided in the Plan, the Joint Debtors and all of their property will be discharged from any interest, claim, or debt that arose before confirmation of the Plan, subject to the occurrence of the Effective Date, to the full extent specified in section 1141(d)(1)(A) of the Bankruptcy Code as made applicable by 1192 of the Bankruptcy Code, except that the Joint Debtors will not be discharged of any debt (a) imposed by the Plan; (b) of a kind specified in section 1141(d)(6)(A) of the Bankruptcy Code if a timely complaint is filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure; or (c) of a kind specified in § 1141(d)(6)(B) of the Bankruptcy Code.  Pending execution of this Plan and unless (i) the Court has otherwise expressly ordered; or (ii) this Plan otherwise expressly provides, all creditors will continue to be stayed from proceeding against the Joint Debtors or their assets on account of any debt arising prior to the Effective Date.

If the Plan is confirmed under section 1191(b) of the Bankruptcy Code, then the Joint Debtors will be discharged as set forth in section 1192 of the Bankruptcy Code on the date that the appliable Joint Debtor makes its final payments under the Plan.

10.2    **Exculpation**

Neither the Joint Debtors, the Subchapter V Trustees, nor any of their respective officers, directors, employees, representatives, professionals, or agents, will have or incur any liability to any party in interest or any other person for any act or omission in connection with or arising out of the Chapter 11 Cases, including, without limitation, prosecuting confirmation of this Plan, consummation of this Plan, or the administration of this Plan or the property to be distributed under this Plan, except for gross negligence, willful misconduct, or fraud.

# ARTICLE 11
# MODIFICATION OF PLAN

Subject to the restrictions on modifications set forth in section 1193 of the Bankruptcy Code, the Joint Debtors reserve the right to alter, amend or modify the Plan before or after its substantial consummation.  Prior to the Effective Date, the Joint Debtors may make appropriate technical adjustments and modifications to the Plan without further order or approval of the Bankruptcy Court.  Holders of Claims that have accepted the Plan shall be deemed to have accepted the Plan, as amended, modified, or supplemented, if the proposed amendment, modification, or supplement does not materially and adversely change the treatment of the Claim of such Holder; provided, however, that any Holders of Claims who were deemed to accept the

Plan because such Claims were unimpaired shall continue to be deemed to accept the Plan only if, after giving effect to such amendment, modification, or supplement, the treatment of such unimpaired Claims continue to be unimpaired.

## ARTICLE 12
## CONFIRMATION OF PLAN

The Joint Debtors respectfully request Confirmation of the Plan under section 1191(a) of the Bankruptcy Code.  In the event that any impaired class of Claims (or class of Claims that the Court determines is impaired) shall fail to accept, or be deemed to reject, the Plan in accordance with section 1191(a) of the Bankruptcy Code, and/or no impaired class votes to accept the Plan, then the Joint Debtors hereby request that the Bankruptcy Court confirm the Plan in accordance with section 1191(b) of the Bankruptcy Code and/or amend the Plan, including an amendment as needed at the Confirmation Hearing.   In such event, the Joint Debtors respectfully request Confirmation of the Plan under section 1191(b) of the Bankruptcy Code.

## ARTICLE 13
## REMEDIES UPON DEFAULT

If a Joint Debtor becomes delinquent in a duty or obligation under the Plan, then the affected party in interest shall provide written notice of such default to the applicable Joint Debtor and its counsel.  The applicable Joint Debtor shall thereafter have 20 business days from receipt of said notice in which to cure the default and, if so cured, will not be considered to be in default.  In the event such default remains uncured for the requisite 20 days, then the affected Creditor or Creditors shall be required to bring the issue of default before the Bankruptcy Court, which shall have exclusive jurisdiction over the dispute and remedy.  In the event the applicable Joint Debtor is deemed to have breached its obligations under this Plan to the affected party in interest, the Court may fashion a remedy with respect to such party; provided, however, that such default shall not be considered a default with respect to all other parties in interest under this Plan, and the provisions of this Plan, including the applicable Joint Debtor's discharge and any injunctions contained herein shall remain in effect with respect to all other parties unless otherwise ordered by the Court.

Respectfully submitted,

Dated:  August 24, 2022.                    **SoNev Construction LLC**

                                            /s/ Keith Gilbert
                              By:           Keith Gilbert
                                            Founder, Manager

- 
- 
- 

Dated:  August 24, 2022.                    **Parsons Behle & Latimer**

                                            /s/ Brian M. Rothschild
                              By:           BRIAN M. ROTHSCHILD

                                            *Attorneys for SoNev Construction LLC*

Dated:  August 24, 2022.

                                            /s/ Keith Gilbert
                              By:           Keith Gilbert

- 
- 
- 

Dated:  August 24, 2022.                    **Cohne Kinghorn, P.C.**

                                            /s/ Jeffrey L. Trousdale
                              By:           JEFFREY L. TROUSDALE

                                            *Attorneys for Keith Gilbert*

## LIST OF EXHIBITS

| Ex No. | Document Name |
|--------|---------------|
| **A** | Debtor's Liquidation Analysis |
| **B** | Gilbert's Liquidation Analysis |
| **C** | Debtor's Best Efforts Analysis and Operating Budget |

# EXHIBIT A

**DEBTOR'S LIQUIDATION ANALYSIS**

## Liquidation Analysis - SoNev Construction, LLC

| ($ in 0s) | Notes | SoNev Construction, LLC 3/31/2022 Net Book Value | Recovery Estimate % Low | Midpoint | High | Recovery Estimate $ Low | Midpoint | High |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| **Assets & Gross Liquidation Proceeds** | | | | | | | | |
| Cash on Hand | A | 218,212 | 100% | 100% | 100% | 218,212 | 218,212 | 218,212 |
| Joint Checks Cash | | 0 | 80% | 95% | 100% | 0 | 0 | 0 |
| Accounts Receivable | B | 1,959,616 | 40% | 50% | 70% | 783,846 | 979,808 | 1,371,731 |
| Prepaid Expenses & Other Current Assets | C | 4,862 | 100% | 100% | 100% | 4,862 | 4,862 | 4,862 |
| **Current Asset Total** | | 2,182,690 | 63% | 76% | 100% | 1,006,920 | 1,202,882 | 1,594,805 |
| **Fixed Assets** | | | | | | | | |
| Land | D | 10,621 | 60% | 70% | 80% | 6,373 | 7,435 | 8,497 |
| Machinery & Equipment | E | 4,691,331 | 40% | 60% | 75% | 1,876,532 | 2,814,799 | 3,518,498 |
| Tractor | E | 343,938 | 30% | 50% | 70% | 103,182 | 171,969 | 240,757 |
| Trailers | E | 143,179 | 50% | 60% | 70% | 71,590 | 85,908 | 100,226 |
| Vehicles | E | 386,891 | 20% | 40% | 50% | 77,378 | 154,757 | 193,446 |
| Small Tools | E | 62,151 | 40% | 60% | 70% | 24,861 | 37,291 | 43,506 |
| Office Furniture & Fixtures | E | 16,703 | 20% | 30% | 40% | 3,341 | 5,011 | 6,681 |
| Total Property & Equipment, Net of Accumulated Depreciation | | 5,654,816 | 53% | 80% | 100% | 2,163,256 | 3,277,169 | 4,111,611 |
| **Total Gross Liquidation Proceeds** | | **7,837,506** | **56%** | **79%** | **100%** | **3,170,176** | **4,480,051** | **5,706,416** |

| **Wind Down/Chapter 7 Liquidation** | | | | | | **High** | **Midpoint** | **Low** |
|---|---|---|---|---|---|---|---|---|
| Corporate Wind-down Costs | F | | | | | 1,153,836 | 692,302 | 576,918 |
| Chapter 7 Trustee Fees | G | | | | | 119,705 | 159,002 | 195,792 |
| Chapter 7 Trustee Legal & Financial Advisors | H | | | | | 240,000 | 144,000 | 120,000 |
| **Total Net Liquidation Proceeds Available for Distribution** | | | | | | **1,656,635** | **3,484,748** | **4,813,705** |

**Waterfall Analysis**

| | | | | |
|---|---|---|---|---|
| Proceeds Available for Priority Claims | | **1,656,635** | **3,484,748** | **4,813,705** |
| **Total Priority Claims** | I | 64,436 | 64,436 | 64,436 |
| $ Recovery to Priority Claimants | | 64,436 | 64,436 | 64,436 |
| % Recovery to Priority Claimants | | 100% | 100% | 100% |
| Proceeds Available for Secured Claims | | **1,592,199** | **3,420,312** | **4,749,269** |
| **Total Secured Claims** | J | 2,448,394 | 2,448,394 | 2,448,394 |
| $ Recovery to Secured Claimants | | 1,592,199 | 2,448,394 | 2,448,394 |
| % Recovery to Secured Claimants | | 65% | 100% | 100% |
| Proceeds Available for Administrative Claims | | **0** | **971,918** | **2,300,875** |
| **Total Administrative Claims** | K | 0 | 0 | 0 |
| $ Recovery to Administrative Claimants | | 0 | 0 | 0 |
| % Recovery to Administrative Claimants | | 0% | 0% | 0% |
| Proceeds Available for General Unsecured  Claims | | **0** | **971,918** | **2,300,875** |
| **Total General Unsecured Claims** | L | 5,265,303 | 5,265,303 | 5,265,303 |
| $ Recovery to Secured Claimants | | 0 | 971,918 | 2,300,875 |
| % Recovery to Secured Claimants | | 0% | 18% | 44% |

# EXHIBIT B

### GILBERT'S LIQUIDATION ANALYSIS

# Liquidation Analysis - Keith Gilbert

| ($ in 0s) | Notes | Keith Gilbert 5/31/2022 Net Book Value | Recovery Estimate % | | | Potential Recovery Recovery Estimate $ | | |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | Low | Midpoint | High | Low | Midpoint | High |
| **Assets & Gross Liquidation Proceeds** | | | | | | | | |
| Cash on Hand | A | 9,941 | 100% | 100% | 100% | 9,941 | 9,941 | 9,941 |
| Investments | B | 0 | 100% | 100% | 100% | 0 | 0 | 0 |
| Current Asset Total | | 9,941 | 0% | 0% | 0% | 9,941 | 9,941 | 9,941 |
| **Fixed Assets** | | | | | | | | |
| Commercial Property | D | 785,000 | 40% | 60% | 75% | 314,000 | 471,000 | 588,750 |
| Vehicles | E | 102,302 | 20% | 40% | 50% | 20,460 | 40,921 | 51,151 |
| Equipment | E | 822,470 | 20% | 40% | 50% | 164,494 | 328,988 | 411,235 |
| Recreational Vehicles | E | 9,000 | 20% | 40% | 50% | 1,800 | 3,600 | 4,500 |
| Household Assets | E | 1,800 | 40% | 60% | 70% | 720 | 1,080 | 1,260 |
| Office Assets | E | 16,703 | 20% | 30% | 40% | 3,341 | 5,011 | 6,681 |
| Total Property & Equipment, Net of Accumulated Depreciatin | | 1,737,275 | 0% | 0% | 0% | 504,815 | 850,600 | 1,063,577 |
| **Total Gross Liqidation Proceeds** | | **1,747,216** | **0%** | **0%** | **0%** | **514,756** | **860,541** | **1,073,518** |

| **Wind Down/Chapter 7 Liquidation** | | **High** | **Midpoint** | **Low** |
|---|---|---|---|---|
| Coprorate Wind-down Costs | F | 33,332 | 19,999 | 16,666 |
| Chapter 7 Trustee Fees | G | 40,043 | 50,416 | 56,806 |
| Chapter 7 Trustee Legal & Financial Advisors | H | 80,000 | 48,000 | 40,000 |
| **Total Net Liquidation Proceeds Available for Distirbution** | | **361,381** | **742,125** | **960,047** |

| **Waterfall Analysis** | | | | |
|---|---|---|---|---|
| Proceeds Available for Secured Claims | | **361,381** | **742,125** | **960,047** |
| **Total Secured Claims -Class 1** | I | 76,246 | 76,246 | 76,246 |
| $ Recovery to Secured Claimants | | 76,246 | 76,246 | 76,246 |
| % Recovery to Secured Claimants | | 100% | 100% | 100% |

| | | | | |
|---|---|---|---|---|
| Proceeds Available for Administrative Claims | | **285,135** | **665,879** | **883,801** |
| **Total Administrative Claims -Class 2** | J | 0 | 0 | 0 |
| $ Recovery to Secured Claimants | | 0 | 0 | 0 |
| % Recovery to Secured Claimants | | 0% | 0% | 0% |
| | | | | |
| Proceeds Available for Priority Unsecured Claims | | **285,135** | **665,879** | **883,801** |
| **Total Priority Unsecured Claims -Class3** | K | 3,868,283 | 3,868,283 | 3,868,283 |
| $ Recovery to Secured Claimants | | 285,135 | 665,879 | 883,801 |
| % Recovery to Secured Claimants | | 7% | 17% | 23% |
| | | | | |
| Proceeds Available for General Unsecured  Claims | | **0** | **0** | **0** |

# EXHIBIT C

### DEBTOR'S BEST EFFORTS ANALYSIS AND OPERATING BUDGET

**SoNev Construction, LLC**
Report of Cash Receipts and Disbursements
December 31, 2022

| | May-22 | June-22 | July-22 | August-22 | September-22 | October-22 | November-22 | December-22 | Total 2022 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Basis** | | | | | | | | | |
| **Beginning Cash Balance** | 115,839 | 81,790 | 262,807 | 401,907 | 516,137 | 494,523 | 438,442 | 372,787 | 115,839 |
| **Receipts** | | | | | | | | | |
| Equipment Sale Proceeds (unencumbered) | | | | | | | | | |
| Receipts | 917,673 | 1,219,030 | 1,041,452 | 934,221 | 986,579 | 565,910 | 449,060 | 416,800 | 11,018,859 |
| Retention 10% | - | - | - | - | (98,658) | (56,591) | (44,906) | (41,680) | (1,101,886) |
| Contingency 10% | - | - | - | - | (49,329) | (28,296) | (22,453) | (20,840) | (550,943) |
| Transfer In | | | | | | | | | |
| **TOTAL Receipts** | 917,673 | 1,219,030 | 1,041,452 | 934,221 | 838,592 | 481,024 | 381,701 | 354,280 | 9,366,030 |
| **Project Disbursements** | | | | | | | | | |
| Direct Labor | 426,985 | 410,621 | 350,805 | 314,685 | 332,321 | 190,622 | 151,262 | 140,396 | 1,890,712 |
| Bulk Fuel | 44,344 | 76,991 | 65,776 | 59,003 | 62,310 | 35,742 | 28,362 | 26,324 | 354,509 |
| Tractor & Trailer Repair & Maintenance | 23,343 | 54,576 | 46,626 | 41,825 | 44,169 | 25,336 | 20,105 | 18,660 | 251,298 |
| Equipment Repairs & Maintenance | 21,523 | 107,660 | 91,977 | 82,506 | 87,130 | 49,979 | 39,659 | 36,810 | 495,721 |
| Small Equipment & Tools (Expense) | - | 367 | 314 | 281 | 297 | 170 | 135 | 126 | 1,691 |
| Car & Truck | - | 21,814 | 18,637 | 16,718 | 17,655 | 10,127 | 8,036 | 7,459 | 100,444 |
| Contractors | 14,663 | 15,783 | 13,484 | 12,096 | 12,774 | 7,327 | 5,814 | 5,396 | 72,674 |
| Equipment Rental | 116,318 | 153,983 | 131,552 | 118,007 | 124,620 | 71,483 | 56,723 | 52,648 | 709,017 |
| Equipment Transportation | 1,670 | 2,755 | 2,354 | 2,111 | 2,230 | 1,279 | 1,015 | 942 | 12,685 |
| Job Supplies | 5,934 | 10,905 | 9,317 | 8,358 | 8,826 | 5,063 | 4,017 | 3,729 | 50,215 |
| Permits | 946 | 578 | 493 | 443 | 467 | 268 | 213 | 197 | 2,659 |
| **Total Project Disbursements** | 655,725 | 856,033 | 731,334 | 656,033 | 692,800 | 397,396 | 315,341 | 292,687 | 3,941,625 |
| **Operating Disbursements** | | | | | | | | | |
| Bank Charges & Fees | 131 | 593 | 506 | 454 | 480 | 275 | 218 | 203 | 12,900 |
| Dues & Subscriptions | 2,797 | 1,682 | 1,437 | 1,289 | 1,361 | 781 | 620 | 575 | 16,181 |
| Recruiting and Retention | 820 | 173 | 148 | 133 | 140 | 80 | 64 | 59 | 1,867 |
| Rent & Lease | - | 6,951 | 5,938 | 5,327 | 5,625 | 3,227 | 2,561 | 2,377 | 118,960 |
| Utilities | 2,532 | 7,100 | 6,066 | 5,441 | 5,746 | 3,296 | 2,615 | 2,428 | 64,075 |
| Shipping, Freight & Delivery | 106 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 3,062 |
| Taxes & Licenses | - | 1,888 | 1,613 | 1,447 | 1,528 | 877 | 696 | 646 | 34,813 |
| Training | - | 309 | 264 | 237 | 250 | 143 | 114 | 106 | 2,501 |
| Health Insurance - 1001 | 19,000 | 7,679 | 6,560 | 5,885 | 6,214 | 3,565 | 2,829 | 2,625 | 151,677 |
| Insurance | 27,796 | 33,106 | 28,284 | 25,371 | 26,793 | 15,369 | 12,196 | 11,319 | 353,619 |
| Interest Charge | 218 | 2,039 | 1,742 | 1,563 | 1,650 | 947 | 751 | 697 | 27,071 |
| Office Supplies & Software | 368 | 1,812 | 1,548 | 1,389 | 1,466 | 841 | 667 | 620 | 16,251 |
| Penalties | - | 927 | 792 | 710 | 750 | 430 | 341 | 317 | 8,297 |
| Legal & Professional Services | 20,078 | 14,470 | 12,362 | 11,089 | 11,711 | 6,717 | 5,330 | 4,947 | 133,616 |
| Meal & Lodging | 448 | 642 | 548 | 492 | 519 | 298 | 236 | 219 | 5,406 |
| Travel | 244 | 890 | 760 | 682 | 720 | 413 | 328 | 304 | 7,726 |
| **Total Operating Costs** | 74,539 | 80,262 | 68,570 | 61,510 | 64,957 | 37,260 | 29,567 | 27,442 | 958,022 |
| **Capex** | | | | | | | | | |
| **Secured Creditor Payments** | | | | | | | | | |
| Advantage Leasing | 1,372 | 1,372 | 1,372 | 1,372 | 1,372 | 1,372 | 1,372 | 1,372 | 1,372 |
| Amur GPS System | 3,544 | 3,544 | 3,544 | 3,544 | 3,544 | 3,544 | 3,544 | 3,544 | 3,544 |
| Balboa Capital | 942 | 942 | 942 | 942 | 942 | 942 | 942 | 942 | 942 |
| Bill Miller -D10N Dozer | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 12,800 | 20,000 |
| Bill Miller -773G | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Bill Miller -PC360 | 9,240 | 9,240 | 9,240 | 9,240 | 9,240 | 9,240 | 9,240 | 9,240 | 9,240 |
| Bill Miller- PC360 6147 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 |
| Caterpillar Financial Services | 9,501 | 9,501 | 9,501 | 9,501 | 9,501 | 9,501 | 9,501 | 9,501 | 9,501 |
| Crestmark Finance | 13,057 | 13,057 | 13,057 | 13,057 | 13,057 | 13,057 | 13,057 | 13,057 | 13,057 |
| Deere & Company | 1,306 | 1,306 | 1,306 | 1,306 | 1,306 | 1,306 | 1,306 | 1,306 | 1,306 |
| Financial Pacific Leasing | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 |
| Ford Credit | 781 | 781 | 781 | 781 | 781 | 781 | 781 | 781 | 781 |
| Komatsue Financial | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 |
| Southwest Plumbing Contractual Agreement | | | | | | | | | - |
| Sterns Bank-637D | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 |
| Sterns Bank- | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 |
| US Small Business Administration | | | 731 | 731 | 731 | 731 | 731 | 731 | 731 |
| **Total Secured Creditor Disbursements** | 101,717 | 101,717 | 102,448 | 102,448 | 102,448 | 102,448 | 102,448 | 102,448 | 102,448 |
| **Unsecured Creditor Disbursements** | | | | | | | | | |
| **Unsecured Creditor Unprofected Claims** | | | | | | | | | |
| Other Unsecured Creditor Claims | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 |
| **Total Unsecured Creditor Disbursements** | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 |
| **TOTAL Disbursements** | 831,981 | 1,038,012 | 902,352 | 819,991 | 860,206 | 537,105 | 447,356 | 422,578 | 5,002,095 |
| **Net change in Cash** | 85,692 | 181,017 | 139,100 | 114,230 | (21,614) | (56,081) | (65,655) | (68,298) | 4,363,935 |
| Dip Financing | | | | | | | | | |
| Disbursements to Unsecured Creditors | | | | | | | | | |
| **Ending Cash Balance****** | 201,530 | 262,807 | 401,907 | 516,137 | 494,523 | 438,442 | 372,787 | 304,489 | 4,479,774 |

SoNev Construction, LLC
Report of Cash Receipts and Disbursements
December 31, 2022

| Cash Basis | January-23 | February-23 | March-23 | April-23 | May-23 | June-23 | July-23 | August-23 | September-23 | October-23 | November-23 | December-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 304,489 | $ 245,931 | $ 185,113 | $ 136,165 | $ 87,216 | $ 47,141 | $ 22,322 | $ (2,498) | $ (23,782) | $ (45,065) | $ (42,414) | $ (32,757) |
| **Receipts** | | | | | | | | | | | | |
| Equipment Sale Proceeds (unencumbered) | | | | | | | | | | | | |
| Receipts | $ 535,673 | $ 508,089 | $ 652,964 | $ 652,964 | $ 761,254 | $ 947,454 | $ 947,454 | $ 990,606 | $ 990,606 | $ 1,282,731 | $ 1,368,231 | $ 1,230,481 |
| DIP Financing | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| Retention 10% | $ (53,567) | $ (50,809) | $ (65,296) | $ (65,296) | $ (76,125) | $ (94,745) | $ (94,745) | $ (99,061) | $ (99,061) | $ (128,273) | $ (136,823) | $ (123,048) |
| Contingency 10% | $ (26,784) | $ (25,404) | $ (32,648) | $ (32,648) | $ (38,063) | $ (47,373) | $ (47,373) | $ (49,530) | $ (49,530) | $ (64,137) | $ (68,412) | $ (61,524) |
| Transfer in | | | | | | | | | | | | |
| **TOTAL Receipts** | $ 455,322 | $ 431,876 | $ 555,020 | $ 555,020 | $ 647,066 | $ 805,336 | $ 805,336 | $ 842,015 | $ 842,015 | $ 1,090,322 | $ 1,162,997 | $ 1,045,909 |
| **Project Disbursements** | | | | | | | | | | | | |
| Direct Labor | 180,437 | 171,146 | 219,946 | 219,946 | 256,422 | 319,142 | 319,142 | 333,678 | 333,678 | 432,078 | 460,878 | 414,478 |
| Bulk Fuel | 33,832 | 32,090 | 41,240 | 41,240 | 48,079 | 59,839 | 59,839 | 62,565 | 62,565 | 81,015 | 86,415 | 77,715 |
| Tractor & Trailer Repair & Maintenance | 23,982 | 22,747 | 29,233 | 29,233 | 34,082 | 42,418 | 42,418 | 44,350 | 44,350 | 57,428 | 61,256 | 55,089 |
| Equipment Repairs & Maintenance | 47,308 | 44,872 | 57,667 | 57,667 | 67,231 | 83,675 | 83,675 | 87,486 | 87,486 | 113,285 | 120,836 | 108,671 |
| Small Equipment & Tools (Expense) | 161 | 153 | 197 | 197 | 229 | 285 | 285 | 298 | 298 | 386 | 412 | 371 |
| Car & Truck | 9,586 | 9,092 | 11,685 | 11,685 | 13,622 | 16,954 | 16,954 | 17,727 | 17,727 | 22,954 | 24,484 | 22,019 |
| Concrete | 6,936 | 6,578 | 8,454 | 8,454 | 9,856 | 12,267 | 12,267 | 12,826 | 12,826 | 16,608 | 17,715 | 15,931 |
| Equipment Rental | 67,664 | 64,180 | 82,480 | 82,480 | 96,158 | 119,678 | 119,678 | 125,129 | 125,129 | 162,029 | 172,829 | 155,429 |
| Equipment Transportation | 1,211 | 1,148 | 1,476 | 1,476 | 1,720 | 2,141 | 2,141 | 2,239 | 2,239 | 2,899 | 3,092 | 2,781 |
| Job Supplies | 4,792 | 4,545 | 5,841 | 5,841 | 6,810 | 8,476 | 8,476 | 8,862 | 8,862 | 11,475 | 12,240 | 11,008 |
| Permits | 254 | 241 | 309 | 309 | 361 | 449 | 449 | 469 | 469 | 608 | 648 | 583 |
| **Total Project Disbursements** | 376,163 | 356,793 | 458,528 | 458,528 | 534,571 | 665,326 | 665,326 | 695,628 | 695,628 | 900,766 | 960,806 | 864,075 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Bank Charges & Fees | 260 | 247 | 317 | 317 | 370 | 461 | 461 | 482 | 482 | 624 | 665 | 598 |
| Dues & Subscriptions | 739 | 701 | 901 | 901 | 1,050 | 1,307 | 1,307 | 1,367 | 1,367 | 1,770 | 1,888 | 1,698 |
| Recruiting and Retention | 76 | 72 | 93 | 93 | 108 | 134 | 134 | 141 | 141 | 182 | 194 | 175 |
| Rent & Lease | 3,054 | 2,897 | 3,723 | 3,723 | 4,341 | 5,402 | 5,402 | 5,648 | 5,648 | 7,314 | 7,802 | 7,016 |
| Utilities | 3,120 | 2,959 | 3,803 | 3,803 | 4,434 | 5,518 | 5,518 | 5,770 | 5,770 | 7,471 | 7,969 | 7,167 |
| Shipping, Freight & Delivery | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 2 |
| Taxes & Licenses | 830 | 787 | 1,012 | 1,012 | 1,179 | 1,468 | 1,468 | 1,535 | 1,535 | 1,987 | 2,120 | 1,906 |
| Training | 136 | 129 | 165 | 165 | 193 | 240 | 240 | 251 | 251 | 325 | 347 | 312 |
| Health Insurance - 1001 | 3,374 | 3,200 | 4,113 | 4,113 | 4,795 | 5,968 | 5,968 | 6,240 | 6,240 | 8,080 | 8,618 | 7,751 |
| Insurance | 14,548 | 13,799 | 17,733 | 17,733 | 20,674 | 25,731 | 25,731 | 26,903 | 26,903 | 34,836 | 37,158 | 33,417 |
| Interest Charge | 896 | 850 | 1,092 | 1,092 | 1,273 | 1,585 | 1,585 | 1,657 | 1,657 | 2,145 | 2,288 | 2,058 |
| Office Supplies & Software | 796 | 755 | 971 | 971 | 1,131 | 1,408 | 1,408 | 1,472 | 1,472 | 1,907 | 2,034 | 1,829 |
| Penalties | 407 | 386 | 496 | 496 | 579 | 720 | 720 | 753 | 753 | 975 | 1,040 | 935 |
| Legal & Professional Services | 6,358 | 6,031 | 7,751 | 7,751 | 9,036 | 11,246 | 11,246 | 11,759 | 11,759 | 15,226 | 16,241 | 14,606 |
| Meal & Lodging | 282 | 267 | 344 | 344 | 401 | 499 | 499 | 521 | 521 | 675 | 720 | 648 |
| Travel | 391 | 371 | 477 | 477 | 556 | 692 | 692 | 723 | 723 | 937 | 999 | 898 |
| **Total Operating Costs** | 35,269 | 33,453 | 42,992 | 42,992 | 50,122 | 62,381 | 62,381 | 65,222 | 65,222 | 84,456 | 90,086 | 81,016 |
| **Capex** | | | | | | | | | | | | $ 25,000 |
| **Secured Creditor Payments** | | | | | | | | | | | | |
| Advantage Leasing | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 |
| Amur GPS System | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 |
| Balboa Capital | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 | $ 942 |
| Bill Miller -D10N Dozer | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 |
| Bill Miller -773G | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Bill Miller -PC360 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 |
| Bill Miller - PC360 6147 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 |
| Caterpillar Financial Services | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 |
| Crestmark Finance | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 |
| Deere & Company | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 |
| Financial Pacific Leasing | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 |
| Ford Credit | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 | $ 781 |
| Komatsue Financial | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 | 14,900 |
| Southwest Plumbing Contractual Agreement | | | | | | | | | | | | |
| Sterns Bank-637D | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 | 1,010 |
| Sterns Bank- | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 | 3,122 |
| US Small Business Administration | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 |
| **Total Secured Creditor Disbursements** | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 |
| **Unsecured Creditor Disbursements** | | | | | | | | | | | | |
| Unsecured Creditor Unprotected Claims | | | | | | | | | | | | |
| Other Unsecured Creditor Claims | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 |
| **Total Unsecured Creditor Dispursements** | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 |
| **TOTAL Disbursements** | $ 513,880 | $ 492,694 | $ 603,968 | $ 603,968 | $ 687,141 | $ 830,155 | $ 830,155 | $ 863,299 | 863,299 | 1,087,670 | 1,153,340 | 1,072,539 |
| **Net change in Cash** | $ (58,558) | $ (60,818) | $ (48,948) | $ (48,948) | $ (40,076) | $ (24,819) | $ (24,819) | $ (21,284) | (21,284) | 2,651 | 9,657 | (26,630) |
| Dip Financing | | | | | | | | | | | | |
| Disprusments to Unsecured Creditors | | | | | | | | | | | | |
| **Ending Cash Balance****** | $ 245,931 | $ 185,113 | $ 136,165 | $ 87,216 | $ 47,141 | $ 22,322 | $ (2,498) | $ (23,782) | (45,065) | (42,414) | (32,757) | (59,387) |

2

SoNev Construction, LLC
Report of Cash Receipts and Disbursements
December 31, 2022

| | January-24 | February-24 | March-24 | April-24 | May-24 | June-24 | July-24 | August-24 | September-24 | October-24 | November-24 | December-24 | Year 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Basis | | | | | | | | | | | | | |
| Beginning Cash Balance | $ (59,387) | $ (94,384) | $ (137,165) | $ (186,953) | $ (236,741) | $ (184,813) | $ (137,168) | $ (89,523) | $ (41,879) | $ 5,764 | $ 53,406 | $ 101,046 | $ 140,513 |
| | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | |
| Equipment Sale Proceeds (unencumbered) | | | | | | | | | | | | | |
| Receipts | $ 1,128,356 | $ 1,033,356 | $ 947,856 | $ 947,856 | $ 947,856 | $ 895,606 | $ 895,606 | $ 895,606 | $ 895,606 | $ 895,606 | $ 895,606 | $ 795,856 | $ 11,174,776 |
| DIP Financing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retention 10% | $ (112,836) | $ (103,336) | $ (94,786) | $ (94,786) | $ (94,786) | $ (89,561) | $ (89,561) | $ (89,561) | $ (89,561) | $ (89,561) | $ (89,561) | $ (79,586) | $ (1,117,478) |
| Contingency 10% | $ (56,418) | $ (51,668) | $ (47,393) | $ (47,393) | $ (47,393) | $ (44,780) | $ (44,780) | $ (44,780) | $ (44,780) | $ (44,780) | $ (44,780) | $ (39,793) | $ (558,739) |
| Transfer In | | | | | | | | | | | | | |
| **TOTAL Receipts** | $ 959,103 | $ 878,353 | $ 805,678 | $ 805,678 | $ 805,678 | $ 761,265 | $ 761,265 | $ 761,265 | $ 761,265 | $ 761,265 | $ 761,265 | $ 676,478 | $ 9,498,559 |
| | | | | | | | | | | | | | |
| **Project Disbursements** | | | | | | | | | | | | | |
| Direct Labor | $ 380,078 | $ 348,078 | $ 319,278 | $ 319,278 | $ 319,278 | $ 301,678 | $ 301,678 | $ 301,678 | $ 301,678 | $ 301,678 | $ 301,678 | $ 268,078 | $ 3,764,135 |
| Bulk Fuel | $ 71,265 | $ 65,265 | $ 59,865 | $ 59,865 | $ 59,865 | $ 56,565 | $ 56,565 | $ 56,565 | $ 56,565 | $ 56,565 | $ 56,565 | $ 50,265 | $ 705,775 |
| Tractor & Trailer Repair & Maintenance | $ 99,652 | $ 91,262 | $ 83,711 | $ 83,711 | $ 83,711 | $ 79,096 | $ 79,096 | $ 79,096 | $ 79,096 | $ 79,096 | $ 79,096 | $ 70,287 | $ 986,909 |
| Equipment Repairs & Maintenance | $ 340 | $ 311 | $ 286 | $ 286 | $ 286 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 240 | $ 3,366 |
| Small Equipment & Tools (Expense) | $ 50,517 | $ 46,264 | $ 42,436 | $ 42,436 | $ 42,436 | $ 40,097 | $ 40,097 | $ 40,097 | $ 40,097 | $ 40,097 | $ 40,097 | $ 35,631 | $ 500,298 |
| Car & Truck | $ 20,192 | $ 18,492 | $ 16,962 | $ 16,962 | $ 16,962 | $ 16,027 | $ 16,027 | $ 16,027 | $ 16,027 | $ 16,027 | $ 16,027 | $ 14,242 | $ 199,970 |
| Contractors | $ 14,609 | $ 13,379 | $ 12,272 | $ 12,272 | $ 12,272 | $ 11,596 | $ 11,596 | $ 11,596 | $ 11,596 | $ 11,596 | $ 11,596 | $ 10,304 | $ 144,684 |
| Equipment Rental | $ 142,529 | $ 130,529 | $ 119,729 | $ 119,729 | $ 119,729 | $ 113,129 | $ 113,129 | $ 113,129 | $ 113,129 | $ 113,129 | $ 113,129 | $ 100,529 | $ 1,411,551 |
| Equipment Transportation | $ 2,550 | $ 2,335 | $ 2,142 | $ 2,142 | $ 2,142 | $ 2,024 | $ 2,024 | $ 2,024 | $ 2,024 | $ 2,024 | $ 2,024 | $ 1,799 | $ 25,254 |
| Job Supplies | $ 10,094 | $ 9,244 | $ 8,480 | $ 8,480 | $ 8,480 | $ 8,012 | $ 8,012 | $ 8,012 | $ 8,012 | $ 8,012 | $ 8,012 | $ 7,120 | $ 99,970 |
| Permits | $ 535 | $ 490 | $ 449 | $ 449 | $ 449 | $ 424 | $ 424 | $ 424 | $ 424 | $ 424 | $ 424 | $ 377 | $ 5,294 |
| **Total Project Disbursements** | $ 792,360 | $ 725,649 | $ 665,608 | $ 665,608 | $ 665,608 | $ 628,917 | $ 628,917 | $ 628,917 | $ 628,917 | $ 628,917 | $ 628,917 | $ 558,870 | $ 7,847,206 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Bank Charges & Fees | 549 | 502 | 461 | 461 | 461 | 435 | 435 | 435 | 435 | 435 | 435 | 387 | 5,433 |
| Dues & Subscriptions | 1,557 | 1,426 | 1,308 | 1,308 | 1,308 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,098 | 15,418 |
| Recruiting and Retention | 160 | 147 | 134 | 134 | 134 | 127 | 127 | 127 | 127 | 127 | 127 | 113 | 1,585 |
| Rent & Lease | 6,434 | 5,892 | 5,405 | 5,405 | 5,405 | 5,107 | 5,107 | 5,107 | 5,107 | 5,107 | 5,107 | 4,538 | 63,719 |
| Utilities | 6,572 | 6,019 | 5,521 | 5,521 | 5,521 | 5,216 | 5,216 | 5,216 | 5,216 | 5,216 | 5,216 | 4,635 | 65,085 |
| Shipping, Freight & Delivery | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 23 |
| Taxes & Licenses | 1,748 | 1,601 | 1,468 | 1,468 | 1,468 | 1,387 | 1,387 | 1,387 | 1,387 | 1,387 | 1,387 | 1,233 | 17,312 |
| Training | 286 | 262 | 240 | 240 | 240 | 227 | 227 | 227 | 227 | 227 | 227 | 202 | 2,831 |
| Health Insurance - 1001 | 7,107 | 6,509 | 5,970 | 5,970 | 5,970 | 5,641 | 5,641 | 5,641 | 5,641 | 5,641 | 5,641 | 5,013 | 70,389 |
| Insurance | 30,644 | 28,064 | 25,742 | 25,742 | 25,742 | 24,323 | 24,323 | 24,323 | 24,323 | 24,323 | 24,323 | 21,614 | 303,483 |
| Interest Charge | 1,887 | 1,728 | 1,585 | 1,585 | 1,585 | 1,498 | 1,498 | 1,498 | 1,498 | 1,498 | 1,498 | 1,331 | 18,690 |
| Office Supplies & Software | 1,677 | 1,536 | 1,409 | 1,409 | 1,409 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,183 | 16,609 |
| Penalties | 858 | 785 | 720 | 720 | 720 | 681 | 681 | 681 | 681 | 681 | 681 | 605 | 8,493 |
| Legal & Professional Services | 13,394 | 12,266 | 11,251 | 11,251 | 11,251 | 10,631 | 10,631 | 10,631 | 10,631 | 10,631 | 10,631 | 9,447 | 132,645 |
| Travel | 824 | 755 | 692 | 692 | 692 | 654 | 654 | 654 | 654 | 654 | 654 | 581 | 8,160 |
| Meal & Lodging | 594 | 544 | 499 | 499 | 499 | 471 | 471 | 471 | 471 | 471 | 471 | 419 | 5,881 |
| **Total Operating Costs** | $ 74,292 | $ 68,037 | $ 62,408 | $ 62,408 | $ 62,408 | $ 58,967 | $ 58,967 | $ 58,967 | $ 58,967 | $ 58,967 | $ 58,967 | $ 52,400 | $ 735,757 |
| | | | | | | | | | | | | | |
| **Capex** | $ 25,000 | $ 25,000 | $ 25,001 | $ 25,002 | $ 25,003 | $ 25,004 | $ 25,005 | $ 25,006 | $ 25,007 | $ 25,008 | $ 25,009 | $ 25,010 | $ 25,011 |
| | | | | | | | | | | | | | |
| **Secured Creditor Payments** | | | | | | | | | | | | | |
| Advantage Leasing | $ 1,372 | $ 1,372 | $ 1,372 | $ 1,372 | | | | | | | | | |
| Anur GPS System | $ 3,544 | $ 3,544 | $ 3,544 | $ 3,544 | | | | | | | | | |
| Balboa Capital | $ 942 | $ 942 | $ 942 | $ 942 | | | | | | | | | |
| Bill Miller -D10N Dozer | $ 12,800 | $ 12,800 | $ 12,800 | $ 12,800 | | | | | | | | | |
| Bill Miller -773G | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | | | | | | | | | |
| Bill Miller -PC360 | $ 9,240 | $ 9,240 | $ 9,240 | $ 9,240 | | | | | | | | | |
| Bill Miller- PC360 6147 | $ 8,500 | $ 8,500 | $ 8,500 | $ 8,500 | | | | | | | | | |
| Caterpillar Financial Services | $ 9,501 | $ 9,501 | $ 9,501 | $ 9,501 | | | | | | | | | |
| Crestmark Finance | $ 13,057 | $ 13,057 | $ 13,057 | $ 13,057 | | | | | | | | | |
| Deere & Company | $ 1,306 | $ 1,306 | $ 1,306 | $ 1,306 | | | | | | | | | |
| Financial Pacific Leasing | $ 1,642 | $ 1,642 | $ 1,642 | $ 1,642 | | | | | | | | | |
| Ford Credit | $ 781 | $ 781 | $ 781 | $ 781 | | | | | | | | | |
| Komatsue Financial | 14,900 | 14,900 | 14,900 | 14,900 | | | | | | | | | |
| Southwest Plumbing Contractual Agreement | | | - | | | | | | | | | | |
| Sterns Bank-637D | 1,010 | 1,010 | 1,010 | 1,010 | | | | | | | | | |
| Sterns Bank- | 3,122 | 3,122 | 3,122 | 3,122 | | | | | | | | | |
| US Small Business Administration | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 |
| **Total Secured Creditor Disbursments** | $ 102,448 | $ 102,448 | $ 102,448 | $ 102,448 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 |
| | | | | | | | | | | | | | |
| **Unsecured Creditor Disbursements** | | | | | | | | | | | | | |
| Unsecured Creditor Unprofected Claims | | | | | | | | | | | | | |
| Other Unsecured Creditor Claims | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 |
| **Total Unsecured Creditor Disbursments** | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 |
| | | | | | | | | | | | | | |
| **TOTAL Disbursements** | $ 994,100 | $ 921,134 | $ 855,465 | $ 855,466 | $ 753,750 | $ 713,620 | $ 713,621 | $ 713,622 | $ 713,623 | $ 713,624 | $ 713,625 | $ 637,011 | $ 8,608,705 |
| | | | | | | | | | | | | | |
| Net change in Cash | $ (34,997) | $ (42,781) | $ (49,787) | $ (49,788) | $ 51,928 | $ 47,646 | $ 47,645 | $ 47,644 | $ 47,643 | $ 47,642 | $ 47,641 | $ 39,467 | $ 889,854 |
| Dip Financing | | | | | | | | | | | | | |
| Disbursments to Unsecured Creditors | | | | | | | | | | | | | |
| Ending Cash Balance**** | $ (94,384) | $ (137,165) | $ (186,953) | $ (236,741) | $ (184,813) | $ (137,168) | $ (89,523) | $ (41,879) | $ 5,764 | $ 53,406 | $ 101,046 | $ 140,513 | $ 1,030,368 |

SoNev Construction, LLC
Report of Cash Receipts and Disbursements
December 31, 2022

| | January-25 | February-25 | March-25 | April-25 | May-25 | June-25 | July-25 | August-25 | September-25 | October-25 | November-25 | December-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Basis** | | | | | | | | | | | | |
| Beginning Cash Balance | $ 140,513 | $ 190,836 | $ 235,126 | $ 296,157 | $ 354,709 | $ 412,053 | $ 443,049 | $ 474,043 | $ 613,267 | $ 807,106 | $ 987,549 | $ 1,137,745 |
| **Receipts** | | | | | | | | | | | | |
| Equipment Sale Proceeds (unencumbered) | | | | | | | | | | | | |
| Receipts | $ 928,381 | $ 854,756 | $ 1,059,088 | $ 1,028,850 | $ 1,014,125 | $ 692,550 | $ 692,550 | $ 906,775 | $ 1,206,975 | $ 1,133,350 | $ 967,100 | $ 843,600 |
| DIP Financing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retention 10% | $ (92,838) | $ (85,476) | $ (105,909) | $ (102,885) | $ (101,413) | $ (69,255) | $ (69,255) | | | | | |
| Contingency 10% | $ (46,419) | $ (42,738) | $ (52,954) | $ (51,443) | $ (50,706) | $ (34,628) | $ (34,628) | $ (45,339) | $ (60,349) | $ (56,668) | $ (48,355) | $ (42,180) |
| Transfer In | | | | | | | | | | | | |
| **TOTAL Receipts** | $ 789,124 | $ 726,543 | $ 900,224 | $ 874,523 | $ 862,006 | $ 588,668 | $ 588,668 | $ 861,436 | $ 1,146,626 | $ 1,076,683 | $ 918,745 | $ 801,420 |
| **Project Disbursements** | | | | | | | | | | | | |
| Direct Labor | $ 312,718 | $ 287,918 | $ 356,745 | $ 346,560 | $ 341,600 | $ 233,280 | $ 233,280 | $ 305,440 | $ 406,560 | $ 381,760 | $ 325,760 | $ 284,160 |
| Bulk Fuel | $ 58,635 | $ 53,985 | $ 66,890 | $ 64,980 | $ 64,060 | $ 43,740 | $ 43,740 | $ 57,270 | $ 76,230 | $ 71,580 | $ 61,080 | $ 53,280 |
| Tractor & Trailer Repair & Maintenance | $ 81,991 | $ 75,488 | $ 93,534 | $ 90,864 | $ 89,563 | $ 61,163 | $ 61,163 | $ 80,083 | $ 106,595 | $ 100,093 | $ 85,410 | $ 74,503 |
| Equipment Repairs & Maintenance | $ 280 | $ 257 | $ 319 | $ 310 | $ 305 | $ 209 | $ 209 | $ 273 | $ 364 | $ 341 | $ 291 | $ 254 |
| Small Equipment & Tools (Expense) | $ 41,564 | $ 38,268 | $ 47,416 | $ 46,062 | $ 45,403 | $ 31,006 | $ 31,006 | $ 40,597 | $ 54,037 | $ 50,740 | $ 43,297 | $ 37,768 |
| Car & Truck | $ 16,613 | $ 15,296 | $ 18,952 | $ 18,411 | $ 18,148 | $ 12,393 | $ 12,393 | $ 16,227 | $ 21,599 | $ 20,281 | $ 17,306 | $ 15,096 |
| Contractors | $ 12,020 | $ 11,067 | $ 13,712 | $ 13,321 | $ 13,130 | $ 8,967 | $ 8,967 | $ 11,740 | $ 15,627 | $ 14,674 | $ 12,521 | $ 10,922 |
| Equipment Rental | $ 117,269 | $ 107,969 | $ 133,779 | $ 129,960 | $ 128,100 | $ 87,480 | $ 87,480 | $ 114,540 | $ 152,460 | $ 143,160 | $ 122,160 | $ 106,560 |
| Equipment Transportation | $ 2,098 | $ 1,932 | $ 2,393 | $ 2,325 | $ 2,292 | $ 1,565 | $ 1,565 | $ 2,049 | $ 2,728 | $ 2,561 | $ 2,186 | $ 1,906 |
| Job Supplies | $ 8,305 | $ 7,647 | $ 9,475 | $ 9,204 | $ 9,072 | $ 6,196 | $ 6,196 | $ 8,112 | $ 10,798 | $ 10,139 | $ 8,652 | $ 7,547 |
| Permits | $ 440 | $ 405 | $ 502 | $ 487 | $ 480 | $ 328 | $ 328 | $ 430 | $ 572 | $ 537 | $ 458 | $ 400 |
| **Total Project Disbursements** | $ 651,933 | $ 600,231 | $ 743,718 | $ 722,484 | $ 712,144 | $ 486,326 | $ 486,326 | $ 636,760 | $ 847,568 | $ 795,867 | $ 679,122 | $ 592,397 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Bank Charges & Fees | 451 | 416 | 515 | 500 | 493 | 337 | 337 | 441 | 587 | 551 | 470 | 410 |
| Dues & Subscriptions | 1,281 | 1,179 | 1,461 | 1,420 | 1,399 | 956 | 956 | 1,251 | 1,665 | 1,564 | 1,334 | 1,164 |
| Recruiting and Retention | 132 | 121 | 150 | 146 | 144 | 98 | 98 | 129 | 171 | 161 | 137 | 120 |
| Rent & Lease | 5,294 | 4,874 | 6,039 | 5,867 | 5,783 | 3,949 | 3,949 | 5,170 | 6,882 | 6,462 | 5,514 | 4,810 |
| Utilities | 5,407 | 4,978 | 6,168 | 5,992 | 5,907 | 4,034 | 4,034 | 5,281 | 7,030 | 6,601 | 5,633 | 4,913 |
| Shipping, Freight & Delivery | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| Taxes & Licenses | 1,438 | 1,324 | 1,641 | 1,594 | 1,571 | 1,073 | 1,073 | 1,405 | 1,870 | 1,756 | 1,498 | 1,307 |
| Training | 235 | 217 | 268 | 261 | 257 | 175 | 175 | 230 | 306 | 287 | 245 | 214 |
| Health Insurance - 1001 | 5,848 | 5,384 | 6,671 | 6,481 | 6,388 | 4,362 | 4,362 | 5,712 | 7,603 | 7,139 | 6,092 | 5,314 |
| Insurance | 25,213 | 23,213 | 28,763 | 27,941 | 27,542 | 18,808 | 18,808 | 24,626 | 32,779 | 30,779 | 26,264 | 22,910 |
| Interest Charge | 1,553 | 1,430 | 1,771 | 1,721 | 1,696 | 1,158 | 1,158 | 1,517 | 2,019 | 1,896 | 1,618 | 1,411 |
| Office Supplies & Software | 1,380 | 1,270 | 1,574 | 1,529 | 1,507 | 1,029 | 1,029 | 1,348 | 1,794 | 1,685 | 1,437 | 1,254 |
| Penalties | 706 | 650 | 805 | 782 | 771 | 526 | 526 | 689 | 917 | 861 | 735 | 641 |
| Legal & Professional Services | 11,020 | 10,146 | 12,571 | 12,213 | 12,038 | 8,221 | 8,221 | 10,763 | 14,327 | 13,453 | 11,480 | 10,014 |
| Meal & Lodging | 489 | 450 | 557 | 542 | 534 | 365 | 365 | 477 | 635 | 597 | 509 | 444 |
| Travel | 678 | 624 | 773 | 751 | 740 | 506 | 506 | 662 | 881 | 828 | 706 | 616 |
| **Total Operating Costs** | $ 61,125 | $ 56,278 | $ 69,731 | $ 67,740 | $ 66,771 | $ 45,598 | $ 45,598 | $ 59,703 | $ 79,468 | $ 74,621 | $ 63,675 | $ 55,543 |
| **Capex** | $ 25,012 | $ 25,013 | $ 25,014 | $ 25,015 | $ 25,016 | $ 25,017 | $ 25,018 | $ 25,019 | $ 25,020 | $ 25,021 | $ 25,022 | $ 25,000 |
| **Secured Creditor Payments** | | | | | | | | | | | | |
| Advantage Leasing | | | | | | | | | | | | |
| Amur GPS System | | | | | | | | | | | | |
| Balboa Capital | | | | | | | | | | | | |
| Bill Miller -D10N Dozer | | | | | | | | | | | | |
| Bill Miller -773G | | | | | | | | | | | | |
| Bill Miller -PC360 | | | | | | | | | | | | |
| Bill Miller- PC360 6147 | | | | | | | | | | | | |
| Caterpillar Financial Services | | | | | | | | | | | | |
| Crestmark Finance | | | | | | | | | | | | |
| Deere & Company | | | | | | | | | | | | |
| Financial Pacific Leasing | | | | | | | | | | | | |
| Ford Credit | | | | | | | | | | | | |
| Komatsue Financial | | | | | | | | | | | | |
| Southwest Plumbing Contractual Agreement | | | | | | | | | | | | |
| Sterns Bank-637D | | | | | | | | | | | | |
| Sterns Bank- | | | | | | | | | | | | |
| US Small Business Administration | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 |
| **Total Secured Creditor Disbursements** | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 |
| **Unsecured Creditor Disbursements** | | | | | | | | | | | | |
| Unsecured Creditor Unprofected Claims | | | | | | | | | | | | |
| Other Unsecured Creditor Claims | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 |
| **Total Unsecured Creditor Disbursements** | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 |
| **TOTAL Disbursements** | $ 738,801 | $ 682,253 | $ 839,194 | $ 815,970 | $ 804,662 | $ 557,672 | $ 557,673 | $ 722,213 | $ 952,787 | $ 896,239 | $ 768,549 | $ 673,671 |
| **Net change in Cash** | $ 50,323 | $ 44,290 | $ 61,030 | $ 58,552 | $ 57,345 | $ 30,996 | $ 30,995 | $ 139,223 | $ 193,839 | $ 180,443 | $ 150,196 | $ 127,749 |
| Dip Financing | | | | | | | | | | | | |
| Disbursements to Unsecured Creditors | | | | | | | | | | | | |
| **Ending Cash Balance****** | $ 190,836 | $ 235,126 | $ 296,157 | $ 354,709 | $ 412,053 | $ 443,049 | $ 474,043 | $ 613,267 | $ 807,106 | $ 987,549 | $ 1,137,745 | $ 1,265,493 |

**SoNev Construction, LLC**
Report of Cash Receipts and Disbursements
December 31, 2022

Cash Basis

| | January-26 | February-26 | March-26 | April-26 | May-26 | June-26 | July-26 | August-26 | September-26 | October-26 | November-26 | December-26 | Year 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 1,265,493 | $ 1,386,328 | $ 1,535,250 | $ 1,690,220 | $ 1,852,104 | $ 2,013,989 | $ 2,165,873 | $ 2,317,757 | $ 2,488,567 | $ 2,614,093 | $ 2,739,619 | $ 2,830,578 | $ 2,966,734 |
| **Receipts** | | | | | | | | | | | | | |
| Equipment Sale Proceeds (unencumbered) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Receipts | 805,600 | 959,975 | 993,225 | 1,031,225 | 1,031,225 | 1,031,225 | 1,031,225 | 1,135,250 | 886,350 | 886,350 | 696,350 | 944,775 | 11,432,775 |
| DIP Financing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Retention 10% | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency 10% | (40,280) | (47,999) | (49,661) | (51,561) | (51,561) | (51,561) | (51,561) | (56,763) | (44,318) | (44,318) | (34,818) | (47,239) | (571,639) |
| Transfer In | | | | | | | | | | | | | |
| **TOTAL Receipts** | 765,320 | 911,976 | 943,564 | 979,664 | 979,664 | 979,664 | 979,664 | 1,078,488 | 842,033 | 842,033 | 661,533 | 897,536 | 10,861,136 |
| **Project Disbursements** | | | | | | | | | | | | | |
| Direct Labor | $ 271,360 | $ 323,360 | $ 334,560 | $ 347,360 | $ 347,360 | $ 347,360 | $ 347,360 | $ 382,400 | $ 298,560 | $ 298,560 | $ 234,560 | $ 318,240 | $ 3,851,040 |
| Bulk Fuel | 50,880 | 60,630 | 62,730 | 65,130 | 65,130 | 65,130 | 65,130 | 71,700 | 55,980 | 55,980 | 43,980 | 59,670 | 722,070 |
| Tractor & Trailer Repair & Maintenance | 71,147 | 84,781 | 87,717 | 91,073 | 91,073 | 91,073 | 91,073 | 100,261 | 78,279 | 78,279 | 61,499 | 83,439 | 1,009,695 |
| Equipment Repairs & Maintenance | 243 | 289 | 299 | 311 | 311 | 311 | 311 | 342 | 267 | 267 | 210 | 285 | 3,444 |
| Small Equipment & Tools (Expense) | 36,067 | 42,978 | 44,467 | 46,168 | 46,168 | 46,168 | 46,168 | 50,826 | 39,682 | 39,682 | 31,176 | 42,298 | 511,849 |
| Car & Truck | 14,416 | 17,179 | 17,774 | 18,454 | 18,454 | 18,454 | 18,454 | 20,315 | 15,861 | 15,861 | 12,461 | 16,907 | 204,587 |
| Contractors | 10,430 | 12,429 | 12,860 | 13,352 | 13,352 | 13,352 | 13,352 | 14,699 | 11,476 | 11,476 | 9,016 | 12,232 | 148,024 |
| Equipment Rental | 101,760 | 121,260 | 125,460 | 130,260 | 130,260 | 130,260 | 130,260 | 143,400 | 111,960 | 111,960 | 87,960 | 119,340 | 1,444,140 |
| Equipment Transportation | 1,821 | 2,169 | 2,245 | 2,330 | 2,330 | 2,330 | 2,330 | 2,566 | 2,003 | 2,003 | 1,574 | 2,135 | 25,837 |
| Job Supplies | 7,207 | 8,588 | 8,885 | 9,225 | 9,225 | 9,225 | 9,225 | 10,156 | 7,929 | 7,929 | 6,230 | 8,452 | 102,278 |
| Permits | 382 | 455 | 471 | 489 | 489 | 489 | 489 | 538 | 420 | 420 | 330 | 448 | 5,416 |
| **Total Project Disbursements** | 565,712 | 674,118 | 697,467 | 724,152 | 724,152 | 724,152 | 724,152 | 797,201 | 622,417 | 622,417 | 488,994 | 663,445 | 8,028,380 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Bank Charges & Fees | 392 | 467 | 483 | 501 | 501 | 501 | 501 | 552 | 431 | 431 | 339 | 459 | 5,558 |
| Dues & Subscriptions | 1,112 | 1,325 | 1,370 | 1,423 | 1,423 | 1,423 | 1,423 | 1,566 | 1,223 | 1,223 | 961 | 1,304 | 15,774 |
| Recruiting and Retention | 114 | 136 | 141 | 146 | 146 | 146 | 146 | 161 | 126 | 126 | 99 | 134 | 1,622 |
| Rent & Lease | 4,594 | 5,474 | 5,663 | 5,880 | 5,880 | 5,880 | 5,880 | 6,473 | 5,054 | 5,054 | 3,971 | 5,387 | 65,190 |
| Utilities | 4,692 | 5,591 | 5,785 | 6,006 | 6,006 | 6,006 | 6,006 | 6,612 | 5,162 | 5,162 | 4,056 | 5,503 | 66,587 |
| Shipping, Freight & Delivery | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 23 |
| Taxes & Licenses | 1,248 | 1,487 | 1,539 | 1,598 | 1,598 | 1,598 | 1,598 | 1,759 | 1,373 | 1,373 | 1,079 | 1,464 | 17,711 |
| Training | 204 | 243 | 252 | 261 | 261 | 261 | 261 | 288 | 225 | 225 | 176 | 239 | 2,896 |
| Health Insurance - 1001 | 5,074 | 6,047 | 6,256 | 6,496 | 6,496 | 6,496 | 6,496 | 7,151 | 5,583 | 5,583 | 4,386 | 5,951 | 72,014 |
| Insurance | 21,878 | 26,071 | 26,974 | 28,006 | 28,006 | 28,006 | 28,006 | 30,831 | 24,071 | 24,071 | 18,911 | 25,658 | 310,490 |
| Interest Charge | 1,347 | 1,606 | 1,661 | 1,725 | 1,725 | 1,725 | 1,725 | 1,899 | 1,482 | 1,482 | 1,165 | 1,580 | 19,122 |
| Office Supplies & Software | 1,197 | 1,427 | 1,476 | 1,533 | 1,533 | 1,533 | 1,533 | 1,687 | 1,317 | 1,317 | 1,035 | 1,404 | 16,993 |
| Penalties | 612 | 730 | 755 | 784 | 784 | 784 | 784 | 863 | 674 | 674 | 529 | 718 | 8,689 |
| Legal & Professional Services | 9,563 | 11,395 | 11,790 | 12,241 | 12,241 | 12,241 | 12,241 | 13,475 | 10,521 | 10,521 | 8,266 | 11,215 | 135,708 |
| Meal & Lodging | 424 | 505 | 523 | 543 | 543 | 543 | 543 | 598 | 467 | 467 | 367 | 497 | 6,017 |
| Travel | 588 | 701 | 725 | 753 | 753 | 753 | 753 | 829 | 647 | 647 | 508 | 690 | 8,348 |
| **Total Operating Costs** | $ 53,041 | $ 63,206 | $ 65,395 | $ 67,897 | $ 67,897 | $ 67,897 | $ 67,897 | $ 74,746 | $ 58,358 | $ 58,358 | $ 45,848 | $ 62,205 | $ 752,744 |
| **Capex** | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 |
| **Secured Creditor Payments** | | | | | | | | | | | | | |
| Advantage Leasing | | | | | | | | | | | | | |
| Amur GPS System | | | | | | | | | | | | | |
| Balboa Capital | | | | | | | | | | | | | |
| Bill Miller -D10N Dozer | | | | | | | | | | | | | |
| Bill Miller -773G | | | | | | | | | | | | | |
| Bill Miller -PC360 | | | | | | | | | | | | | |
| Bill Miller- PC360 6147 | | | | | | | | | | | | | |
| Caterpillar Financial Services | | | | | | | | | | | | | |
| Crestmark Finance | | | | | | | | | | | | | |
| Deere & Company | | | | | | | | | | | | | |
| Financial Pacific Leasing | | | | | | | | | | | | | |
| Ford Credit | | | | | | | | | | | | | |
| Komatsue Financial | | | | | | | | | | | | | |
| Southwest Plumbing Contractual Agreement | | | | | | | | | | | | | |
| Sterns Bank-637D | | | | | | | | | | | | | |
| Sterns Bank- | | | | | | | | | | | | | |
| US Small Business Administration | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 |
| **Total Secured Creditor Dispursments** | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | 731 |
| **Unsecured Creditor Disbursements** | | | | | | | | | | | | | |
| Unsecured Creditor Unprotected Claims | | | | | | | | | | | | | |
| Other Unsecured Creditor Claims | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 | 5,265,303 |
| **Total Unsecured Creditor Dispursments** | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 | $5,265,303 |
| **TOTAL Disbursements** | 644,485 | 763,055 | 788,593 | 817,780 | 817,780 | 827,780 | 827,780 | 907,678 | 716,506 | 716,506 | 570,574 | 761,380 | 8,816,854 |
| **Net change in Cash** | 120,835 | 148,921 | 154,971 | 161,884 | 161,884 | 151,884 | 151,884 | 170,810 | 125,526 | 125,526 | 90,959 | 136,156 | 2,044,282 |
| Dip Financing | | | | | | | | | | | | | |
| Disbursements to Unsecured Creditors | | | | | | | | | | | | | |
| **Ending Cash Balance****** | $ 1,386,328 | $ 1,535,250 | $ 1,690,220 | $ 1,852,104 | $ 2,013,989 | $ 2,165,873 | $ 2,317,757 | $ 2,488,567 | $ 2,614,093 | $ 2,739,619 | $ 2,830,578 | $ 2,966,734 | $ 5,011,016 |

SoNev Construction, LLC
Report of Cash Receipts and Disbursements
December 31, 2022

| | January-27 | February-27 | March-27 | April-27 | May-27 | June-27 | July-27 | August-27 | September-27 | October-27 | November-27 | December-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Basis | | | | | | | | | | | | |
| Beginning Cash Balance | $ 2,966,734 | $ 3,175,827 | $ 3,383,020 | $ 3,546,138 | $ 3,697,936 | $ 3,835,906 | $ 3,989,000 | $ 4,142,094 | $ 4,285,188 | $ 4,435,196 | $ 4,521,685 | $ 4,558,916 |
| **Receipts** | | | | | | | | | | | | |
| Equipment Sale Proceeds (unencumbered) | | | | | | | | | | | | |
| Receipts | $ 1,345,675 | $ 1,335,225 | $ 1,092,975 | $ 1,030,750 | $ 954,750 | $ 1,037,875 | $ 1,037,875 | $ 1,037,875 | $ 1,075,875 | $ 726,750 | $ 456,000 | $ 574,750 |
| DIP Financing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Retention 10% | | | | | | | | | | | | |
| Contingency 10% | $ (67,284) | $ (66,761) | $ (54,649) | $ (51,538) | $ (47,738) | $ (51,894) | $ (51,894) | $ (51,894) | $ (53,794) | $ (36,338) | $ (22,800) | $ (28,738) |
| Transfer In | | | | | | | | | | | | |
| **TOTAL Receipts** | $ 1,278,391 | $ 1,268,464 | $ 1,038,326 | $ 979,213 | $ 907,013 | $ 985,981 | $ 985,981 | $ 985,981 | $ 1,022,081 | $ 690,413 | $ 433,200 | $ 546,013 |
| **Project Disbursements** | | | | | | | | | | | | |
| Direct Labor | $ 453,280 | $ 449,760 | $ 368,160 | $ 347,200 | $ 321,600 | $ 349,600 | $ 349,600 | $ 349,600 | $ 362,400 | $ 244,800 | $ 153,600 | $ 193,600 |
| Bulk Fuel | 84,990 | 84,330 | 69,030 | 65,500 | 60,300 | 65,550 | 65,550 | 65,550 | 67,950 | 45,900 | 28,800 | 36,300 |
| Tractor & Trailer Repair & Maintenance | 118,844 | 117,921 | 96,527 | 91,032 | 84,320 | 91,661 | 91,661 | 91,661 | 95,017 | 64,184 | 40,272 | 50,760 |
| Equipment Repairs & Maintenance | 405 | 402 | 329 | 310 | 288 | 313 | 313 | 313 | 324 | 219 | 137 | 173 |
| Small Equipment & Tools (Expense) | 60,246 | 59,778 | 48,933 | 46,147 | 42,744 | 46,466 | 46,466 | 46,466 | 48,167 | 32,537 | 20,415 | 25,732 |
| Car & Truck | 24,081 | 23,894 | 19,559 | 18,445 | 17,085 | 18,573 | 18,573 | 18,573 | 19,253 | 13,005 | 8,160 | 10,285 |
| Contractors | 17,423 | 17,288 | 14,151 | 13,346 | 12,362 | 13,438 | 13,438 | 13,438 | 13,930 | 9,410 | 5,904 | 7,442 |
| Equipment Rental | 169,980 | 168,660 | 138,060 | 130,200 | 120,600 | 131,100 | 131,100 | 131,100 | 135,900 | 91,800 | 57,600 | 72,600 |
| Equipment Transportation | 3,041 | 3,018 | 2,470 | 2,329 | 2,158 | 2,346 | 2,346 | 2,346 | 2,431 | 1,642 | 1,031 | 1,299 |
| Job Supplies | 12,038 | 11,945 | 9,778 | 9,221 | 8,541 | 9,285 | 9,285 | 9,285 | 9,625 | 6,502 | 4,079 | 5,142 |
| Permits | 638 | 633 | 518 | 488 | 452 | 492 | 492 | 492 | 510 | 344 | 216 | 272 |
| **Total Project Disbursements** | 944,967 | 937,628 | 767,514 | 723,818 | 670,449 | 728,822 | 728,822 | 728,822 | 755,506 | 510,342 | 320,215 | 403,604 |
| **Operating Disbursements** | | | | | | | | | | | | |
| Bank Charges & Fees | 654 | 649 | 531 | 501 | 464 | 505 | 505 | 505 | 523 | 353 | 222 | 279 |
| Dues & Subscriptions | 1,857 | 1,842 | 1,508 | 1,422 | 1,317 | 1,432 | 1,432 | 1,432 | 1,484 | 1,003 | 629 | 793 |
| Recruiting and Retention | 191 | 189 | 155 | 146 | 135 | 147 | 147 | 147 | 153 | 103 | 65 | 82 |
| Rent & Lease | 7,673 | 7,613 | 6,232 | 5,877 | 5,444 | 5,918 | 5,918 | 5,918 | 6,135 | 4,144 | 2,600 | 3,277 |
| Utilities | 7,838 | 7,777 | 6,366 | 6,003 | 5,561 | 6,045 | 6,045 | 6,045 | 6,266 | 4,233 | 2,656 | 3,347 |
| Shipping, Freight & Delivery | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 |
| Taxes & Licenses | 2,085 | 2,068 | 1,693 | 1,597 | 1,479 | 1,608 | 1,608 | 1,608 | 1,667 | 1,126 | 706 | 890 |
| Training | 341 | 338 | 277 | 261 | 242 | 263 | 263 | 263 | 273 | 184 | 116 | 146 |
| Health Insurance - 1001 | 8,476 | 8,411 | 6,885 | 6,493 | 6,014 | 6,538 | 6,538 | 6,538 | 6,777 | 4,578 | 2,872 | 3,620 |
| Insurance | 36,546 | 36,262 | 29,683 | 27,993 | 25,929 | 28,187 | 28,187 | 28,187 | 29,219 | 19,737 | 12,384 | 15,609 |
| Interest Charge | 2,251 | 2,233 | 1,828 | 1,724 | 1,597 | 1,736 | 1,736 | 1,736 | 1,799 | 1,216 | 763 | 961 |
| Office Supplies & Software | 2,000 | 1,985 | 1,625 | 1,532 | 1,419 | 1,543 | 1,543 | 1,543 | 1,599 | 1,080 | 678 | 854 |
| Penalties | 1,023 | 1,015 | 831 | 783 | 726 | 789 | 789 | 789 | 818 | 552 | 347 | 437 |
| Legal & Professional Services | 15,973 | 15,849 | 12,974 | 12,235 | 11,333 | 12,320 | 12,320 | 12,320 | 12,771 | 8,627 | 5,413 | 6,822 |
| Meal & Lodging | 708 | 703 | 575 | 543 | 503 | 546 | 546 | 546 | 566 | 383 | 240 | 303 |
| Travel | 983 | 975 | 798 | 753 | 697 | 758 | 758 | 758 | 786 | 531 | 333 | 420 |
| **Total Operating Costs** | $ 88,600 | $ 87,912 | $ 71,962 | $ 67,865 | $ 62,862 | $ 68,335 | $ 68,335 | $ 68,335 | $ 70,837 | $ 47,850 | $ 30,023 | $ 37,842 |
| **Capex** | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 |
| **Secured Creditor Payments** | | | | | | | | | | | | |
| Advantage Leasing | | | | | | | | | | | | $ 35,679.54 |
| Amur GPS System | | | | | | | | | | | | $ 92,154.92 |
| Balboa Capital | | | | | | | | | | | | $ 24,491.22 |
| Bill Miller -D10N Dozer | | | | | | | | | | | | $ 332,800.00 |
| Bill Miller -773G | | | | | | | | | | | | $ 520,000.00 |
| Bill Miller -PC360 | | | | | | | | | | | | $ 240,242.34 |
| Bill Miller PC360 6147 | | | | | | | | | | | | $ 221,000.00 |
| Caterpillar Financial Services | | | | | | | | | | | | $ 247,027.04 |
| Crestmark Finance | | | | | | | | | | | | $ 339,488.50 |
| Deere & Company | | | | | | | | | | | | $ 33,963.54 |
| Financial Pacific Leasing | | | | | | | | | | | | $ 42,680.04 |
| Ford Credit | | | | | | | | | | | | $ 20,296.38 |
| Komatsue Financial | | | | | | | | | | | | $ 387,394.02 |
| Southwest Plumbing Contractual Agreement | | | | | | | | | | | | $ - |
| Sterns Bank-637D | | | | | | | | | | | | $ 26,249.60 |
| Sterns Bank- | | | | | | | | | | | | $ 81,181.62 |
| US Small Business Administration | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | $ 51,901.00 |
| **Total Secured Creditor Disbursements** | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 731 | $ 2,696,550 |
| **Unsecured Creditor Disbursements** | | | | | | | | | | | | |
| Unsecured Creditor Unprefected Claims | | | | | | | | | | | | |
| Other Unsecured Creditor Claims | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 |
| **Total Unsecured Creditor Disbursements** | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 | $ 5,265,303 |
| **TOTAL Disbursements** | $ 1,069,298 | $ 1,061,272 | $ 875,208 | $ 827,415 | $ 769,042 | $ 832,887 | $ 832,887 | $ 842,887 | $ 872,074 | $ 603,923 | $ 395,969 | $ 487,177 |
| Net change in Cash | $ 209,093 | $ 207,192 | $ 163,119 | $ 151,798 | $ 137,971 | $ 153,094 | $ 153,094 | $ 143,094 | $ 150,007 | $ 86,490 | $ 37,231 | $ 58,836 |
| Dip Financing | | | | | | | | | | | | |
| Disbursements to Unsecured Creditors | | | | | | | | | | | | |
| Ending Cash Balance**** | $ 3,175,827 | $ 3,383,020 | $ 3,546,138 | $ 3,697,936 | $ 3,835,906 | $ 3,989,000 | $ 4,142,094 | $ 4,285,188 | $ 4,435,196 | $ 4,521,685 | $ 4,558,916 | $ 4,617,752 |

## SoNev Construction, LLC
### Income Statement

| | FY 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 |
|---|---|---|---|---|---|---|
| **Sales Revenue** | | | | | | |
| Project Revenue | $11,410,565 | $11,440,536 | $11,762,922 | $11,924,316 | $12,034,500 | $12,322,500 |
| Project Retention | -$391,706 | -$572,027 | -$588,146 | -$596,216 | -$601,725 | -$616,125 |
| **Total Revenue** | **$11,018,859** | **$10,868,509** | **$11,174,776** | **$11,328,100** | **$11,432,775** | **$11,706,375** |
| | | | | | | |
| **Cost of Projects** | | | | | | |
| Direct Labor | $3,756,163 | $3,660,972 | $3,764,135 | $3,815,781 | $3,851,040 | $3,943,200 |
| Bulk Fuel | $835,940 | $686,432 | $705,775 | $715,499 | $722,070 | $739,350 |
| Tractor & Trailer Repair & Maintenance | $437,233 | $486,587 | $986,909 | $1,000,450 | $1,009,695 | $1,033,858 |
| Equipment Repairs & Maintenance | $929,579 | $959,861 | $3,366 | $3,412 | $3,444 | $3,526 |
| Small Equipment & Tools (Expense) | $3,288 | $3,274 | $500,298 | $507,163 | $511,849 | $524,098 |
| Car & Truck | $132,397 | $194,489 | $199,970 | $202,713 | $204,587 | $209,483 |
| Contractors | $184,707 | $140,719 | $144,684 | $146,669 | $148,024 | $151,567 |
| Equipment Rental | $1,538,892 | $1,372,864 | $1,411,551 | $1,430,918 | $1,444,140 | $1,478,700 |
| Equipment Transportation | $25,133 | $24,562 | $25,254 | $25,601 | $25,837 | $26,455 |
| Job Supplies | $153,939 | $97,230 | $99,970 | $101,342 | $102,278 | $104,726 |
| Permits | $13,803 | $5,149 | $5,294 | $5,367 | $5,416 | $5,546 |
| **Total Cost of Project** | **$8,011,075** | **$7,632,138** | **$7,847,206** | **$7,954,874** | **$8,028,380** | **$8,220,508** |
| | | | | | | |
| **Gross Profit** | **$3,007,784** | **$3,236,371** | **$3,327,570** | **$3,373,226** | **$3,404,395** | **$3,485,867** |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| Bank Charges & Fees | $12,900 | $5,284 | $5,433 | $5,507 | $5,558 | $5,558 |
| Dues & Subscriptions | $16,181 | $14,996 | $15,418 | $15,630 | $15,774 | $15,774 |
| Recruiting and Retention | $1,867 | $1,542 | $1,585 | $1,607 | $1,622 | $1,622 |
| Rent & Lease | $118,960 | $61,972 | $63,719 | $64,593 | $65,190 | $65,190 |
| Utilities | $64,075 | $63,301 | $65,085 | $65,978 | $66,587 | $66,587 |
| Shipping, Freight & Delivery | $3,062 | $22 | $23 | $23 | $23 | $23 |
| Taxes & Licenses | $34,813 | $16,837 | $17,312 | $17,549 | $17,711 | $17,711 |
| Training | $2,501 | $2,753 | $2,831 | $2,870 | $2,896 | $2,896 |
| Health Insurance - 1001 | $151,677 | $68,460 | $70,389 | $71,355 | $72,014 | $72,014 |
| Insurance | $353,619 | $295,166 | $303,483 | $307,647 | $310,490 | $310,490 |
| Interest Charge | $27,071 | $18,178 | $18,690 | $18,947 | $19,122 | $19,122 |
| Office Supplies & Software | $16,251 | $16,154 | $16,609 | $16,837 | $16,993 | $16,993 |
| Penalties | $8,297 | $8,260 | $8,493 | $8,610 | $8,689 | $8,689 |
| Legal & Professional Services | $133,616 | $129,010 | $132,645 | $134,465 | $135,708 | $135,708 |
| Meal & Lodging | $5,406 | $5,720 | $5,881 | $5,962 | $6,017 | $6,017 |
| Travel | $7,726 | $7,936 | $8,160 | $8,272 | $8,348 | $8,348 |
| Depreciation | $456,563 | $715,592 | $735,757 | $745,852 | $752,744 | $752,744 |
| **Total Operating Costs** | **$1,414,585** | **$1,431,184** | **$1,471,514** | **$1,491,704** | **$1,505,487** | **$1,505,487** |
| OPE Margin% | 12.84% | 13.17% | 13.17% | 13.17% | 13.17% | 12.86% |
| **Operating Profit** | **$1,593,200** | **$1,805,187** | **$1,856,056** | **$1,881,522** | **$1,898,908** | **$1,980,379** |
| Interest Cost | $27,071 | $18,178 | $18,690 | $18,947 | $19,122 | $19,122 |
| Other Income | | | | | | |
| **Net Profit Before Tax** | **$1,566,129** | **$1,787,009** | **$1,837,366** | **$1,862,576** | **$1,879,786** | **$1,961,258** |
| PBT Margin% | 14.21% | 16.44% | 16.44% | 16.44% | 16.44% | 16.75% |
| Taxation | $360,210 | $411,012 | $422,594 | $428,392 | $432,351 | $451,089 |
| **Net Profit After Tax** | **$1,205,919** | **$1,375,997** | **$1,414,772** | **$1,434,183** | **$1,447,435** | **$1,510,168** |
| NP Margin% | 10.94% | 12.66% | 12.66% | 12.66% | 12.66% | 12.90% |
| **EBITDA** | **$2,049,762** | **$2,520,779** | **$2,591,813** | **$2,627,374** | **$2,651,652** | **$2,733,123** |
| | | | | | | |
| EBITDA Margin% | 18.60% | 23.19% | 23.19% | 23.19% | 23.19% | 23.35% |

## *PROJECTS REVENUE WATERFALL*

| Project Description | Location | Contract Value | Project % Complete | Remaining | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SLC Crushing (change order) | | $250,000 | 95% | 5% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| SLC Crushing (wadsworth project 2) | | $490,000 | 50% | 50% | 50% | 50% | 0% | 0% | 0% | 0% | 100% |
| Cairn Point Apartments | | $1,188,860 | 75% | 25% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| Isles at corral canyon phase I | | $3,134,170 | 15% | 85% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| Isles at corral (change order 1 pad cap) | | $380,000 | 40% | 60% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| Old Sorrel Parkway | | $350,000 | 50% | 50% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| RLW I-80 | | $468,000 | 30% | 70% | 80% | 20% | 0% | 0% | 0% | 0% | 100% |
| Pocatello I-86 and I-15 | ID | $6,150,000 | 100% | 100% | 18% | 46% | 36% | 0% | 0% | 0% | 100% |
| Pocatello I-86 and I-16 Phase 2 | ID | $6,150,000 | 100% | 100% | 0% | 15% | 60% | 25% | 0% | 0% | 100% |
| Asteria | | $850,000 | 100% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| Asteria change order #1 | | $489,175 | 25% | 75% | 95% | 5% | 0% | 0% | 0% | 0% | 100% |
| Asteria change order #2 | | $91,526 | 0% | 100% | 60% | 40% | 0% | 0% | 0% | 0% | 100% |
| Asteria change order #3 | | $126,112 | 0% | 100% | 60% | 40% | 0% | 0% | 0% | 0% | 100% |
| Lhoist Virginia single shift excraction | | $386,962 | 85% | 15% | 100% | 0% | 0% | 0% | 0% | 0% | 100% |
| Lhoist Double shift extraction | | $2,400,000 | 0% | 30% | 30% | 0% | 0% | 0% | 0% | 0% | 30% |
| Lhoist Rental equipment | | $1,198,750 | 0% | 30% | 30% | 0% | 0% | 0% | 0% | 0% | 30% |
| **Total Contracted** | | **$24,103,547** | | | | | | | | | |

**Pending Award:** (Award %)

| Project Description | Location | Contract Value | | | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Toquerville storm drain | UT | $300,000 | 0% | 100% | 15% | 60% | 25% | 0% | 0% | 0% | 100% |
| Blackfoot I15 Bridge | ID | $1,500,000 | 80% | 100% | 15% | 60% | 25% | 0% | 0% | 0% | 100% |
| Meta Boise Crushing and Dirt | ID | $3,500,000 | 80% | 100% | 5% | 23% | 40% | 32% | 0% | 0% | 100% |
| Meta Boise Crushing and Dirt Phase 3 | ID | $4,000,000 | 50% | 100% | 0% | 0% | 0% | 20% | 37% | 43% | 100% |
| Meta Boise Crushing and Dirt Phase 4 | ID | $4,000,000 | 0% | 100% | 0% | 0% | 0% | 50% | 50% | 0% | 100% |
| Crushing Shaw Rancho | CA | $1,591,450 | 75% | 100% | 20% | 36% | 36% | 8% | 0% | 0% | 100% |
| | | **$14,891,450** | | | | | | | | | |

**Idaho & Utah Project Projections** — 11M per year for the next (Award %)

| Project Description | Location | Contract Value | | | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Total % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UT Project 1 | UT | $1,550,000 | 0% | 100% | 0% | 50% | 36% | 14% | 0% | 0% | 100% |
| UT Project 2 | UT | $3,000,000 | 0% | 100% | 0% | 42% | 6% | 52% | 0% | 0% | 100% |
| UT Project 3 | UT | $1,800,000 | 0% | 100% | 0% | 35% | 36% | 29% | 0% | 0% | 100% |
| UT Project 4 | UT | $1,550,000 | 0% | 100% | 0% | 0% | 0% | 61% | 39% | 0% | 100% |
| UT Project 5 | UT | $2,850,000 | 0% | 100% | 0% | 0% | 0% | 0% | 4% | 96% | 100% |
| UT Project 6 | UT | $3,500,000 | 0% | 100% | 0% | 0% | 0% | 36% | 54% | 45% | 100% |
| UT Project 7 | UT | $2,550,000 | 0% | 100% | 0% | 0% | 0% | 0% | 55% | 45% | 100% |
| Idaho Project 1 | UT | $2,000,000 | 0% | 100% | 0% | 35% | 5% | 0% | 0% | 60% | 100% |
| Idaho Project 2 | UT | $2,550,000 | 0% | 100% | 0% | 0% | 0% | 0% | 5% | 95% | 100% |
| Idaho Project 3 | UT | $2,500,000 | 0% | 100% | 0% | 40% | 60% | 0% | 0% | 0% | 100% |
| Idaho Project 4 | UT | $1,250,000 | 0% | 100% | 0% | 33% | 36% | 31% | 0% | 0% | 100% |
| Idaho Project 5 | UT | $2,110,000 | 0% | 100% | 0% | 0% | 0% | 25% | 60% | 15% | 100% |
| Idaho Project 6 | UT | $2,500,000 | 0% | 100% | 0% | 0% | 0% | 0% | 30% | 70% | 100% |
| Idaho Project 7 | UT | $4,000,000 | 0% | 100% | 0% | 0% | 0% | 23% | 60% | 17% | 100% |
| | | **$33,710,000** | | | | | | | | | |

### Revenue Projections

| | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Total 5 Yr Projection |
|---|---|---|---|---|---|---|---|
| SLC Crushing (change order) | $12,500 | $0 | $0 | $0 | $0 | $0 | $12,500 |
| SLC Crushing (wadsworth project 2) | $245,000 | $245,000 | $0 | $0 | $0 | $0 | $490,000 |
| Cairn Point Apartments | $297,215 | $0 | $0 | $0 | $0 | $0 | $297,215 |
| Isles at corral canyon phase I | $2,664,045 | $0 | $0 | $0 | $0 | $0 | $2,664,045 |
| Isles at corral (change order 1 pad cap) | $228,000 | $0 | $0 | $0 | $0 | $0 | $228,000 |
| Old Sorrel Parkway | $175,000 | $0 | $0 | $0 | $0 | $0 | $175,000 |
| RLW I-80 | $234,000 | $93,600 | $0 | $0 | $0 | $0 | $327,600 |
| Pocatello I-86 and I-15 | $1,107,000 | $2,829,000 | $2,214,000 | $0 | $0 | $0 | $6,150,000 |
| Pocatello I-86 and I-16 Phase 2 | $0 | $922,500 | $3,690,000 | $1,537,500 | $0 | $0 | $6,150,000 |
| Asteria | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Asteria change order #1 | $342,423 | $24,459 | $0 | $0 | $0 | $0 | $366,882 |
| Asteria change order #2 | $54,916 | $36,610 | $0 | $0 | $0 | $0 | $91,526 |
| Asteria change order #3 | $75,667 | $50,445 | $0 | $0 | $0 | $0 | $126,112 |
| Lhoist Virginia single shift excraction | $58,043 | $0 | $0 | $0 | $0 | $0 | $58,043 |
| Lhoist Double shift extraction | $720,000 | $0 | $0 | $0 | $0 | $0 | $720,000 |
| Lhoist Rental equipment | $359,625 | $0 | $0 | $0 | $0 | $0 | $359,625 |
| **Total Contracted** | **$6,573,433** | **$4,201,614** | **$5,904,000** | **$1,537,500** | **$0** | **$0** | **$18,216,548** |

**Pending Award:**

| | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Total 5 Yr Projection |
|---|---|---|---|---|---|---|---|
| Toquerville storm drain | $45,000 | $180,000 | $75,000 | $0 | $0 | $0 | $300,000 |
| Blackfoot I15 Bridge | $225,000 | $900,000 | $375,000 | $0 | $0 | $0 | $1,500,000 |
| Meta Boise Crushing and Dirt | $175,000 | $808,500 | $1,400,000 | $1,120,000 | $0 | $0 | $3,503,500 |
| Meta Boise Crushing and Dirt Phase 3 | $0 | $0 | $0 | $800,000 | $1,480,000 | $1,720,000 | $4,000,000 |
| Meta Boise Crushing and Dirt Phase 4 | $0 | $0 | $0 | $2,000,000 | $2,000,000 | $0 | $4,000,000 |
| Crushing Shaw Rancho | $318,290 | $572,922 | $572,922 | $127,316 | $0 | $0 | $1,591,450 |
| | **$763,290** | **$2,461,422** | **$2,422,922** | **$4,047,316** | **$3,480,000** | **$1,720,000** | **$14,894,950** |

**Idaho & Utah Project Projections** — 11M per year for the next 5 years

| | Contract Value | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Total 5 Yr Projection |
|---|---|---|---|---|---|---|---|---|
| UT Project 1 | $1,550,000 | $0 | $775,000 | $558,000 | $217,000 | $0 | $0 | $1,550,000 |
| UT Project 2 | $3,000,000 | $0 | $1,260,000 | $180,000 | $1,560,000 | $0 | $0 | $3,000,000 |
| UT Project 3 | $1,800,000 | $0 | $630,000 | $648,000 | $522,000 | $0 | $0 | $1,800,000 |
| UT Project 4 | $1,550,000 | $0 | $0 | $0 | $945,500 | $604,500 | $0 | $1,550,000 |
| UT Project 5 | $2,850,000 | $0 | $0 | $0 | $0 | $114,000 | $2,736,000 | $2,850,000 |
| UT Project 6 | $3,500,000 | $0 | $0 | $0 | $1,260,000 | $1,890,000 | $350,000 | $3,500,000 |
| UT Project 7 | $2,550,000 | $0 | $0 | $0 | $0 | $1,402,500 | $1,147,500 | $2,550,000 |
| Idaho Project 1 | $2,000,000 | $0 | $700,000 | $100,000 | $0 | $0 | $1,200,000 | $2,000,000 |
| Idaho Project 2 | $2,550,000 | $0 | $0 | $0 | $0 | $127,500 | $2,422,500 | $2,550,000 |
| Idaho Project 3 | $2,500,000 | $0 | $1,000,000 | $1,500,000 | $0 | $0 | $0 | $2,500,000 |
| Idaho Project 4 | $1,250,000 | $0 | $412,500 | $450,000 | $387,500 | $0 | $0 | $1,250,000 |
| Idaho Project 5 | $2,110,000 | $0 | $0 | $0 | $527,500 | $1,266,000 | $316,500 | $2,110,000 |
| Idaho Project 6 | $2,500,000 | $0 | $0 | $0 | $0 | $750,000 | $1,750,000 | $2,500,000 |
| Idaho Project 7 | $4,000,000 | $0 | $0 | $0 | $920,000 | $2,400,000 | $680,000 | $4,000,000 |
| **Total** | **$33,710,000** | **$0** | **$4,777,500** | **$3,436,000** | **$6,339,500** | **$8,554,500** | **$10,602,500** | **$33,710,000** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $7,336,723 | $11,440,536 | $11,762,922 | $11,924,316 | $12,034,500 | $12,322,500 | | $66,821,497 |

| Revenue Projections | | Year 2022 | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2026 | Check |
|---|---|---|---|---|---|---|---|---|
| Total Project Revenue | | $7,336,723 | $11,440,536 | $11,762,922 | $11,924,316 | $12,034,500 | $12,322,500 | $66,821,497 |
| | | | | | | | | |
| Direct Labor | 32.00% | $2,347,751 | $3,660,972 | $3,764,135 | $3,815,781 | $3,851,040 | $3,943,200 | |
| Bulk Fuel | 6.00% | $440,203 | $686,432 | $705,775 | $715,459 | $722,070 | $739,350 | |
| Tractor & Trailer Repair & Maintenance | 4.25% | $312,044 | $486,587 | $500,298 | $507,163 | $511,849 | $524,098 | |
| Equipment Repairs & Maintenance | 8.39% | $615,551 | $959,861 | $986,909 | $1,000,450 | $1,009,695 | $1,033,858 | |
| Small Equipment & Tools (Expense) | 0.03% | $2,099 | $3,274 | $3,366 | $3,412 | $3,444 | $3,526 | |
| Car & Truck | 1.70% | $124,724 | $194,489 | $199,970 | $202,713 | $204,587 | $209,483 | |
| Contractors | 1.23% | $90,242 | $140,719 | $144,684 | $146,669 | $148,024 | $151,567 | |
| Equipment Rental | 12.00% | $880,407 | $1,372,864 | $1,411,551 | $1,430,918 | $1,444,140 | $1,478,700 | |
| Equipment Transportation | 0.21% | $15,751 | $24,562 | $25,254 | $25,601 | $25,837 | $26,455 | |
| Job Supplies | 0.85% | $62,353 | $97,230 | $99,970 | $101,342 | $102,278 | $104,726 | |
| Permits | 0.05% | $3,302 | $5,149 | $5,294 | $5,367 | $5,416 | $5,546 | |
| **Total Project Cost** | **67%** | **$4,894,429** | **$7,632,138** | **$7,847,206** | **$7,954,874** | **$8,028,380** | **$8,220,508** | **$44,577,536** |
| Gross Margin | | 67% | 67% | 67% | 67% | 67% | 67% | |
| Gross Profit | | $2,442,295 | $3,808,398 | $3,915,716 | $3,969,442 | $4,006,120 | $4,101,992 | |
| Profit Margin | | 33% | 33% | 33% | 33% | 33% | 33% | |
| **Operating Costs** | | | | | | | | |
| Bank Charges & Fees | 0.05% | $3,388 | $5,284 | $5,433 | $5,507 | $5,558 | $5,558 | |
| Dues & Subscriptions | 0.13% | $9,617 | $14,996 | $15,418 | $15,630 | $15,774 | $15,774 | |
| Recruiting and Retention | 0.01% | $989 | $1,542 | $1,585 | $1,607 | $1,622 | $1,622 | |
| Rent & Lease | 0.54% | $39,742 | $61,972 | $63,719 | $64,593 | $65,190 | $65,190 | |
| Utilities | 0.55% | $40,594 | $63,301 | $65,085 | $65,978 | $66,587 | $66,587 | |
| Shipping, Freight & Delivery | 0.00% | $14 | $22 | $23 | $23 | $23 | $23 | |
| Taxes & Licenses | 0.15% | $8,721 | $16,837 | $17,312 | $17,549 | $17,711 | $17,711 | |
| Training | 0.02% | $1,501 | $2,753 | $2,831 | $2,870 | $2,896 | $2,896 | |
| Health Insurance - 1001 | 1.87% | $43,903 | $68,460 | $70,389 | $71,355 | $72,014 | $72,014 | |
| Insurance | 2.58% | $189,287 | $295,166 | $303,483 | $307,647 | $310,490 | $310,490 | |
| Interest Charge | 0.16% | $11,657 | $18,178 | $18,690 | $18,947 | $19,122 | $19,122 | |
| Office Supplies & Software | 0.14% | $10,360 | $16,154 | $16,609 | $16,837 | $16,993 | $16,993 | |
| Penalties | 0.07% | $5,297 | $8,260 | $8,493 | $8,610 | $8,689 | $8,689 | |
| Legal & Professional Services | 1.13% | $82,733 | $129,010 | $132,645 | $134,465 | $135,708 | $135,708 | |
| Meal & Lodging | 0.05% | $3,668 | $5,720 | $5,881 | $5,962 | $6,017 | $6,017 | |
| Travel | 0.07% | $5,089 | $7,936 | $8,160 | $8,272 | $8,348 | $8,348 | |
| **Total Operating Cost** | **8%** | **$456,563** | **$715,592** | **$735,757** | **$745,852** | **$752,744** | **$752,744** | **$4,159,250** |