**This order is SIGNED.**

**Dated: December 20, 2022**

*William J. Thurman*
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



*Order Prepared and Submitted by:*
Brian M. Rothschild, USB #15316
Darren Neilson, USB #15005
Simeon Brown, USB #17951
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
BRothschild@parsonsbehle.com
DNeilson@parsonsbehle.com
SBrown@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for SoNev Construction LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>SoNev Construction LLC<br><br>Debtor.[2] | **ORDER CONVERTING CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7**<br><br>Case No. 22-bk-21037-WTT<br><br>Chapter 11<br><br>Judge William T. Thurman |
|---|---|

Upon the ex parte Motion (the "**Motion**")[3] filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**" or "**SoNev**"), and the Court, finding cause therefore to enter this Order converting the Debtor's Chapter 11 case to a case under Chapter 7, and upon the record of the

---

[2] This case was jointly administered with the chapter 11 case of Keith Gilbert.  This Motion relates only to the chapter 11 case of SoNev Construction LLC.  The cases will no longer be jointly administered.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

proceedings before this Court; and the legal basis set forth in the establish just cause for the relief granted herein and that such relief is reasonable and necessary and will benefit the Debtor's estate,

**THEREFORE, THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:**

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

2. This is a core matter under 28 U.S.C. § 157(b)(2).

3. Notice of the Ex Motion was sufficient under the circumstances, and no further notice need be given for the relief sought in the Motion and granted herein.

4. The statutory predicates for the relief granted herein is section 1112(a) of title 11 of the United States Code.

5. The Motion for Debtor to convert its Chapter 11 case to a Chapter 7 case is hereby GRANTED.

6. The Court's prior order for joint administration of this case with the chapter 11 case of Keith Gilbert, 22-bk-21988-WTT, is hereby VACATED, and hereafter the cases will return to separate administration. Any party wishing to file a pleading regarding the Debtor SoNev Construction LLC shall file in this case, Case No. 22-bk-21037-WTT, and any party wishing to file a pleading regarding debtor Keith Gilbert shall file in Case No. 22-bk-21988-WTT.

7. The Court retains jurisdiction to enforce and interpret the terms of this Order.

###

**[END OF DOCUMENT]**

# DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER AUTHORIZING THE DEBTOR TO CONVERT ITS CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7** shall be served to the parties in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Jesse A.P. Baker    ecfutb@aldridgepite.com, jbaker@aldridgepite.com
- Megan K Baker    baker.megan@dorsey.com
- Scott S Bridge    sbridge@keslerrust.com
- Simeon J Brown    sbrown@parsonsbehle.com
- Gregory M. Constantino    greg@constantinolaw.com
- P. Matthew Cox    mw@scmlaw.com, ec@scmlaw.com
- T. Edward Cundick    tcundick@wnlaw.com, tcundick-secy@wnlaw.com;orders@wnlaw.com
- Bret R Evans    brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
- George B. Hofmann    ghofmann@ck.law, mparks@ck.law
- Nickolas Karavolas    nkaravolas@phillipslytle.com
- Peter J. Kuhn    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- David H. Leigh    dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- Jason A. McNeill    mcneill@mvmlegal.com, coley@mvmlegal.com
- Darren B. Neilson    dneilson@parsonsbehle.com
- David W. Newman tr    david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Paul Norwood Jonas Ross    paul@paulnjrosslaw.com, ross.paulr102673@notify.bestcase.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Harvey Sender    spierce@sendertrustee.com
- D. Ray Strong tr    rstrong@thinkbrg.com, UT30@ecfcbis.com;drstrong@ecf.axosfs.com
- Skyler M. Tanner    stanner@parrbrown.com, lstumpf@parrbrown.com;ncalloway@parrbrown.com
- Jeffrey L. Trousdale    jtrousdale@cohnekinghorn.com, mparks@ck.law
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Tyler S. Wirick    ecfutb@aldridgepite.com, TWirick@ecf.courtdrive.com

The following parties in interest are not registered ECF users and must be notified manually:

CFO Solutions, LLC dba Ampleō
13601 W McMillan Rd
#102 PMB 320
Boise, ID 83713

CW The Isle, LLC
1222 W Legacy Crossing Blvd
Ste. 6
Centerville, UT 84014

Nathaniel H. Wadsworth
Holden, Kidwell, Hahn & Crapo, PLLC
1000 River Walk Drive
Suite 200
Idaho Falls, ID 83405

Erin C. Borek
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887

Ritchie Bros. Auctioneers (America) Inc.
4000 Pine Lake Rd
Lincoln, NE 68516

Dated this 7th day of December, 2022.

**PARSONS BEHLE & LATIMER**

/s/ Brian M. Rothschild
Brian M. Rothschild