David W. Newman (USB #15901)
Assistant United States Trustee
Peter J. Kuhn (USB #3820)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
E-mail: David.W.Newman@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 22-21037 |
|---|---|
| SONEV CONSTRUCTION LLC, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

### NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

Pursuant to 11 U.S.C. §§ 322, 701 and 702, David L. Miller, a panel trustee in the District of Utah, is appointed as the chapter 7 trustee in the above-captioned case. This case is covered by the blanket bond for chapter 7 trustees.

Date: December 21, 2022

UNITED STATES TRUSTEE
Patrick S. Layng

By: /s/ *David W. Newman*
DAVID W. NEWMAN
Assistant United States Trustee